# EXHIBIT E

US008518120B2

(12) **United States Patent**
        Glerum et al.

(10) **Patent No.:**        **US 8,518,120 B2**
(45) **Date of Patent:**        *Aug. 27, 2013

(54) **EXPANDABLE FUSION DEVICE AND METHOD OF INSTALLATION THEREOF**

(75) Inventors: **Chad Glerum**, Pennsburg, PA (US);
                **Sean Suh**, Plymouth Meeting, PA (US);
                **Mark Weiman**, Coatesville, PA (US)

(73) Assignee: **Globus Medical, Inc.**, Audubon, PA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

                This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/451,230**

(22) Filed:        **Apr. 19, 2012**

(65)                **Prior Publication Data**

        US 2012/0290090 A1        Nov. 15, 2012

                **Related U.S. Application Data**

(63)    Continuation of application No. 13/440,158, filed on Apr. 5, 2012, which is a continuation-in-part of application No. 12/823,736, filed on Jun. 25, 2010, and a continuation-in-part of application No. 13/273,994, filed on Oct. 14, 2011, which is a continuation of application No. 12/579,833, filed on Oct. 15, 2009, now Pat. No. 8,062,375.

(51)    **Int. Cl.**
        *A61F 2/44*        (2006.01)
(52)    **U.S. Cl.**
        USPC ................. **623/17.16**; 623/17.11; 623/17.15; 606/279
(58)    **Field of Classification Search**
        USPC ....... 623/17.11–17.16; 411/75, 80; 403/297, 403/373–374.4; 254/11
        See application file for complete search history.

(56)                **References Cited**

                U.S. PATENT DOCUMENTS

| 4,349,921 | A | 9/1982 | Kuntz |
| 4,863,476 | A | 9/1989 | Shepperd |
| 4,863,477 | A | 9/1989 | Monson |
| 5,390,683 | A | 2/1995 | Pisharodi |
| 5,645,596 | A | 7/1997 | Kim et al. |
| 5,665,122 | A | 9/1997 | Kambin |
| 6,039,761 | A | 3/2000 | Li |

                (Continued)

        FOREIGN PATENT DOCUMENTS

| WO | 2006045094 | A2 | 10/2005 |
| WO | 2006113080 | A2 | 10/2006 |
| WO | 2008044057 | A1 | 10/2007 |
| WO | WO2009/124269 | A1 * | 10/2009 |

                OTHER PUBLICATIONS

International Search Report and Written Opinion in related PCT application—PCT/US2010/052791.
IPRP in related PCT application—PCT/US2010/052791.

*Primary Examiner* — Todd Manahan
*Assistant Examiner* — Jessica Weiss

(57)                **ABSTRACT**

The present invention provides an expandable fusion device capable of being installed inside an intervertebral disc space to maintain normal disc spacing and restore spinal stability, thereby facilitating an intervertebral fusion. In one embodiment, the fusion device includes a body portion, a first endplate, and a second endplate, the first and second endplates capable of being moved in a direction away from the body portion into an expanded configuration or capable of being moved towards the body portion into an unexpanded configuration. The fusion device is capable of being deployed and installed in both configurations.

                **20 Claims, 32 Drawing Sheets**



## US 8,518,120 B2
Page 2

(56)                    References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,045,579 | A | 4/2000 | Hochshuler et al. |
| 6,080,193 | A | 6/2000 | Hochshuler et al. |
| 6,099,531 | A | 8/2000 | Bonutti |
| 6,126,689 | A | 10/2000 | Brett |
| 6,176,882 | B1 | 1/2001 | Biedermann et al. |
| 6,258,125 | B1 | 7/2001 | Paul et al. |
| 6,554,863 | B2 | 4/2003 | Paul et al. |
| 6,562,074 | B2 | 5/2003 | Gerbec |
| 6,576,016 | B1 | 6/2003 | Hochshuler et al. |
| 6,641,614 | B1 | 11/2003 | Wagner et al. |
| 6,648,917 | B2 | 11/2003 | Gerbec |
| 6,666,891 | B2 | 12/2003 | Boehm, Jr. |
| 6,692,495 | B1 | 2/2004 | Zacouto |
| 6,706,070 | B1 | 3/2004 | Wagner et al. |
| 6,752,832 | B2 | 6/2004 | Neumann |
| 6,830,589 | B2 | 12/2004 | Erickson |
| 6,849,093 | B2 | 2/2005 | Michelson |
| 6,852,129 | B2 | 2/2005 | Gerbec |
| 6,863,673 | B2 | 3/2005 | Gerbec |
| 6,881,228 | B2 | 4/2005 | Zdeblick |
| 7,018,415 | B1 | 3/2006 | Mckay |
| 7,070,598 | B2 | 7/2006 | Lim et al. |
| 7,217,291 | B2 | 5/2007 | Zucherman |
| 7,282,063 | B2 | 10/2007 | Cohen et al. |
| 7,473,276 | B2 | 1/2009 | Aebi et al. |
| 7,547,325 | B2 | 6/2009 | Biedermann et al. |
| 7,621,953 | B2 | 11/2009 | Braddock, Jr. |
| 7,641,693 | B2 | 1/2010 | Gütlin |
| 7,682,396 | B2 | 3/2010 | Beaurain |
| 7,749,270 | B2 | 7/2010 | Peterman |
| 7,753,958 | B2 | 7/2010 | Gordon |
| 7,771,473 | B2 | 8/2010 | Thramann |
| 7,780,732 | B2 | 8/2010 | Abernathie |
| 7,799,081 | B2 | 9/2010 | Mckinley |
| 7,815,683 | B2 | 10/2010 | Melkent |
| 7,837,734 | B2 | 11/2010 | Zucherman |
| 7,875,078 | B2 | 1/2011 | Wysocki |
| 7,901,409 | B2 | 3/2011 | Canaveral et al. |
| 2002/0045945 | A1 | 4/2002 | Liu |
| 2004/0049271 | A1 | 3/2004 | Biedermann et al. |
| 2004/0054412 | A1 | 3/2004 | Gerbec et al. |
| 2004/0153065 | A1 | 8/2004 | Lim |
| 2005/0021041 | A1 | 1/2005 | Michelson et al. |
| 2005/0033432 | A1 | 2/2005 | Gordon |
| 2005/0149188 | A1 | 7/2005 | Cook et al. |
| 2005/0171541 | A1 | 8/2005 | Boehm, Jr. |
| 2005/0251258 | A1 | 11/2005 | Jackson et al. |
| 2005/0273171 | A1 | 12/2005 | Gordon |
| 2005/0278026 | A1 | 12/2005 | Gordon |
| 2005/0283244 | A1 | 12/2005 | Gordon |
| 2005/0283245 | A1 | 12/2005 | Gordon |
| 2006/0004453 | A1 | 1/2006 | Bartish et al. |
| 2006/0058878 | A1 | 3/2006 | Michelson |
| 2006/0122701 | A1 | 6/2006 | Kiester |
| 2006/0129244 | A1 | 6/2006 | Ensign |
| 2006/0149385 | A1 | 7/2006 | Mckay |
| 2006/0195192 | A1 | 8/2006 | Gordon |
| 2006/0229729 | A1 | 10/2006 | Gordon |
| 2006/0253201 | A1 | 11/2006 | Mcluen |
| 2007/0043442 | A1 | 2/2007 | Abernathie |
| 2007/0050030 | A1 | 3/2007 | Kim |
| 2007/0050032 | A1 | 3/2007 | Gittings |
| 2007/0055377 | A1 | 3/2007 | Hanson |
| 2007/0191951 | A1 | 8/2007 | Branch, Jr. |
| 2007/0255411 | A1 | 11/2007 | Edie et al. |
| 2007/0270963 | A1 | 11/2007 | Melkent et al. |
| 2007/0270968 | A1 | 11/2007 | Baynham et al. |
| 2008/0021559 | A1 | 1/2008 | Thramann |
| 2008/0065222 | A1 | 3/2008 | Hamada |
| 2008/0140207 | A1 | 6/2008 | Olmos |
| 2008/0167657 | A1 | 7/2008 | Greenhalgh |
| 2008/0183204 | A1 | 7/2008 | Greenhalgh |
| 2008/0281346 | A1 | 11/2008 | Greenhalgh |
| 2008/0288073 | A1 | 11/2008 | Renganath |
| 2008/0300598 | A1 | 12/2008 | Barriero et al. |
| 2008/0319487 | A1* | 12/2008 | Fielding et al. ............... 606/263 |
| 2008/0319549 | A1 | 12/2008 | Greenhalgh |
| 2009/0024217 | A1 | 1/2009 | Levy et al. |
| 2009/0125062 | A1 | 5/2009 | Arnin |
| 2009/0149956 | A1 | 6/2009 | Greenhalgh |
| 2009/0149959 | A1 | 6/2009 | Conner |
| 2009/0204218 | A1 | 8/2009 | Richelsoph |
| 2009/0222100 | A1 | 9/2009 | Cipoletti et al. |
| 2009/0240334 | A1 | 9/2009 | Richelsoph |
| 2009/0270989 | A1 | 10/2009 | Conner |
| 2009/0281628 | A1 | 11/2009 | Oglaza |
| 2009/0292361 | A1 | 11/2009 | Lopez |
| 2009/0299478 | A1 | 12/2009 | Carls |
| 2010/0049324 | A1 | 2/2010 | Valdevit |
| 2010/0070041 | A1 | 3/2010 | Peterman |
| 2010/0082109 | A1 | 4/2010 | Greenhalgh |
| 2010/0179657 | A1 | 7/2010 | Greenhalgh |
| 2010/0185291 | A1 | 7/2010 | Jimenez |
| 2010/0191336 | A1 | 7/2010 | Greenhalgh |
| 2010/0204795 | A1 | 8/2010 | Greenhalgh |
| 2010/0211176 | A1 | 8/2010 | Greenhalgh |
| 2010/0222816 | A1 | 9/2010 | Gabelberger et al. |
| 2010/0222884 | A1 | 9/2010 | Greenhalgh |
| 2010/0234952 | A1 | 9/2010 | Peterman |
| 2010/0249933 | A1 | 9/2010 | Trieu |
| 2010/0280622 | A1 | 11/2010 | Mckinley |
| 2010/0286779 | A1 | 11/2010 | Thibodeau |
| 2010/0286780 | A1 | 11/2010 | Dryer |
| 2010/0292796 | A1 | 11/2010 | Greenhalgh |
| 2010/0305705 | A1 | 12/2010 | Butler |
| 2010/0331981 | A1 | 12/2010 | Mohammed |
| 2010/0331985 | A1 | 12/2010 | Gordon |
| 2011/0035011 | A1 | 2/2011 | Cain |
| 2011/0093074 | A1 | 4/2011 | Glerum |

* cited by examiner



*FIG. 1*



FIG. 2



**FIG. 3**



**FIG. 4**



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



**FIG. 9**



**FIG. 12**



*FIG. 10*



*FIG. 11*



*FIG. 13*



*FIG. 14*



**FIG. 15**



*FIG. 16*



FIG. 17



*FIG. 18*



FIG. 19



FIG. 20



*FIG. 21*



*FIG. 22*



*FIG. 23*



**FIG. 24**



**FIG. 25**



*FIG. 26*

*FIG. 27*



FIG. 28



FIG. 29



FIG. 30



FIG. 31



*FIG. 32*



*FIG. 33*



*FIG. 34*



*FIG. 35*



**FIG. 36**



**FIG. 37**



*FIG. 38*



*FIG. 39*



FIG. 40

FIG. 41



*FIG. 42*



*FIG. 43*



**FIG. 44**



*FIG. 45*



*FIG. 46*



*FIG. 47*



*FIG. 48*



*FIG. 49*



*FIG. 50*



*FIG. 51*



*FIG. 52*



FIG. 53



FIG. 54



*FIG.* **55**

US 8,518,120 B2

**1**

## EXPANDABLE FUSION DEVICE AND METHOD OF INSTALLATION THEREOF

This patent application is a continuation application claiming priority to U.S. patent application Ser. No. 13/440,158, filed Apr. 5, 2012, which is a continuation-in-part application of U.S. patent application Ser. No. 12/823,736, filed Jun. 25, 2010, and a continuation-in-part application claiming priority to U.S. patent application Ser. No. 13/273,994, filed Oct. 14, 2011, which is a continuation of U.S. patent application Ser. No. 12/579,833, filed Oct. 15, 2009, now issued as U.S. Pat. No. 8,062,375, the entire contents of which are incorporated by reference.

### FIELD OF THE INVENTION

1. Field of the Invention

The present invention relates to the apparatus and method for promoting an intervertebral fusion, and more particularly relates to an expandable fusion device capable of being inserted between adjacent vertebrae to facilitate the fusion process.

2. Background of the Invention

A common procedure for handling pain associated with intervertebral discs that have become degenerated due to various factors such as trauma or aging is the use of intervertebral fusion devices for fusing one or more adjacent vertebral bodies. Generally, to fuse the adjacent vertebral bodies, the intervertebral disc is first partially or fully removed. An intervertebral fusion device is then typically inserted between neighboring vertebrae to maintain normal disc spacing and restore spinal stability, thereby facilitating an intervertebral fusion.

There are a number of known conventional fusion devices and methodologies in the art for accomplishing the intervertebral fusion. These include screw and rod arrangements, solid bone implants, and fusion devices which include a cage or other implant mechanism which, typically, is packed with bone and/or bone growth inducing substances. These devices are implanted between adjacent vertebral bodies in order to fuse the vertebral bodies together, alleviating the associated pain.

However, there are drawbacks associated with the known conventional fusion devices and methodologies. For example, present methods for installing a conventional fusion device often require that the adjacent vertebral bodies be distracted to restore a diseased disc space to its normal or healthy height prior to implantation of the fusion device. In order to maintain this height once the fusion device is inserted, the fusion device is usually dimensioned larger in height than the initial distraction height. This difference in height can make it difficult for a surgeon to install the fusion device in the distracted intervertebral space.

As such, there exists a need for a fusion device capable of being installed inside an intervertebral disc space at a minimum to no distraction height and for a fusion device that can maintain a normal distance between adjacent vertebral bodies when implanted.

### SUMMARY OF THE INVENTION

In an exemplary embodiment, the present invention provides an expandable fusion device capable of being installed inside an intervertebral disc space to maintain normal disc spacing and restore spinal stability, thereby facilitating an intervertebral fusion. In one embodiment, the fusion device includes a body portion, a first endplate, and a second end-

**2**

plate. The first and second endplates are capable of being moved in a direction away from the body portion into an expanded configuration or capable of being moved towards the body portion into an unexpanded configuration. The expandable fusion device is capable of being deployed and installed in the unexpanded configuration or the expanded configuration.

Further areas of applicability of the present invention will become apparent from the detailed description provided hereinafter. It should be understood that the detailed description and specific examples, while indicating the preferred or exemplary embodiments of the invention, are intended for purposes of illustration only and are not intended to limit the scope of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description and the accompanying drawings, wherein:

FIG. **1** is a side view of an embodiment of an expandable fusion device shown between adjacent vertebrae according to the present invention;

FIG. **2** is an exploded view of the expandable fusion device of FIG. **1**;

FIG. **3** is a front perspective view of the expandable fusion device of FIG. **1** shown in an unexpanded position

FIG. **4** is a front perspective view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **5** is a rear perspective view of the expandable fusion device of FIG. **1** shown in an unexpanded position;

FIG. **6** is a rear perspective view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **7** is a side view of the expandable fusion device of FIG. **1** shown in an unexpanded position;

FIG. **8** is a side view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **9** is a top view of the expandable fusion device of FIG. **1**;

FIG. **10**. is a side partial cross-sectional view of the expandable fusion device of FIG. **1** shown in an unexpanded position;

FIG. **11** is a side partial cross-sectional view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **12** is a side schematic view of the expandable fusion device of FIG. **1** having different endplates;

FIG. **13** is a partial side schematic view of the expandable fusion device of FIG. **1** showing different modes of endplate expansion; and

FIG. **14** is a side schematic view of the expandable fusion device of FIG. **1** with artificial endplates shown between adjacent vertebrae.

FIG. **15** is a side view of an embodiment of an expandable fusion device shown between adjacent vertebrae according to the present invention;

FIG. **16** is an exploded view of the expandable fusion device of FIG. **15**;

FIG. **17** is a rear perspective view of the expandable fusion device of FIG. **15** shown in an unexpanded position;

FIG. **18** is a side cross-sectional view of the expandable fusion device of FIG. **15** shown with one of the endplates removed;

FIG. **19** is a side partial cross-sectional view of the expandable fusion device of FIG. **15** shown in an unexpanded position;

FIG. **20** is a side partial cross-sectional view of the expandable fusion device of FIG. **15** shown in an expanded position;

US 8,518,120 B2

**3**

FIG. **21** is a side schematic view of the expandable fusion device of FIG. **15** having different endplates;

FIG. **22** is a partial side schematic view of the expandable fusion device of FIG. **15** showing different modes of endplate expansion;

FIG. **23** is a side schematic view of the expandable fusion device of FIG. **15** with artificial endplates shown between adjacent vertebrae;

FIG. **24** is a side view cross-sectional view of another embodiment of an expandable fusion device shown in an unexpanded position;

FIG. **25** is a side view cross-sectional view of the expandable fusion device of FIG. **24** shown in an expanded position;

FIG. **26** is a side view of the expandable fusion device of FIG. **24** showing the translation member and the ramped insert;

FIG. **27** is a front perspective view of the expandable fusion device of FIG. **24** showing the translation member and the ramped insert;

FIG. **28** is a rear perspective view of another embodiment of an expandable fusion device with the endplates having a threaded hole;

FIG. **29** is a top view of another embodiment of an expandable fusion device shown in an unexpanded position;

FIG. **30** is a bottom view of the expandable fusion device of FIG. **29**;

FIG. **31** is top view of the expandable fusion device of FIG. **29** shown in an expanded position;

FIG. **32** is an exploded perspective view of another embodiment of an expandable fusion device;

FIG. **33** is an end view of the expandable fusion device of FIG. **32** in an unexpanded position;

FIG. **34** is an end view of the expandable fusion device of FIG. **32** in an expanded position;

FIG. **35** is a perspective view of another embodiment of an expandable fusion device;

FIG. **36** is a top view of the expandable fusion device of FIG. **35**;

FIG. **37** is a perspective view of the expandable fusion device of FIG. **35** with a closed end;

FIG. **38** is a front view of the expandable fusion device of FIG. **37** shown between adjacent vertebrae in an unexpanded position; and

FIG. **39** is a front view of the expandable fusion device of FIG. **37** shown between adjacent vertebrae in an expanded position.

FIG. **40** is an exploded view of an alternative fusion device.

FIG. **41** is a top view of the device in FIG. **40** with a first endplate removed.

FIG. **42** is a top view of the alternative fusion device having side stabilization members.

FIG. **43** is a perspective view of the device in FIG. **42**.

FIG. **44** is a side cross-sectional view of the device in FIG. **42**.

FIG. **45** is a perspective view of a trial member in a non-expanded configuration.

FIG. **46** is a side cross-sectional view of the trial member of FIG. **45** in an expanded configuration.

FIG. **47** is a top view of the trial member.

FIG. **48** is an exploded view of the trial member.

FIG. **49** is a side cross-sectional view of a portion of an alternative fusion device incorporating a ring member therein.

FIG. **50** is a perspective view of a portion of the alternative fusion device of FIG. **49**.

FIG. **51** is a side cross-sectional view of a proximal portion of a trial member in an unlocked configuration.

**4**

FIG. **52** is a side cross-sectional view of a proximal portion of a trial member in a locked configuration.

FIG. **53** is an alternate side cross-sectional view of a proximal portion of a trial member in a locked configuration.

FIG. **54** is a perspective cross-sectional view of a proximal portion of a trial member in a locked configuration.

FIG. **55** is a front cross-sectional view of a proximal portion of a trial member.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of the preferred embodiment(s) is merely exemplary in nature and is in no way intended to limit the invention, its application, or uses.

A spinal fusion is typically employed to eliminate pain caused by the motion of degenerated disk material. Upon successful fusion, a fusion device becomes permanently fixed within the intervertebral disc space. Looking at FIG. **1**, an exemplary embodiment of an expandable fusion device **10** is shown between adjacent vertebral bodies **2** and **3**. The fusion device **10** engages the endplates **4** and **5** of the adjacent vertebral bodies **2** and **3** and, in the installed position, maintains normal intervertebral disc spacing and restores spinal stability, thereby facilitating an intervertebral fusion. The expandable fusion device **10** can be manufactured from a number of materials including titanium, stainless steel, titanium alloys, non-titanium metallic alloys, polymeric materials, plastics, plastic composites, PEEK, ceramic, and elastic materials.

In an exemplary embodiment, bone graft or similar bone growth inducing material can be introduced around and within the fusion device **10** to further promote and facilitate the intervertebral fusion. The fusion device **10**, in one embodiment, is preferably packed with bone graft or similar bone growth inducing material to promote the growth of bone through and around the fusion device. Such bone graft may be packed between the endplates of the adjacent vertebral bodies prior to, subsequent to, or during implantation of the fusion device.

With reference to FIG. **2**, an exploded perspective view of one embodiment of the fusion device **10** is shown. In an exemplary embodiment, the fusion device **10** includes a body portion **12**, a first endplate **14**, a second endplate **16**, a translation member **18**, a plurality of pins **20**, an actuation member **22**, and a locking mechanism **24**.

With additional reference to FIGS. **3-8**, in an exemplary embodiment, the body portion **12** has a first end **26**, a second end **28**, a first side portion **30** connecting the first end **26** and the second end **28**, and a second side portion **32** connecting the first end **26** and the second end **28**. The body portion **12** further includes an upper end **34**, which is sized to receive at least a portion of the first endplate **14**, and a lower end **36**, which is sized to receive at least a portion of the second endplate **16**.

The first end **26** of the fusion device **10**, in an exemplary embodiment, includes at least one angled surface **38**, but can include multiple angled surfaces. The angled surface can serve to distract the adjacent vertebral bodies when the fusion device **10** is inserted into an intervertebral space. In another preferred embodiment, it is contemplated that there are at least two opposing angled surfaces forming a generally wedge shaped to distract the adjacent vertebral bodies when the fusion device **10** is inserted into an intervertebral space.

The second end **28** of the body portion **12**, in an exemplary embodiment, includes an opening **40** which may include threading. In another exemplary embodiment, the opening **40**

US 8,518,120 B2

5

may include ratchet teeth instead of threading. The opening **40** extends from the second end **28** of the body portion **12** into a central opening **42** in the body portion **12**. In one embodiment, the central opening **42** is sized to receive the translation member **18** and the opening **40** is sized to threadingly receive the actuation member **22**. In another exemplary embodiment, the opening **40** is sized to receive the actuation member **22** in a ratcheting fashion. In yet another exemplary embodiment, first side portion **30** and second side portion **32** each include a recess **44** located towards the second end **28** of the body portion **12**. The recess **44** is configured and dimensioned to receive an insertion instrument (not shown) that assists in the insertion of the fusion device **10** into an intervertebral space.

Although the following discussion relates to the first endplate **14**, it should be understood that it also equally applies to the second endplate **16** as the second endplate **16** is substantially identical to the first endplate **14**. Turning now to FIGS. **2-11**, in an exemplary embodiment, the first endplate **14** has an upper surface **46**, a lower surface **48**, and a through opening **49**. The through opening **49**, in an exemplary embodiment, is sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening **42** in the body portion **12**.

In one embodiment, the lower surface **48** includes at least one extension **50** extending along at least a portion of the lower surface **48**. As best seen in FIGS. **2** and **4**, in an exemplary embodiment, the extension **50** can extend along a substantial portion of the lower surface **48**, including, along each side of the endplate **14** and along the front end of the endplate **14**. In another exemplary embodiment, the extension **50** includes at least one slot **52**, but can include any number of slots **52**, including two sets of slots **52** opposing each other, as best seen in FIG. **2**. The slots **52** are configured and dimensioned to receive pins **20** and are oriented in an oblique fashion. In another embodiment, the slots **52** may be oriented in a generally vertical orientation.

In an exemplary embodiment, the extension **50** is sized to be received within the central opening **42** of the body portion **12**. As best seen in FIGS. **11-12**, the lower surface **48** of the first endplate **14** further includes, in an exemplary embodiment, at least one ramped surface **54**. In another exemplary embodiment, there are two spaced ramped surfaces **54**, **56**. It is contemplated that the slope of the ramped surfaces **54**, **56** can be equal or can differ from each other. The effect of varying the slopes of the ramped surfaces **54**, **56** is discussed below.

Referring now to FIGS. **2-9**, in one embodiment, the upper surface **46** of the first endplate **14** is flat and generally planar to allow the upper surface **46** of the endplate **14** to engage with the adjacent vertebral body **2**. Alternatively, as shown in FIG. **12**, the upper surface **46** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral body **2**. It is also contemplated that the upper surface **46** can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body **2** in a lordotic fashion. Turning back to FIGS. **2-9**, in an exemplary embodiment, the upper surface **46** includes texturing **58** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIGS. **2** and **10-11**, in an exemplary embodiment, the translation member **18** is sized to be received within the central opening **42** of the body portion **12** and includes at least a first expansion portion **60**. In another

6

embodiment, the translation member **18** includes a first expansion portion **60** and a second expansion portion **62**, the expansion portions **60**, **62** being connected together via a bridge portion **68**. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions **60**, **62** each have angled surfaces **64**, **66** configured and dimensioned to engage the ramp surfaces **54**, **56** of the first and second endplates **14**, **16**. In an exemplary embodiment, the translation member **18** also includes recesses **70**, **72**, the recesses **70**, **72** are sized to receive and retain pins **20**. In one embodiment, the expansion portion **60** includes an opening **74**, which is sized to receive a portion of the actuation member **22**, and the expansion portion **62** includes a nose **76**, which is received within an opening **78** in the first end **26** to stabilize the translation member **18** in the central opening **42** of the body member **12**.

In an exemplary embodiment, the actuation member **22** has a first end **80**, a second end **82** and threading **84** extending along at least a portion thereof from the first end **80** to the second end **82**. The threading **84** threadingly engages the threading extending along a portion of opening **40** in the body portion **12**. In another exemplary embodiment, the actuation member **22** includes ratchet teeth instead of threading. The ratchet teeth engage corresponding ratchet teeth in the opening **40** in the body portion **12**. The first end **80** includes a recess **86** dimensioned to receive an instrument (not shown) that is capable of advancing the actuation member **22** with respect to the body portion **12** of the fusion device **10**. The second end **82** of the actuation member **22** includes an extension **88** that is received within the opening **74** of the expansion portion **60**. In one embodiment, the extension **88** may include a plurality of slits and a lip portion. The plurality of slits allows the extension portion **88** to flex inwardly reducing its diameter when received in the opening **74**. Once the lip portion of the extension portion **88** is advanced beyond the end of the opening **74**, the extension portion **88** will return back to its original diameter and the lip portion will engage the expansion portion **60**. It is further contemplated that a pin member **90** can be included to prevent the extension portion from flexing inwardly thereby preventing the actuation member **22** from disengaging from the translation member **18**.

In an exemplary embodiment, the fusion device **10** can further include a locking mechanism **24**. The mechanism **24** is designed to resist rotation of the actuation member **22** rather than prevent rotation of the actuation member **22**. In an exemplary embodiment, either deformable threading can be included on actuation member **22** or a disruption of the threading may be included where a deformable material is included in the threading disruption. It is contemplated that the deformable member or deformable threading can be made from a deformable or elastic, biocompatible material such as nitinol or PEEK.

Turning now to FIGS. **1-8** and **10-11**, a method of installing the expandable fusion device **10** is now discussed. Prior to insertion of the fusion device **10**, the intervertebral space is prepared. In one method of installation, a diskectomy is performed where the intervertebral disc, in its entirety, is removed. Alternatively, only a portion of the intervertebral disc can be removed. The endplates of the adjacent vertebral bodies **2**, **3** are then scraped to create an exposed end surface for facilitating bone growth across the invertebral space. The expandable fusion device **10** is then introduced into the intervertebral space, with the first end **26** being inserted first into the disc space followed by the second end **28**. In an exemplary method, the fusion device **10** is in the unexpanded position when introduced into the intervertebral space. The wedged

US 8,518,120 B2

7

shaped first end **26** will assist in distracting the adjacent vertebral bodies **2**, **3** if necessary. This allows for the option of having little to no distraction of the intervertebral space prior to the insertion of the fusion device **10**. In another exemplary method, the intervertebral space may be distracted prior to insertion of the fusion device **10**. The distraction provide some benefits by providing greater access to the surgical site making removal of the intervertebral disc easier and making scraping of the endplates of the vertebral bodies **2**, **3** easier.

With the fusion device **10** inserted into and seated in the appropriate position in the intervertebral disc space, the fusion device can then expanded into the expanded position, as best seen in FIGS. **1**, **4**, **6**, **8**, and **11**. To expand the fusion device **10**, an instrument is engaged with recess **86** in the actuation member **22**. The instrument is used to rotate actuation member **22**. As discussed above, actuation member **22** is threadingly engaged body portion **12** and is engaged with translation member **18**; thus, as the actuation member **22** is rotated in a first direction, the actuation member **22** and the translation member **18** move with respect to the body portion **12** toward the first end **26** of the body portion **12**. In another exemplary embodiment, the actuation member **22** is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the actuation member **22** and the translation member **18**. As the translation member **18** moves, the ramped surface **64**, **66** of the expansion portions **60**, **62** push against the ramped surfaces **54**, **56** of the endplates **14**, **16** pushing endplates **14**, **16** outwardly into the expanded position. This can be seen in FIGS. **10** and **11**. Since the expansion of the fusion device **10** is actuated by a rotational input, the expansion of the fusion device **10** is infinite. In other words, the endplates **14**, **16** can be expanded to an infinite number of heights dependent on the rotational advancement of the actuation member **22**. As discussed above, the fusion device **10** includes a locking mechanism **24** which assists in retaining the endplates **14**, **16** at the desired height.

It should also be noted that the expansion of the endplates **14**, **16** can be varied based on the differences in the dimensions of the ramped surfaces **54**, **56**, **64**, **66**. As best seen in FIG. **13**, the endplates **14**, **16** can be expanded in any of the following ways: straight rise expansion, straight rise expansion followed by a toggle into a lordotic expanded configuration, or a phase off straight rise into a lordotic expanded configuration.

Turning back to FIGS. **1-8** and **10-11**, in the event the fusion device **10** needs to be repositioned or revised after being installed and expanded, the fusion device **10** can be contracted back to the unexpanded configuration, repositioned, and expanded again once the desired positioning is achieved. To contract the fusion device **10**, the instrument is engaged with recess **86** in the actuation member **22**. The instrument is used to rotate actuation member **22**. As discussed above, actuation member **22** is threadingly engaged body portion **12** and is engaged with translation member **18**; thus, as the actuation member **22** is rotated in a second direction, opposite the first direction, the actuation member **22** and translation member **18** move with respect to the body portion **12** toward the second end **28** of the body portion **12**. As the translation member **18** moves, the pins **20**, a portion of which are located within the slots **52**, ride along the slots **52** pulling the endplates **14**, **16** inwardly into the unexpanded position.

With reference now to FIG. **14**, fusion device **10** is shown with an exemplary embodiment of artificial endplates **100**. Artificial endplates **100** allows the introduction of lordosis even when the endplates **14** and **16** of the fusion device **10** are generally planar. In one embodiment, the artificial endplates **100** have an upper surface **102** and a lower surface **104**. The

8

upper surfaces **102** of the artificial endplates **100** have at least one spike **106** to engage the adjacent vertebral bodies. The lower surfaces **104** have complementary texturing or engagement features on their surfaces to engage with the texturing or engagement features on the upper endplate **14** and the lower endplate **16** of the fusion device **10**. In an exemplary embodiment, the upper surface **102** of the artificial endplates **100** have a generally convex profile and the lower surfaces **104** have a generally parallel profile to achieve lordosis. In another exemplary embodiment, fusion device **10** can be used with only one artificial endplate **100** to introduce lordosis even when the endplates **14** and **16** of the fusion device **10** are generally planar. The artificial endplate **100** can either engage endplate **14** or engage endplate **16** and function in the same manner as described above with respect to two artificial endplates **100**.

Although the preceding discussion only discussed having a single fusion device **10** in the intervertebral space, it is contemplated that more than one fusion device **10** can be inserted in the intervertebral space. It is further contemplated that each fusion device **10** does not have to be finally installed in the fully expanded state. Rather, depending on the location of the fusion device **10** in the intervertebral disc space, the height of the fusion device **10** may vary from unexpanded to fully expanded.

With reference to FIG. **16**, an exploded perspective view of one embodiment of the fusion device **210** is shown. In an exemplary embodiment, the fusion device **210** includes a body portion **212**, a first endplate **214**, a second endplate **216**, a translation member **218**, an actuation member **220**, and an insert **222**.

With additional reference to FIGS. **17-20**, in an exemplary embodiment, the body portion **212** has a first end **224**, a second end **226**, a first side portion **228** connecting the first end **224** and the second end **226**, and a second side portion **229** on the opposing side of the body portion **212** connecting the first end **224** and the second end **226**. The body portion **212** further includes an upper end **230**, which is sized to receive at least a portion of the first endplate **214**, and a lower end **232**, which is sized to receive at least a portion of the second endplate **216**.

The first end **224** of the body portion **212**, in an exemplary embodiment, includes at least one angled surface **234**, but can include multiple angled surfaces. The angled surface **234** can serve to distract the adjacent vertebral bodies when the fusion device **210** is inserted into an intervertebral space. In another preferred embodiment, it is contemplated that there are at least two opposing angled surfaces forming a generally wedge shaped to distract the adjacent vertebral bodies when the fusion device **210** is inserted into an intervertebral space.

The second end **226** of the body portion **212**, in an exemplary embodiment, includes an opening **236** which may include threading. In another exemplary embodiment, the opening **236** may include ratchet teeth instead of threading. The opening **236** extends from the second end **226** of the body portion **212** into a central opening (not illustrated) in the body portion **212**. In one embodiment, the central opening is sized to receive the translation member **218**, and the opening **236** is sized to threadingly receive the actuation member **220**. In another exemplary embodiment, the opening **236** is sized to receive the actuation member **220** in a ratcheting fashion. In yet another exemplary embodiment, first side portion **228** and second side portion **229** each include a recess **238** located towards the second end **226** of the body portion **212**. The recess **238** is configured and dimensioned to receive an insertion instrument (not shown) that assists in the insertion of the fusion device **210** into an intervertebral space.

US 8,518,120 B2

**9**

Although the following discussion relates to the first endplate **214**, it should be understood that it also equally applies to the second endplate **216** as the second endplate **216** is substantially identical to the first endplate **214** in embodiments of the present invention. Turning now to FIGS. **16-20**, in an exemplary embodiment, the first endplate **214** has an upper surface **240**, a lower surface **242**, and a through opening **243**. The through opening **243**, in an exemplary embodiment, is sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening in the body portion **212**.

In one embodiment, the lower surface **242** includes at least one extension **244** extending along at least a portion of the lower surface **242**. As best seen in FIGS. **17** and **18**, in an exemplary embodiment, the extension **244** can extend along a substantial portion of the lower surface **242**, including, along each side of the endplate **214** and along the front end of the endplate **214**. In another exemplary embodiment, the extension **244** includes at least one ramped portion **246**, but can include any number of ramped portions, including two spaced ramped portions **246**, **248** in the extension **244** that extend between each side of the endplate **214**, as best seen in FIG. **18**. It is contemplated that the slope of the ramped portions **246**, **248** can be equal to or can differ from each other. The effect of varying the slopes of the ramped portions **246**, **248** is discussed below.

In an exemplary embodiment, the ramped portions **246**, **248** further include grooved portions **247**, **249** that are configured and dimensioned to receive angled surfaces **258**, **260** of the translation member **218** and are oriented in an oblique fashion. In a preferred embodiment, the grooved portions **246**, **248** are dovetail grooves configured and dimensioned to hold the angled surfaces **258**, **260** of the translation member **218** while allowing the angles surfaces **258**, **260** to slide against the ramped portions **246**, **248**.

Referring now to FIGS. **17-20**, in one embodiment, the upper surface **240** of the first endplate **214** is flat and generally planar to allow the upper surface **240** of the endplate **214** to engage with the adjacent vertebral body **202**. Alternatively, as shown in FIG. **21**, the upper surface **240** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral body **202**. It is also contemplated that the upper surface **240** can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body **202** in a lordotic fashion. Turning back to FIGS. **16-20**, in an exemplary embodiment, the upper surface **240** includes texturing **250** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIGS. **16** and **18-20**, in an exemplary embodiment, the translation member **218** is sized to be received within the central opening of the body portion **212** and includes at least a first expansion portion **252**. In another embodiment, the translation member **218** includes a first expansion portion **252** and a second expansion portion **254**, the expansion portions **252**, **254** being connected together via a bridge portion **256**. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions **252**, **254** each have angled surfaces **258**, **260** configured and dimensioned to engage the grooved portions **246**, **248** of the first and second endplates **214**, **216**. In one embodiment, the translation member **218** includes an opening **262** in

**10**

the first expansion portion **252**, which is sized to receive a portion of the actuation member **220**, as best seen in FIG. **18**. In an exemplary embodiment, the first expansion portion **252** includes a central bore **263** that extends from the opening **262** and through the first expansion portion **252**. In one embodiment, the translation member **218** includes a hole **264** in the second expansion portion **254**, which is sized to receive nose **266**, as best seen in FIGS. **19** and **20**. In an exemplary embodiment, the hole **264** includes threading **268** for threadedly receiving a threaded end **270** of the nose **266**, as shown on FIG. **20**. The nose **266** is received in an opening **272** in the first end **234** of the body portion **212** to stabilize the translation member **218** in the central opening of the body portion **212**.

In one embodiment, the translation member **218** includes a locking mechanism **274**, which is configured and adapted to engage the actuation member **220**. As illustrated, the locking mechanism **274** may extend from the first expansion portion **252**. The locking mechanism **274** includes a slot **276** configured and adapted to receive extension **287** of the actuation member **220**. In an exemplary embodiment, the locking mechanism **274** further includes a stop **278** (e.g., a rim, a lip, etc.) that engages the actuation member **220** when it is disposed in the slot **276**.

Referring now to FIGS. **16-20**, in an exemplary embodiment, the actuation member **220** has a first end **280**, a second end **282**, and threading (not illustrated) extending along at least a portion thereof from the first end **280** to the second end **282**. The threading threadingly engages the threading that extends along a portion of opening **236** in the body portion **212**. In another exemplary embodiment, the actuation member **220** includes ratchet teeth instead of threading. The ratchet teeth engage corresponding ratchet teeth in the opening **236** in the body portion **212**. The first end **280** includes a recess **284** dimensioned to receive an instrument (not shown) that is capable of advancing the actuation member **220** with respect to the body portion **212** of the fusion device **210**. In an embodiment, the actuation member **220** includes a bore **285**, as best seen by FIG. **18**, that extends from the recess **284** in the first end to the second **282**. The second end **282** of the actuation member **220** includes an extension **286** that is received within the opening **262** in the first expansion portion **252**. In one embodiment, the extension **288** may include a lip portion **286** and a plurality of slits **288**. The plurality of slits **288** are configured to receive inserts **222**. Inserts **222** are provided to limit motion of the actuation member **220**. Once the lip portion **286** is placed into the slot **276** of the locking mechanism **274**, the lip portion **286** will engage the stop **278** preventing longitudinal movement of the actuation member **220** with respect to the translation member **218**. It is further contemplated that a pin member **290** can be included to further secure the actuation member **220** in the translation member **219**. In an embodiment, the pin member **290** can be pressed into the central bore **285** of the actuation member **220** and the central bore **263** of the translation member, thereby preventing the actuation member **220** from disengaging from the translation member **218**. Additionally, in an exemplary embodiment, the fusion device **210** can further include a chamfered tip **224** for distraction of adjacent vertebrae.

Turning now to FIGS. **15-20**, a method of installing the expandable fusion device **210** is now discussed. Prior to insertion of the fusion device **210**, the intervertebral space is prepared. In one method of installation, a discectomy is performed where the intervertebral disc, in its entirety, is removed. Alternatively, only a portion of the intervertebral disc can be removed. The endplates of the adjacent vertebral bodies **202**, **203** are then scraped to create an exposed end surface for facilitating bone growth across the invertebral

US 8,518,120 B2

11                                                 12

space. The expandable fusion device **210** is then introduced into the intervertebral space, with the first end **222** of the body portion **212** being inserted first into the disc space followed by the second end **224**. In an exemplary method, the fusion device **210** is in the unexpanded position when introduced into the intervertebral space. The wedged-shaped first end **222** should assist in distracting the adjacent vertebral bodies **202, 203**, if necessary. This allows for the option of having little to no distraction of the intervertebral space prior to the insertion of the fusion device **210**. In another exemplary method, the intervertebral space may be distracted prior to insertion of the fusion device **210**. The distraction provide some benefits by providing greater access to the surgical site making removal of the intervertebral disc easier and making scraping of the endplates of the vertebral bodies **202, 203** easier.

With the fusion device **210** inserted into and seated in the appropriate position in the intervertebral disc space, the fusion device can then expanded into the expanded position, as best seen in FIGS. **15, 19**, and **20**. To expand the fusion device **210**, an instrument is engaged with recess **284** in the actuation member **220**. The instrument is used to rotate actuation member **220**. As discussed above, actuation member **220** can be threadingly engaging body portion **212** and is engaged with translation member **218**; thus, as the actuation member **220** is rotated in a first direction, the actuation member **220** and the translation member **218** move with respect to the body portion **212** toward the first end **222** of the body portion **212**. In another exemplary embodiment, the actuation member **220** is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the actuation member **220** and the translation member **218**. As the translation member **218** moves, the angled surfaces **258, 260** of the expansion portions **252, 254** push against the ramped portions **246, 248** of the endplates **214, 216** pushing endplates **214, 216** outwardly into the expanded position with the angled surfaces **258, 260** riding along the grooved portions **247, 248** of the ramped portions **246, 248**. This can best be seen in FIGS. **19** and **20**. Since the expansion of the fusion device **210** is actuated by a rotational input, the expansion of the fusion device **210** is infinite. In other words, the endplates **214, 216** can be expanded to an infinite number of heights dependent on the rotational advancement of the actuation member **220**. As discussed above, the fusion device **210** includes a locking mechanism **222** which assists in retaining the endplates **14, 16** at the desired height.

It should also be noted that the expansion of the endplates **214, 216** can be varied based on the differences in the dimensions of the ramped portions **246, 2 48** and the angled surfaces **258, 260**. As best seen in FIG. **22**, the endplates **214, 216** can be expanded in any of the following ways: straight rise expansion, straight rise expansion followed by a toggle into a lordotic expanded configuration, or a phase off straight rise into a lordotic expanded configuration.

Turning back to FIGS. **15-20**, in the event the fusion device **210** needs to be repositioned or revised after being installed and expanded, the fusion device **210** can be contracted back to the unexpanded configuration, repositioned, and expanded again once the desired positioning is achieved. To contract the fusion device **210**, the instrument is engaged with recess **284** in the actuation member **220**. The instrument is used to rotate actuation member **220**. As discussed above, actuation member **220** can be threadingly engaging body portion **212** and is engaged with translation member **218**; thus, as the actuation member **220** is rotated in a second direction, opposite the first direction, the actuation member **220** and translation member **218** move with respect to the body portion **212** toward the

second end **226** of the body portion **212**. As the translation member **218** moves, the angled surfaces **258, 260** of the translation member **218** ride along the grooved portions **247, 249** pulling the endplates **214, 216** inwardly into the unexpanded position.

With reference now to FIG. **23**, fusion device **210** is shown with an exemplary embodiment of artificial endplates **300**. Artificial endplates **300** allows the introduction of lordosis even when the endplates **214** and **216** of the fusion device **210** are generally planar. In one embodiment, the artificial endplates **300** have an upper surface **302** and a lower surface **304**. The upper surfaces **302** of the artificial endplates **300** have at least one spike **306** to engage the adjacent vertebral bodies. The lower surfaces **304** have complementary texturing or engagement features on their surfaces to engage with the texturing or engagement features on the upper endplate **214** and the lower endplate **216** of the fusion device **210**. In an exemplary embodiment, the upper surface **302** of the artificial endplates **300** have a generally convex profile and the lower surfaces **304** have a generally parallel profile to achieve lordosis. In another exemplary embodiment, fusion device **210** can be used with only one artificial endplate **300** to introduce lordosis even when the endplates **214** and **216** of the fusion device **210** are generally planar. The artificial endplate **300** can either engage endplate **214** or engage endplate **216** and function in the same manner as described above with respect to two artificial endplates **300**.

Referring now to FIGS. **24** and **25**, an alternative embodiment of the fusion device **210** is shown. In an exemplary embodiment, the fusion device **210** includes a body portion **212**, a first endplate **214**, a second endplate **216**, a translation member **218**, and an actuation member **220**. In the illustrated embodiment, the fusion device further includes a first ramped insert **320** and a second ramped insert **322**.

Although the following discussion relates to the first ramped insert **320**, it should be understood that it also equally applies to the second ramped insert **322** as the second ramped insert **322** is substantially identical to the first ramped insert **320** in embodiments of the present invention. Turning now to FIGS. **24-27**, in an exemplary embodiment, the first ramped insert **320** includes a first ramped portion **324** and a second ramped portion **326**, the first and second ramped portions **324, 326** being connected by a bridge portion **328**. The ramped portions **324, 326** each have grooved portions **330, 332** configured and dimensioned to receive angled surfaces **258, 260** of the translation member. The ramped portions **324, 326** can be oriented in an oblique fashion, as illustrated. In a preferred embodiment, the grooved portions **330, 332** are dovetail grooves configured and dimensioned to hold the angled surfaces **258, 260** of the translation member **218** while allowing the angles surfaces **258, 260** to slide against the ramped portions **324, 326**.

In an exemplary embodiment, the first ramped insert **320** should be configured and dimensioned to be engaged with the first endplate **214**. In an embodiment, the first and second ramped portions **324, 326** include snap connectors **334, 336** for securing the first ramped insert **320** to the first endplate. It should be understood that the snap connectors **334, 336** are merely illustrative and that other suitable mechanisms for securing the first ramped inserted **320** with the first endplate **214** may be used.

Referring to FIGS. **24-27**, in an exemplary embodiment, the translation member **218** is sized to be received within the central opening of the body portion **212** and includes at least a first expansion portion **252**. In another embodiment, the translation member **218** includes a first expansion portion **252** and a second expansion portion **254**, the expansion portions

US 8,518,120 B2

13

252, 254 being connected together via a bridge portion 256. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions 252, 254 each have angled surfaces 258, 260 configured and dimensioned to engage the grooved portions 330, 332 of the first and second ramped inserts 320, 322. In one embodiment, the angled surfaces 258, 260 include corresponding grooved portions 338, 340, as best seen in FIG. 27, that slidingly engaged the grooved portions 330, 332 of the first and second ramped inserts 320, 322.

In one embodiment, the expansion portion 252 includes an opening 262, which is sized to receive a portion of the actuation member 220, and the expansion portion 262 includes a nose 266, which is received within an opening 272 in the first end 234 of the body portion 212 to stabilize the translation member 218 in the central opening of the body portion 212. In an embodiment, the nose 266 is integral with the expansion portion 262. In an embodiment (shown on FIGS. 16 and 18-20), the nose 266 is threadingly engaged with the expansion portion 262. In an embodiment, the translation member 218 includes a locking mechanism 274 to engage the actuation member 220, as illustrated in FIGS. 16-20. However, it should be understood that other suitable mechanisms may be used to secure the actuation member 220 within the translation member 218. For example, the actuation member 220 may include an extension 287 having a lip portion 286 (shown on FIGS. 16 and 18-20) that engages the expansion portion 262. The extension 287 may, for example, be configured to flex inwardly reducing its diameter when received in the opening 262. Once the lip portion 286 of the extension 287 is advanced beyond the end of the opening 262, the extension portion 287 will return back to its original diameter and the lip portion 286 will engage the expansion portion 260.

The expandable fusion device 210 of FIGS. 24-27 can be inserted into the intervertebral space in a manner similar to that the previously described with respect to FIGS. 15-20. After insertion, the expandable fusion device 210 of FIGS. 24-27 can be expanded into the expanded position, as best seen in FIGS. 24 and 25. To expand the fusion device 210, an instrument is engaged with recess 284 in the actuation member 220. The instrument is used to rotate actuation member 220. As discussed above, actuation member 220 can be threadingly engaging body portion 212 and is engaged with translation member 218; thus, as the actuation member 220 is rotated in a first direction, the actuation member 220 and the translation member 218 move with respect to the body portion 212 toward the first end 222 of the body portion 212. In another exemplary embodiment, the actuation member 220 is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the actuation member 220 and the translation member 218. As the translation member 218 moves, the angled surfaces 258, 260 of the expansion portions 252, 254 push against the ramped portions 324, 326 of the first and second ramped inserts 320, 322 while riding along the grooved portions 330, 332, thus pushing first and second ramped inserts 320, 322 outwardly. Because the first and second ramped inserts 320, 322 are engaged with the endplates 214, 216, the endplates 214, 216 are also pushed outwardly into the expanded position.

After expansion, the expandable fusion device 210 can be contracted back to the unexpanded configuration. To contract the fusion device 210, the instrument is engaged with recess 284 in the actuation member 220. The instrument is used to rotate actuation member 220. As discussed above, actuation member 220 can be threadingly engaging body portion 212 and is engaged with translation member 218; thus, as the

14

actuation member 220 is rotated in a second direction, opposite the first direction, the actuation member 220 and translation member 218 move with respect to the body portion 212 toward the second end 226 of the body portion 212. As the translation member 218 moves, the angled surfaces 258, 260 of the translation member 218 ride along the grooved portions 330, 332 pulling the first and second ramped inserts 320, 322 and thus, the endplates 214, 216 inwardly into the unexpanded position.

Referring now to FIG. 28, an alternative embodiment of the fusion device 210 is shown. In an exemplary embodiment, the first endplate 214 and the second endplate 216 each include additional geometry to help securely hold the endplates 214, 216 in place. In an embodiment, the first endplate 214 and/or the second endplate 216 include threaded holes 341 through which the fasteners, such as screws 342, may be inserted. In an embodiment, the threaded holes 341 penetrate through the first endplate 214 and/or the second endplate 216 in an oblique fashion. It is contemplated that the screws 342 may inserted through the threaded holes 341 and into adjacent vertebral bodies 202, 203, to further secure the first endplate 214 and the second endplate 216 to the vertebral bodies 202, 203. In some embodiments, these fasteners may be removed once a more long-term interface has been established, or alternatively the fasteners may remain in place indefinitely or until the fusion device 210 needs adjustment and/or replacement.

With reference now FIGS. 29-31, an alternative embodiment of the fusion device 210 is shown that expands laterally. Lateral expansion maximizes coverage of the intravertebral disc space for wider load distribution and stability providing a rigid foundation for fusion. In one embodiment, the fusion device 210 includes body portion 212, first endplate 344, and second endplate 346.

Although the following discussion relates to the first endplate 344, it should be understood that it also equally applies to the second endplate 346 as the second endplate 346 is substantially identical to the first endplate 344 in embodiments of the present invention. Turning now to FIGS. 31-33, in an exemplary embodiment, the first endplate 344 has an upper surface 348, a lower surface 350, and an inner surface 351 facing the body portion 212. It is contemplated that the upper surface 348 will engage adjacent vertebral body 202 (seen on FIG. 15) and the lower surface 350 will engage adjacent vertebral body 203 (seen on FIG. 15). In one embodiment, the upper surface 348 and the lower surface 350 are each flat and generally planar to allow the upper surface 348 to engage with the adjacent vertebral body 203. Alternatively, the upper surface 348 and/or the lower surface 350 can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral bodies 202, 203. It is also contemplated that the upper surface 348 and/or the lower surface 350 can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body 202 and/or the adjacent vertebral body 203 in a lordotic fashion. In an exemplary embodiment, the upper surface 348 and/or lower surface 350 includes textures 352 to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

In one embodiment, the inner surface 351 includes at least one extension 354 extending along at least a portion of the inner surface 351. In an exemplary embodiment, the extension 354 can extend along a substantial portion of the inner surface 354, including, along each side of the endplate 344

US 8,518,120 B2

15

and along the front end of the endplate **214**. While not illustrated, the inner surface may include ramped surfaces and grooved portions in an exemplary embodiment. It is contemplated that the ramped surfaces and/or grooved portions may be similar to the ramped surfaces **246**, **248** and grooved portion **247**, **249** in extension **244** shown on FIGS. **18-20**. In an embodiment, the extension **354** may include slots **356** oriented in an oblique fashion through which pins **358** may be inserted.

While not illustrated, the fusion device **210** further includes features to effectuate the lateral expansion of the first and second endplates **344**, **346**. In one embodiment, the fusion device **210** using a ramping system—similar to the system illustrated in FIGS. **16** and **18-20**—for expanding the first and second endplates **344**, **346**. In an exemplary embodiment, the fusion device **210** further includes a translation member and actuation member, such as translation member **218** and actuation member **220** shown on FIGS. **16** and **18-20**. It is contemplated that the translation member may include angled surfaces that push against ramped surfaces in the extension **354**, expanding the first and second endplates **344**, **346** outwardly and away from the body portion **212**. In an embodiment, pins **356** disposed through the slots **354** may be retained in the translation member. In an alternative embodiment, dovetailing may be used for engagement of the angled surfaces and ramped surfaces. It should be understood that the translation member and actuation member in this embodiment may be similar to the translation member **218** and actuation member **220** described above with respect FIGS. **15-20**. In another embodiment, the fusion device **210** further includes first and second ramped inserts that are secured within the first and second endplates **344**, **346**. The first and second ramped inserts may be similar to the first and second ramped inserts **320**, **322** described above with respect to FIGS. **24-27**. It is contemplated that angled surfaces in the translation member may push against ramped surfaces in the ramped inserts pushing the ramped inserts outwardly. Because of their engagement with the first and second endplates **344**, **346**, the first and second endplates **344**, **346** may thus be expanded outwardly. In this manner, the first and second endplates **344**, **346** may be laterally expanded away from the body portion **212**. It should be understood that other suitable techniques may also be used to effectuate this lateral expansion.

With reference to FIG. **32**, an exploded perspective view of another embodiment of fusion device **210** is shown. In an exemplary embodiment, the fusion device **210** includes a body portion **212**, a first endplate **400**, a second endplate **402**, a third endplate **404**, a fourth endplate **406**, and a translation member **218**. In this embodiment, the fusion device **210** is configured to expand both vertically and laterally.

In an exemplary embodiment, the body portion **212** has a first end **224**, a second end **226**, a first side portion **228** connecting the first end **224** and the second end **226**, and a second side portion **229** on the opposing side of the body portion **212** connecting the first end **224** and the second end **226**. The body portion **212** further includes a top side portion **408** connecting the first end **224** and the second end **226**, and a bottom side portion **410** on the opposing side of the body portion **212** connecting the first end **224** and the second end **226**. The body portion **212** further includes first gap **412** between the top side portion **408** and the first side portion **228**, which is sized to receive at least a portion of the first endplate **400**. The body portion **212** further includes second gap **414** between the top side portion **408** and the second side portion **229**, which is sized to receive at least a portion of the second endplate **402**. The body portion **212** further includes third gap

16

**416** between the bottom side portion **410** and the first side portion **228**, which is sized to receive at least a portion of the third endplate **404**. The body portion **212** further includes fourth gap **418** between the bottom side portion **410** and the second side portion **229**, which is sized to receive at least a portion of the fourth endplate **406**.

The first end **224** of the body portion **212**, in an exemplary embodiment, includes an opening **420**. The opening **420** extends from the first end **224** of the body portion **212** into a central opening **422**. In one embodiment, the central opening **422** is sized to receive the translation member **218**. The second end **226** of the body portion **212**, in an exemplary embodiment, includes an opening **236**, which extends from the second end **226** of the body portion **212** into the central opening **422**.

Although the following discussion relates to the first endplate **400**, it should be understood that it also equally applies to the second endplate **402**, the third endplate **404**, and the fourth endplate **406**, as these endplates **402**, **404**, **406** are substantially identical to the first endplate **400** in embodiments of the present invention. Turning now to FIGS. **32-34**, in an exemplary embodiment, the first endplate **214** has a first end **424** and a second end **426**. The first endplate further includes an upper surface **240** connecting the first end **424** and the second end **426** and a lower surface **442** on an opposing side of the endplate **400** connecting the first end **424** and the second end **426**. While not illustrated, the first endplate **214** may include a through opening sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening **422** in the body portion **212**.

In one embodiment, the lower surface **242** includes at least one first retaining socket **428** on the lower surface **242**. In an exemplary embodiment, the lower surface **242** includes a first retaining socket **428** at the interior corner of the intersection of the first end **424** and the lower surface **242**, and a second retaining socket **430** at the interior corner of the intersection of the first end **424** and the lower surface **242**.

Referring now to FIGS. **32-34**, in one embodiment, the upper surface **240** of the first endplate **400** is curved convexly. Alternatively, the upper surface **240** is flat or curved concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral body **202**. It is also contemplated that the upper surface **240** can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body **202** in a lordotic fashion. In an exemplary embodiment, the upper surface **240** includes texturing **250** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIG. **32**, in an exemplary embodiment, the translation member **218** is sized to be received within the central opening **422** of the body portion **212**. The translation member **218** should be sized to allow longitudinal translation within the central opening **422**. In an embodiment, the translation member **218** includes at least a first expansion portion **252**. In another embodiment, the translation member **218** includes a first expansion portion **252** and a second expansion portion **254**, the expansion portions **252**, **254** being connected together via a bridge portion **256**. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions **252**, **254** each have angled surfaces **258**, **260**. In an embodiment, the angles surfaces **258**, **260** each comprise first end **429** and second end **431** with second end

US 8,518,120 B2

17                                                      18

431 being wider than the first end 429. In an exemplary embodiment, the expansion portions 252, 254 include grooved portions 432, 434 on the edges of at least two sides (e.g., the lateral sides) of the angled surfaces 258, 260. The grooved portions 432, 434 are configured and dimensioned to engage the first and second retaining sockets 428, 430 on the endplates 400, 402, 404, 406. In an exemplary embodiment, the grooved portions 432, 434 retain the first and second retaining sockets 428, 430 in sliding engagement.

In one embodiment, the translation member 218 includes a first end 436 and a second end 438. The first end 436 of the translation member includes an extension 440 sized to be received within the opening 420 in the first end 224 of the body portion 212. While not illustrated, the second end 438 also can include a similar extension sized to be received within opening 232 in the second end 226 of the body portion 212.

The expandable fusion device 210 of FIGS. 32-34 can be inserted into the intervertebral space in a manner similar to that the previously described with respect to FIGS. 15-20. After insertion, the expandable fusion device 210 of FIGS. 32-34 can be expanded into the expanded position. As previously mentioned, the fusion device 210 shown in FIGS. 32-34 expands both vertically and laterally. To expand the fusion device 210, the translation member 218 can be moved with respect to the body portion 212 toward the first end 224 of the body portion. An instrument can be used, in an exemplary embodiment. As the translation member 218 moves, the first retaining socket 428 and the second retaining socket 430 ride along the grooved portions 432, 434 of the expansion portions 252, 254 pushing the endplates 400, 402, 404, 406 outwardly in the direction indicated by arrows 442. In an embodiment, the endplates 400, 402, 404, 406 move outwardly in an oblique fashion to expand the fusion device 210 both vertically and laterally. The expanded configuration of the expansion device 210 is best seen in FIG. 34.

After expansion, the expandable fusion device 210 can be contracted back to the unexpanded configuration. The unexpanded configuration of the fusion device 210 is best seen in FIG. 34. To contract the fusion device 210, the translation member 218 is moved with respect to the body portion 212 toward the second end 226 of the body portion 212. As the translation member 218 moves, the first retaining socket 428 and the second retaining socket 430 ride along the grooved portions 432, 434 of the expansion portions 252, 254 pulling the endplates 400, 402, 404, 406 inwardly in a direction opposite that indicated by arrows 442. In an embodiment, the endplates 400, 402, 404, 406 move inwardly in an oblique fashion to contract the fusion device 210 both vertically and laterally. The unexpanded configuration of the expansion device 210 is best seen in FIG. 33.

With reference to FIGS. 35-36, another embodiment of expandable fusion device 210 is shown. In an exemplary embodiment, the fusion device 210 includes a body portion 212, a vertically expanding plate 500, and a gear 502. In this embodiment, a portion of the fusion device 210 is configured to expand vertically in at least one direction. In an exemplary embodiment, the vertically expanding plate 500 is configured to expand outwardly from the body portion 212. It is contemplated that an expandable fusion device 210 may be used to correct spinal curvature due to, for example, scoliosis, lordosis, and the like.

In an exemplary embodiment, the body portion 212 has a first end 224, a second end 226, a first side portion 228 connecting the first end 224 and the second end 226, and a second side portion 229 on the opposing side of the body portion 212 connecting the first end 224 and the second end

226. The first end 224 of the body portion 212, in an exemplary embodiment, includes at least one angled surface 234, but can include multiple angled surfaces. The angled surface 234 can serve to distract the adjacent vertebral bodies when the fusion device 210 is inserted into an intervertebral space. In another preferred embodiment, it is contemplated that there are at least two opposing angled surfaces forming a generally wedge shaped to distract the adjacent vertebral bodies when the fusion device 210 is inserted into an intervertebral space. In yet another preferred embodiment, first side portion 228 and second side portion 229 each include a recess 238 located towards the second end 226 of the body portion 212. The recess 238 is configured and dimensioned to receive an insertion instrument 504 that assists in the insertion of the fusion device 210 into an intervertebral space.

In an exemplary embodiment, the body portion 212 includes an upper engagement surface 506 extending from the first end 224 towards the second end 226, and a lower engagement surface 508 extending between the first end 224 and the second end 226. In an embodiment, the upper engagement surface 506 has a through opening 510. Although not illustrated, the lower engagement surface 508 may have a through opening that is similar to through opening 510. The through opening 510, in an exemplary embodiment, is sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening in the body portion 212. In an embodiment, at least a portion of the body portion 212 is removed to form a landing 512 in the body portion 212. In an exemplary embodiment, a portion of the upper engagement surface 506 and the second end 226 are removed to form the landing 512 having an upper surface 514. While not illustrated, a portion of the lower engagement surface 508 and the second end 226 may be cut away, in an alternative embodiment, to form the landing 512.

In one embodiment, the upper engagement surface 506 and the lower engagement surface 508 are flat and generally planar to allow engagement surfaces 506 to engage with the adjacent vertebral body 202 and the lower engagement surface 508 to engage with the adjacent vertebral body 203. Alternatively, the upper engagement surface 506 and/or the lower engagement surface 508 can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral bodies 202, 203. In an exemplary embodiment, the upper engagement surface 506 and/or the lower engagement surface includes texturing 512 to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

In an exemplary embodiment, vertically expanding plate 500 is coupled to an end of threaded bolt 518, which is coupled to the gear 502. In one embodiment, the threaded bolt 518 is in threaded engagement with the gear 502. In an alternative embodiment, a bolt having ratchet teeth may be used instead of threaded bolt 518. In an embodiment, the gear 502 is coupled to the landing 512. In one embodiment, the gear 502 is rotatably coupled to the landing 512.

The vertically expanding plate 500 includes a throughbore 519 and an upper surface 520. In one embodiment, the vertically expanding plate 500 is generally circular in shape. Other suitable configurations of the expanding plate 500 may also be suitable. In an embodiment, the vertically expanding plate may be generally rectangular in shape with rounded corners, as best seen in FIG. 37. In one embodiment, the vertically expanding plate 500 is flat and generally planar to allow upper surface 520 to engage with the adjacent vertebral body 202.

US 8,518,120 B2

19

Alternatively, the upper surface **520** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral bodies. In an exemplary embodiment, the upper surface **520** includes texturing **522** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIG. **37**, an alternative embodiment of the expandable fusion device **210** of FIGS. **35-36** is shown. In this embodiment, the gear **502** is enclosed within the body portion **212** towards the second end **226** of the body portion **212** with the vertically expanding plate **500** disposed at or above the upper engagement surface **506** of the body portion **212**. In an embodiment, the vertically expanding plate **500** is positioned towards the second end **226** of the body portion **212**. While not illustrated, the threaded bolt **518** extends through the upper engagement surface **506** and couples the vertically expanding plate **500** and the gear **502**. An actuator screw **524** extends through the first end **224** of the body portion **212** to engage the gear **502**.

The expandable fusion device **210** of FIGS. **35-37** can be inserted in the intervertebral space in a manner similar to that the previously described with respect to FIGS. **15-20**. FIG. **38** illustrates the expandable fusion device **210** of FIG. **37** between adjacent vertebral bodies **202**, **203** in an unexpanded position. After insertion, the expandable fusion device **210** of FIGS. **35-37** can be expanded into the expanded position. As previously mentioned, a portion of the fusion device shown on FIGS. **35-37** expands vertically in at least one direction. To partially expand the fusion device **210**, the gear **502** can be rotated in a first direction. An instrument **526** having a gear **528** disposed on a distal end **530** of the instrument may be used to rotate the gear **502**, as best seen on FIG. **36**. In another embodiment, an instrument (not illustrated) may be used to rotate actuation member **524** in a first direction. As discussed above, the actuation member **524** is engaged with gear **502**; thus, as the actuation member **524** is rotated in first direction, the gear **502** rotated in a first direction. The embodiment with the actuation member **524** is best seen in FIG. **37**. As the gear **502** rotates, the threaded bolt **518** extends outward from the gear **502**, thus extending the laterally expanding plate **500** outward from the body portion **212**. FIG. **39** illustrates the expandable fusion device **210** of FIG. **37** in an expanded position.

After expansion, the expandable fusion device **210** can be contracted back to the unexpanded position. The unexpanded position of the fusion device **210** is best seen in FIG. **38**. To contract the fusion device **210**, the gear **502** is rotated in a second direction that is opposite the first direction. The instrument **526** with the gear **528** may be used to rotate the gear **502**. Alternatively, an instrument may be used to rotate the actuation member **524** to turn the gear **502** in the second direction. As the gear **502** rotates in the second direction, the threaded bolt **518** retracts pulling the laterally expanding plate **500** inward into the unexpanded position.

Additional Embodiments for the Expandable Fusion Device

In some embodiments, the fusion devices **210** can include additional features that provide additional benefits such as preventing screw loosening and added stability. These embodiments are discussed below.

FIGS. **40** and **41** show different views of a fusion device **210** including an advantageous interference nut **610** and stabilization members **622**, **624** according to some embodi-

20

ments. The fusion device **210** includes many features similar to the above-described devices, including a body portion **212**, a first endplate **214**, a second endplate **216**, a translation member **218**, and an actuation member **220**. The first endplate **214** can include a pair of openings **243**a and **243**b through which bone graft material can be received or deposited. Likewise, the second endplate **16** can have similar openings, although they are not shown from the illustrated viewpoints. In addition to these features, the fusion device **210** includes a novel interference nut **610** that is operably attached to a rear section of the body portion **212**, as well as a pair of stabilization members **622**, **624**.

FIG. **40** illustrates an exploded view of the alternative fusion device **210**, while FIG. **41** shows a top view of the same device with the first endplate **214** removed. As shown in both views, the translation member **218** includes three expansion portions **251**, **252**, and **254**, which are connected via bridge portions **256**. The expansion portions **251**, **252**, and **254** each have angled surfaces that are configured to engage grooved portions of the first and second endplates **214** and **216**. In some embodiments, the angled surfaces are of similar angles, while in other embodiments, the angled surfaces are of different angles. Advantageously, by providing at least three expansion portions **251**, **252** and **254**, this allows for an even expansion along a majority of the length of the body portion **212** of the fusion device **210**.

The translation member **218** is received in the central opening of the body portion **212**. The body portion **212** can include a first end **224** and a second end **226**. In some embodiments, the first end **224** includes one or more apertures **602**, **604** as shown in FIGS. **40** and **41**. These apertures **602**, **604** advantageously receive one or more stabilization members **622**, **624**.

In some embodiments, the stabilization members **622**, **624** each include a first substantially smooth portion **632**, **634** and a second threaded portion **634**, **644**. The stabilization members **622**, **624** can be inserted through the apertures **602**, **604** of the body portion **212**, with the threaded portions **634**, **644** serving as the leading end that enters the apertures. After passing through the apertures **602**, **604** of the body portion **212**, the stabilization members **622**, **624** can come into contact with a side of the translation member **218**. In some embodiments, the threaded portions **634**, **644** of the stabilization members **622**, **624** can be threaded into mateable threaded surfaces of the translation member **218**. Advantageously, by using a pair of stabilization members **622**, **624** as shown in FIGS. **40** and **41** on a first end of the body portion **212**, this serves to prevent rocking of the body portion **212** during expansion and contraction of the device **210**.

While the illustrated embodiment in FIGS. **40** and **41** show a pair of stabilization members **622**, **624**, in other embodiments, a single stabilization member or more than two stabilization members can be used to assist in preventing rocking of the body portion **212**. In addition, while the stabilization members **622**, **624** are illustrated as having a substantially cylindrical surface section, in other embodiments, the stabilization members **622**, **624** can assume other shapes and geometries. For example, in other embodiments, the stabilization members **622**, **624** can have a surface that includes at least one edge or corner.

As shown in FIGS. **40** and **41**, the body portion **212** also includes an interference nut **610** that is positioned within a rear section of the body portion **212**. In some embodiments, the interference nut **610** is separate and removable from the body portion **212**, while in other embodiments, the interference nut **610** is not removable from the body portion **212**. In some embodiments, the interference nut **610** comprises a

US 8,518,120 B2

21

square nut that is operably connected to a rear section of the body portion **212**. The interference nut **610** can be mateably connected to a rear of the body portion **212**, for example, via a dove-tail type cut that encapsulates the interference nut. The interference nut **610** can be advantageously formed of a bio-compatible material. In some embodiments, the interference nut **610** is formed of PEEK.

The interference nut **610** can include a hole (not shown) that is capable of receiving the actuation member **220** therethrough. The actuation member **220**, which can comprise a threaded set screw, passes through the interference nut **610** and into contact with the translation member **218**, as best shown in FIG. **41**. Advantageously, the interference nut **610** serves to add drag to the actuation member **220** as it passes therethrough, thereby establishing an interference fit. By providing an interference fit, the risk of the actuation member **220** being loosened prior to or during use is minimized.

FIGS. **42-44** show different views of an alternative fusion device **210** including novel side stabilization members **652**, **654** and a low profile actuation member **220**. The fusion device **210** includes many features similar to the above-described devices, including a body portion **212**, a translation member **218**, and an actuation member **220**. The fusion device **210** can also include a first endplate **214** and a second endplate **216** for contacting vertebral surfaces, as best shown in FIG. **44**. Both the first endplate **214** and second endplate **216** can include a pair of openings through which bone graft material can be received or deposited. In addition to these features, the fusion device **210** includes novel side stabilization members **652**, **654** that are introduced through side slots **213** and **214** of the body portion **212**. The fusion device **210** also includes a configuration that allows the actuation member **220** to be of low profile, as shown in FIG. **42**.

FIG. **42** illustrates a top view of the alternative fusion device **210** having side stabilization members with the first endplate **214** removed, while FIG. **43** illustrates a perspective view of the same device. FIG. **44** illustrates a side cross-sectional view of the alternative fusion device **210** having side stabilization members. As shown in all three views, the translation member **218** includes three expansion portions **251**, **252**, and **254**, which are connected via bridge portions **256**. The expansion portions **251**, **252**, and **254** each have angled surfaces that are configured to engage grooved portions of the first and second endplates **214** and **216**. In some embodiments, the angled surfaces are of similar angles, while in other embodiments, the angled surfaces can be of different angles. Advantageously, by providing at least three expansion portions **251**, **252** and **254**, this allows for an even expansion along a majority of the length of the body portion **212** of the fusion device **210**.

The translation member **218** is received in the central opening of the body portion **212**. The body portion **212** can include sidewalls that extend between the first end **224** and a second end **226**. As shown in FIG. **43**, each of the sidewalls can include side slots **213**, **214** for receiving one or more side stabilization members **652**, **654**.

In some embodiments, the side stabilization members **652**, **654** are similar to the stabilization members **622**, **624** (shown in FIG. **40**). That is, the side stabilization members **652**, **654** can include a threaded portion and a substantially smooth portion. The side stabilization members **652** can be inserted through the side slots **213**, **214** of the body portion **212** and can operably attach (e.g., via threads) to the translation member **218**. Advantageously, the side slots **213**, **214** help to provide rotational stability to the translation member **218** relative to the body portion **212** prior to or during use of the fusion device **210**.

22

In addition to providing side stabilization members, the fusion device **210** provides a configuration that includes a low profile actuation member **220**. Advantageously, as shown in FIG. **42**, the actuation member **220** (which can comprise a screw) can have a head portion that is substantially flush against the surface of the body portion **212**, while a distal portion **221** of the actuation member **220** can extend through a wall of the translation member **218**.

As shown in FIG. **44**, in some embodiments, the actuation member **220** can comprise a set screw **772** accompanied by a flange **773** and an actuation element **774**. The set screw **772** and actuation element **774** can both be threaded. Upon rotation of the set screw **772**, the actuation element **774** is threaded forward, thereby pushing the first endplate **214** upwardly and the second endplate **216** downwardly to cause expansion of the actuation member **220**. The flange **773**, which can be cylindrical, advantageously resists the opposing forces as the actuation element **774** is threaded forward, thereby helping to keep the fusion device **210** in an expanded configuration. Upon reverse rotation of the set screw **772**, the fusion device **210** can collapse. As shown in FIG. **44**, a blocking nut **771** can be provided that is threaded onto the back side of the set screw **772** to secure the set screw into place when the device **210** is collapsed.

Additional embodiments of an expandable fusion device **210** are shown in FIGS. **49** and **50**. This fusion device **210** incorporates a ring member **802** into a pocket **820** formed in the translation member **218**.

The fusion device **210** in FIGS. **49** and **50** include many features similar to the above-described devices, including a body portion **212**, a first endplate **214**, a second endplate **216**, a translation member **218**, an actuation member **220**, and a pin member **290**. The first endplate **214** can include one or more openings through which bone graft material can be received or deposited. Likewise, the second endplate **216** can have similar openings, although they are not shown from the illustrated viewpoints. The translation member **218** can be comprised of one or more ramped expansion portions, such as expansion portions **251** and **252**, which are configured to assist in expansion and contraction of the fusion device **210**, as discussed above.

In addition to these features, the fusion device **210** incorporates a ring member **802** that is positioned between the actuation member **220** and the translation member **218**. In some embodiments, the ring member **802** is received in a pocket **820** that is formed in one of the expansion portions (such as expansion portion **251**) of the translation member **218**. As shown in FIG. **50**, the ring member **802** can comprise a closed annular body that can be received in a similarly shaped recess **820** formed in the body of an expansion portion **251** of the translation member **218**. Each of expansion portion **251**, ring member **802** and actuation member **220** can be placed over a pin member **290**.

In some embodiments, the ring member **802** can be formed of a material that is different from the translation member **218** and/or actuation member **220**. For example, while in some embodiments the translation member **18** and/or actuation member **220** are comprised of a metal, such as a biocompatible stainless steel, titanium or metal alloy, the ring member **802** can be formed of a polymer such as polyether ether ketone (PEEK). The advantage of providing a PEEK ring member **802** is that a more lubricious material is positioned between the face of the actuation member **220** and the surface of the translation member **218**, thereby reducing the friction between the two parts. With the PEEK ring member's **802** reduced coefficient of friction, this increases the amount of force transmitted when the actuation member **220** is screwed

US 8,518,120 B2

23                                                                                      24

into the translation member **218**, thereby increasing the amount of expansion force provided to the ramped translation member **218**. In some embodiments, the use of a PEEK ring member between the interface of the actuation member **220** and translation member **218** increases the expansion force of the ramped translation member **218** while using the same force as would be applied if the PEEK ring member was not in place. In some embodiments, the use of a PEEK ring member between the translation member **218** and actuation member **220** provides a buffer that can prevent galling that would occur due to metal-on-metal contact between the translation member and actuation member.

In some embodiments, rather than receive an insert in the shape of ring member **802**, the translation member **218** can receive an insert having a different shape. For example, the translation member **218** can include one or more recesses that accommodate a wedge-shaped PEEK member between the translation member **218** and the actuation member **220**. Like the ring member **802**, the wedge-shaped PEEK member can also serve as a lubricious material that reduces the friction between the translation member **218** and the actuation member **220**.

In addition, in some embodiments only an insert can be placed between the translation member **218** and actuation member **220** without having to form a recess in the translation member. For example, a PEEK washer can be provided between the interface of the translation member **218** and actuation member **220**.

Although the preceding discussions only discussed having a single fusion device **210** in the intervertebral space, it is contemplated that more than one fusion device **210** can be inserted in the intervertebral space. It is further contemplated that each fusion device **210** does not have to be finally installed in the fully expanded state. Rather, depending on the location of the fusion device **210** in the intervertebral disc space, the height of the fusion device **210** may vary from unexpanded to fully expanded.

Trial Member

In some embodiments, the fusion devices **210** can be put into place with the assistance of a novel expandable trial member. The expandable trial member can be used prior to inserting an expandable fusion device in between vertebral bodies to obtain an accurate size measurement for the fusion device. The expandable trial member can help a user determine a fusion device of an appropriate size to use in a vertebra. Advantageously, the novel expandable trial member disclosed herein is configured such that the amount of distraction force applied to the trial member is linear and constant over its entire expansion range.

FIGS. **45**-**48** show different perspectives of an expandable trial member according to some embodiments. FIG. **45** illustrates a perspective view of the trial member in a non-expanded configuration. FIG. **46** illustrates a side cross-sectional view of the trial member in an expanded configuration. FIG. **47** illustrates a top view of the trial member. FIG. **48** shows an exploded view of the trial member.

As shown in the figures, the expandable trial member **700** comprises a body portion **712**, an upper endplate **714**, a lower endplate **716**, a translation member **718** and an actuation member **720**. The trial member **700** is configured such that when the actuation member **720** (shown in FIG. **46**) is pulled in a backward or proximal direction toward a handle portion **782** (shown in FIG. **47**), inner shaft or rod member **722** (shown in FIG. **46**) will push forward and cause inner ramped surfaces of the translation member **718** to translate relative to inner angled grooves cut into the upper endplate **714** and/or lower endplate **716**, thereby causing expansion of the trial

member **700**. When the actuation member **720** is pushed in a forward or distal direction away from the handle portion **782**, the trial member **700** can collapse. In other embodiments, distal movement of the actuation member **720** can result in expansion of the expandable trial member, while proximal movement of the actuation member **720** can result in collapse of the trial member. The configuration of the trial member **700** thus allows pushing and pulling of the actuation member **720** to actuate the shaft or inner rod **722**, thereby causing expansion or contraction of the trial member **700**. Advantageously, because movement along the ramped surfaces of the upper endplate **714** and lower endplate **716** cause expansion or contraction, the amount of distraction force is linear over the entire expansion range of the trial member **700**.

The expandable trial member **700** includes an upper endplate **714** and a lower endplate **716**. As shown best in FIG. **46**, both the upper endplate **714** and lower endplate **716** can include one or more surface grooves **780**. While the trial member **700** need not remain over an extended period of time within a vertebra, the surface grooves **780** advantageously help to retain the trial member **700** within a vertebra during its operational use.

A body portion **712** can be placed in between the upper endplate **714** and lower endplate **716**. The body portion **712** can include a sloped or chamfered anterior portion **734** (shown in FIG. **45**) that assists in distraction of vertebral bodies.

Within the body portion **712**, the translation member **718** can be received therein. As shown best in FIG. **48**, the translation member **718** includes a plurality of upper ramped surfaces **751**, **752** and **754** and a plurality of lower ramped surfaces **756**, **757** and **758**. As shown in FIG. **45**, the upper and lower endplates **714** and **716** can include one or more holes **711** that accommodate the upper and lower ramped surfaces when the trial member **700** is in a closed configuration. The upper ramped surfaces and lower ramped surfaces are configured to slidably mate with corresponding grooves (such as upper grooves **746** and **748** and lower groove **749** shown in FIG. **46**). When the actuation member **720** is pulled distally, the upper ramped surfaces slide downwardly through the grooves and the lower ramped surfaces slide upwardly through the grooves, thereby causing the expandable trial member **700** to expand from its closed configuration, shown in FIG. **45**, to an expanded configuration, shown in FIG. **46**.

In some embodiments, the body portion **712** can include a pair of side slots **713**, as shown in FIG. **45**. The side slots **713** are configured to each receive a side stabilization member **762**. In some embodiments, the stabilization members **762** comprise stabilizer screws that contact the translation member **718**. Advantageously, the stabilization members **762** help keep the translation member **718** centered inside the body portion **712** to prevent twisting as it translates forward and backwards.

In some embodiments, the trial member **700** is configured to expand to have a trial height that is at least fifty percent higher than a height of the trial member **700** in its closed configuration. In other embodiments, the trial member **700** is configured to expand to have a trial height that is at least two times the height of the trial member **700** in its closed configuration. By having a trial member **700** with a wide variety of expansion configurations, a user can advantageously choose a properly sized fusion implant to accommodate a number of different patients of different sizes.

FIGS. **51**-**55** show different views of some embodiments of a proximal portion **750** of a trial member **700**. In some embodiments, the trial member **700** can be a single piece that extends from a proximal end to a distal end. In other embodi-

US 8,518,120 B2

25
26

ments, which are reflected in FIGS. **51-55**, the proximal portion **780** can comprise a removable handle portion **782** that is configured to operably attach to a body of the trial member **700**. Advantageously, by providing a removable handle portion **782**, this helps to facilitate easier cleaning of the trial member **700**. The proximal portion **780** is configured to assist in movement of the inner shaft **722** of the trial member, thereby causing expansion and contraction of the trial member upper and lower endplates. In addition, the proximal portion **780** can comprise a novel locking member that operably mates the proximal portion **780** to the inner shaft **722**, thereby allowing the inner shaft **722** to be pulled back. Once the upper and lower endplates of the trial member are separated a desired distance, the trial member **700** can be removed, and an appropriately sized expandable implant can be inserted based on the separation distance between the upper and lower endplates.

In the trial member **700** shown in FIG. **51**, the removable proximal portion **780** is configured to operably attach to a body of the trial member (such as shown in FIG. **47**). The proximal portion **780** is comprised of a handle **782** in the form of a housing member, a removable engagement insert **816**, and a slidable locking member **740**. The interior of the proximal portion **780** is configured to have a threaded insert **816** that mates with an exterior threaded surface **724** along the body of the trial member **700**. As the proximal portion **780** is rotatably threaded onto the body portion, a surface of the slidable locking member **740** pushes against the inner shaft **722** (shown in FIG. **53** as within the exterior threaded surface **724**), thereby causing expansion of the trial member endplates.

The body of the handle portion **782** is configured to receive a threaded insert **816** therein. While in some embodiments, the threaded insert **816** is comprised of the same material as the exterior threaded surface **724** of the body, in other embodiments, the threaded insert **816** and threaded surface **724** are of different materials. For example, in some embodiments, the threaded insert **816** can be a polymer, such as PEEK, while the exterior threaded surface **724** can be a metal, such as stainless steel. One skilled in the art will appreciate that other materials can also be used. By providing a PEEK insert **816** that threads onto the metal threads, this advantageously reduces the friction between the two components, thereby reducing the amount of work that is absorbed by the two components and increasing the expansion forces transmitted to the endplates. In addition, the use of a threaded PEEK insert **816** on metal prevents thread galling over multiple uses under high loading. To prevent rotation of the insert **816**, pin members **826** can be provided to contact the surface **50** of the insert **816** along with the inner wall of the handle portion **782** (as shown in FIG. **54**). As shown in FIG. **55**, a plurality of pin members **826** can be provided that align with the longitudinal axis of the insert **816** to prevent rotation of the insert **816**.

As the insert **816** of the removable proximal portion **780** is rotatably threaded onto the exterior threads of the body of the trial member, a surface of the slidable locking member **740** pushes against the inner shaft **722** of trial member, thereby causing expansion of the endplates. Reverse rotation of the threads of the insert **816** will result in contraction of the endplates. In some embodiments, the slidable locking member **740** can be moved from an unlocked to a locked configuration such that the inner shaft **722** is operably mated with the proximal portion **780** via the locking member **740**. More details regarding the slidable locking member **740** are discussed below.

FIG. **39** illustrates the proximal portion **750** of the trial member with the slidable locking member **740** in an unlocked configuration, while FIG. **54** illustrates the proximal portion **750** of the trial member with the slidable locking member **740** in a locked configuration. In the unlocked configuration, the proximal portion **750** is able to translate along the body of the trial member, thereby pushing on the inner shaft **722** and causing expansion of the trial member endplates. In the locked configuration, the proximal portion **750** is operably mated to the inner shaft **722**, thereby allowing the inner shaft **722** to be pulled back via the proximal portion **750** in situ.

The slidable locking member **7540** comprises an insert attached to the proximal portion **750** of the trial member. In some embodiments, the locking member **740** comprises a J-shaped or hook-shaped body that is configured to slide up and down in order to provide unlocked and locked configurations, as shown in FIGS. **51** and **52** respectively. The body of the locking member **740** can include a nub **749** (identified in FIGS. **53** and **54**) that can be received in a snap-fit into corresponding grooves **751***a* and **751***b* formed in the proximal portion **750**. When the nub **749** is in groove **751***a*, the locking member **740** is in an unlocked configuration. When the nub **749** is in groove **751***b*, the locking member **740** is in a locked configuration.

As shown in FIG. **54**, the hook-shaped body of the locking member **740** also includes a mating end **747** that can be received in a complementary mating portion **723** of the inner shaft **722**. When the mating end **747** is received in the mating portion **723** of the inner shaft **722**, this advantageously mates the proximal portion **750** to the inner shaft **722**, thereby allowing the inner shaft **722** to be pulled back in situ if desired.

In some embodiments, the locking member **740** is of the same material as surfaces of the proximal portion **750** and/or the inner shaft **722**. In other embodiments, the locking member **740** is of a different material from surfaces of the proximal portion **750** and/or the inner shaft **722**. For example, the locking member **740** can be formed of a polymer such as PEEK, while an adjacent surface of the proximal portion **750** is a metal such as stainless steel. By providing a locking member **740** that is of a lubricious material such as PEEK, this advantageously reduces the friction between the locking member **740** and adjacent surfaces, thereby resulting in less galling between adjacent surfaces.

Various methods are provided for utilizing fusion devices and trial members are provided. In some embodiments, a cavity is formed in a vertebral space between two vertebrae. An expandable trial member including a first endplate, a second endplate, a translation member with ramped surfaces, a body portion and an actuation member can be provided. In an unexpanded form, the trial member can be introduced into the vertebral space. Once in the vertebral space, the actuation member can be rotated, thereby causing expansion of the first endplate and second endplate via motion of the translation member. With the trial member in the vertebral space, an assessment can be made as to the proper size of an expandable fusion device.

Once the trial member is removed, an expandable fusion device comprising a first endplate, a second endplate, a translation member with ramped surfaces, a body portion and an actuation member can be provided. Optionally, the trial member can include an interference nut that is attached to a rear section of the body portion, one or more front or side stabilization members, a flange, a blocking nut, or combinations thereof. The expandable fusion device can be inserted into the vertebral space in an unexpanded form. Once in the vertebral space, the actuation member of the fusion device can be

US 8,518,120 B2

27

rotated, thereby causing expansion of the first endplate and second endplate via motion of the translation member. Once in its expanded form, the fusion device is kept in place and can remain in the vertebral space for an extended period of time.

The invention being thus described, it will be obvious that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. An intervertebral implantation system comprising:
   a first endplate having an upper side and a lower side;
   a second endplate having an upper side and a lower side;
   a body portion having a first end, a second end, a first side portion connecting the first end and the second end, and a second side portion connecting the first end and the second end;
   a translation member received between the first endplate and the second endplate, the translation member including at least two first angled surfaces of which at least one of the two first angled surfaces is configured to engage a contact surface of the first endplate and at least two second angled surfaces of which at least one of the two second angled surfaces is configured to engage a contact surface of the second endplate, wherein movement of the translation member causes at least one of the two first angled surfaces to push against the contact surface of the first endplate and at least one of the two second angled surfaces to push against the contact surface of the second endplate, thereby causing outward expansion of the first endplate and second endplate, wherein the at least two first angled surfaces are sloped generally in a same direction.

2. The system of claim 1, further comprising an actuation member engaged with the translation member.

3. The system of claim 2, wherein the actuation member comprises a threaded member.

4. The system of claim 2, wherein rotation of the actuation member causes translational movement of the translation member.

5. The system of claim 1, wherein the first endplate includes a pair of ramped surfaces.

6. The system of claim 1, wherein the translation member comprises a pair of ramped surfaces connected by a bridge portion.

7. The system of claim 1, wherein the translation member includes a central opening.

8. The system of claim 1, wherein the contact surfaces of the first and second endplates comprise dovetail grooves.

9. The system of claim 1, further comprising a PEEK interference nut positioned within a rear section of the body portion.

10. An intervertebral implantation system comprising:
   a first endplate having an upper side and a lower side, wherein the first endplate includes a first opening configured to receive bone graft material;
   a second endplate having an upper side and a lower side, wherein the second endplate includes a second opening configured to receive bone graft material;
   a body portion having a first end, a second end, a first side portion connecting the first end and the second end, and a second side portion connecting the first end and the second end, and

28

   a translation member receivable in the body portion, the translation member including at least two first angled surfaces of which at least one of the two first angled surfaces is configured to engage a surface of the first endplate and at least two second angled surfaces of which at least one of the two second angled surfaces is configured to engage a surface of the second endplate, wherein the at least two first angled surfaces are sloped generally in a same direction.

11. The system of claim 10, wherein movement of the translation member causes the first angled surface to push against the surface of the first endplate and the second angled surface to push against the surface of the second endplate, thereby causing outward expansion of the first endplate and second endplate.

12. The system of claim 10, wherein the body portion includes a first end having at least one angled surface to assist in distraction of vertebral bodies.

13. The system of claim 10, wherein the first endplate includes at least two ramped surfaces.

14. The system of claim 10, wherein each of the slopes of the at least two ramped surfaces is different from one another.

15. The system of claim 10, further comprising an actuation member engaged with the translation member.

16. The system of claim 10, wherein the surface of the first endplate comprises a dovetail groove for receiving a complementary portion of the translation member.

17. An intervertebral implantation system comprising:
   a first endplate having an upper side and a lower side, wherein the upper side of the first endplate includes a textured surface for engaging a first vertebral body, and wherein the first endplate includes a first opening configured to receive bone graft material;
   a second endplate having an upper side and a lower side, wherein the lower side of the second endplate includes a textured surface for engaging a second vertebral body, and wherein the second endplate includes a second opening configured to receive bone graft material;
   a body portion having a first end, a second end, a first side portion connecting the first end and the second end, and a second side portion connecting the first end and the second end;
   a translation member including at least two first angled surfaces of which at least one of the two first angled surfaces is configured to engage at least two ramped surfaces of the first endplate and at least two second angled surfaces of which at least one of the two second angled surfaces is configured to engage at least two ramped surfaces of the second endplate, wherein the at least two first angled surfaces are sloped generally in a same direction; and
   an actuation member attached to the translation member.

18. The system of claim 17, wherein movement of the translation member causes the first angled surface to push against the ramped surface of the first endplate and the second angled surface to push against the ramped surface of the second endplate, thereby causing outward expansion of the first endplate and second endplate.

19. The system of claim 17, wherein a surface of the first endplate comprises a dovetail groove for receiving a portion of the translation member.

20. The system of claim 17, wherein rotation of the actuation member causes translational movement of the translation member.

* * * * *