# EXHIBIT H

US011890203B2

(12) **United States Patent**
Glerum et al.

(10) Patent No.: **US 11,890,203 B2**
(45) Date of Patent: **Feb. 6, 2024**

(54) **EXPANDABLE FUSION DEVICE AND METHOD OF INSTALLATION THEREOF**

(71) Applicant: **GLOBUS MEDICAL, INC.,** Audubon, PA (US)

(72) Inventors: **Chad Glerum**, Pennsburg, PA (US); **Mark Weiman**, Downingtown, PA (US); **Andrew Iott**, Newtown Square, PA (US); **Mark Adams**, Downingtown, PA (US)

(73) Assignee: **Globus Medical, Inc**, Audubon, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/662,743**

(22) Filed: **May 10, 2022**

(65) **Prior Publication Data**
US 2022/0265437 A1    Aug. 25, 2022

**Related U.S. Application Data**

(60) Continuation of application No. 16/929,707, filed on Jul. 15, 2020, now Pat. No. 11,344,430, which is a
(Continued)

(51) **Int. Cl.**
*A61F 2/44* (2006.01)
*A61F 2/30* (2006.01)
*A61F 2/46* (2006.01)

(52) **U.S. Cl.**
CPC ............ *A61F 2/4455* (2013.01); *A61F 2/442* (2013.01); *A61F 2/447* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .. A61F 2/44; A61F 2/442; A61F 2/447; A61F 2/4455; A61F 2002/3008; A61F 2002/30387; A61F 2002/30448; A61F 2002/30492; A61F 2002/30507; A61F 2002/30515; A61F 2002/3052; A61F 2002/30523; A61F 2002/30538; A61F 2002/30545; A61F 2002/3055;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,349,921 A    9/1982    Kuntz
4,599,086 A    7/1986    Doty
(Continued)

FOREIGN PATENT DOCUMENTS

CA        2088066 A1    1/1992
DE        4012622 C1    7/1991
(Continued)

*Primary Examiner* — Jessica Weiss

(57) **ABSTRACT**

The present invention provides an expandable fusion device capable of being installed inside an intervertebral disc space to maintain normal disc spacing and restore spinal stability, thereby facilitating an intervertebral fusion. In one embodiment, the fusion device includes a body portion, a first endplate, and a second endplate, the first and second endplates capable of being moved in a direction away from the body portion into an expanded configuration or capable of being moved towards the body portion into an unexpanded configuration. The fusion device is capable of being deployed and installed in both configurations.

**14 Claims, 32 Drawing Sheets**



US 11,890,203 B2

Page 2

## Related U.S. Application Data

continuation of application No. 15/926,021, filed on Mar. 20, 2018, now Pat. No. 10,744,002, which is a continuation of application No. 14/847,151, filed on Sep. 8, 2015, now Pat. No. 9,949,841, which is a division of application No. 13/667,812, filed on Nov. 2, 2012, now Pat. No. 9,155,628, which is a continuation-in-part of application No. 13/273,994, filed on Oct. 14, 2011, now Pat. No. 9,358,126, and a continuation-in-part of application No. 12/823,736, filed on Jun. 25, 2010, now Pat. No. 8,685,098, said application No. 13/273,994 is a continuation of application No. 12/579,833, filed on Oct. 15, 2009, now Pat. No. 8,062,375.

(52) **U.S. Cl.**
CPC .................. *A61F 2002/3008* (2013.01); *A61F 2002/3052* (2013.01); *A61F 2002/3055* (2013.01); *A61F 2002/30387* (2013.01); *A61F 2002/30448* (2013.01); *A61F 2002/30492* (2013.01); *A61F 2002/30507* (2013.01); *A61F 2002/30515* (2013.01); *A61F 2002/30523* (2013.01); *A61F 2002/30538* (2013.01); *A61F 2002/30545* (2013.01); *A61F 2002/30556* (2013.01); *A61F 2002/30579* (2013.01); *A61F 2002/30593* (2013.01); *A61F 2002/30777* (2013.01); *A61F 2002/30878* (2013.01); *A61F 2002/30904* (2013.01); *A61F 2002/4629* (2013.01); *A61F 2002/4677* (2013.01)

(58) **Field of Classification Search**
CPC .. A61F 2002/30556; A61F 2002/30579; A61F 2002/30777; A61F 2002/4677; A61F 2002/4629; A61F 2002/4475
USPC ........................................... 623/17.11–17.16
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,863,476 A | | 9/1989 | Shepperd |
| 4,863,477 A | | 9/1989 | Monson |
| 5,123,926 A | | 6/1992 | Pisharodi |
| 5,290,312 A | | 3/1994 | Kojimoto et al. |
| 5,306,310 A | | 4/1994 | Siebels |
| 5,375,823 A | | 12/1994 | Navas |
| 5,390,683 A | | 2/1995 | Pisharodi |
| 5,522,899 A | | 6/1996 | Michelson |
| 5,534,030 A | | 7/1996 | Navarro et al. |
| 5,554,191 A | | 9/1996 | Lahille et al. |
| 5,571,192 A | | 11/1996 | Schonhoffer |
| 5,645,596 A | | 7/1997 | Kim |
| 5,653,763 A | | 8/1997 | Errico et al. |
| 5,665,122 A | | 9/1997 | Kambin |
| 5,676,701 A | | 10/1997 | Yuan et al. |
| 6,039,761 A | | 3/2000 | Li et al. |
| 6,045,579 A | | 4/2000 | Hochschuler et al. |
| 6,080,193 A | | 6/2000 | Hochschuler et al. |
| 6,099,531 A | | 8/2000 | Bonutti |
| 6,126,689 A | | 10/2000 | Brett |
| 6,176,882 B1 * | | 1/2001 | Biedermann ........... A61F 2/447 |
| | | | 623/17.11 |
| 6,258,125 B1 | | 7/2001 | Paul et al. |
| 6,454,807 B1 * | | 9/2002 | Jackson ................. A61F 2/447 |
| | | | 623/17.15 |
| 6,558,423 B1 | | 5/2003 | Michelson |
| 6,562,074 B2 | | 5/2003 | Gerbec et al. |
| 6,576,016 B1 | | 6/2003 | Hochschuler et al. |
| 6,554,863 B2 | | 8/2003 | Paul et al. |
| 6,641,614 B1 | | 11/2003 | Wagner et al. |

| | | | |
|---|---|---|---|
| 6,648,917 B2 | | 11/2003 | Gerbec et al. |
| 6,666,891 B2 | | 12/2003 | Boehm, Jr. et al. |
| 6,692,495 B1 | | 2/2004 | Zacouto |
| 6,706,070 B1 | | 3/2004 | Wagner et al. |
| 6,752,832 B2 | | 6/2004 | Ulrich |
| 6,814,756 B1 | | 11/2004 | Michelson |
| 6,830,589 B2 * | | 12/2004 | Erickson ................. A61F 2/446 |
| | | | 623/17.15 |
| 6,849,093 B2 | | 2/2005 | Michelson |
| 6,852,129 B2 | | 2/2005 | Gerbec et al. |
| 6,863,673 B2 | | 3/2005 | Gerbec et al. |
| 6,881,228 B2 | | 4/2005 | Zdeblick et al. |
| 7,018,415 B1 | | 3/2006 | Mckay |
| 7,070,598 B2 | | 7/2006 | Lim et al. |
| 7,204,853 B2 | | 4/2007 | Gordon |
| 7,217,291 B2 | | 5/2007 | Zucherman et al. |
| 7,282,063 B2 | | 10/2007 | Cohen et al. |
| 7,316,714 B2 | | 1/2008 | Gordon |
| 7,473,276 B2 | | 1/2009 | Aebi et al. |
| 7,547,325 B2 | | 6/2009 | Biedermann et al. |
| 7,621,953 B2 | | 11/2009 | Braddock, Jr. et al. |
| 7,641,693 B2 | | 1/2010 | Gutlin et al. |
| 7,682,396 B2 | | 3/2010 | Beaurain et al. |
| 7,749,270 B2 | | 7/2010 | Peterman |
| 7,753,958 B2 | | 7/2010 | Gordon |
| 7,771,473 B2 | | 8/2010 | Thramann |
| 7,780,732 B2 | | 8/2010 | Abernathie |
| 7,799,081 B2 | | 9/2010 | McKinley |
| 7,815,683 B2 | | 10/2010 | Melkent et al. |
| 7,837,734 B2 | | 11/2010 | Zucherman et al. |
| 7,875,078 B2 | | 1/2011 | Wysocki et al. |
| 7,901,409 B2 | | 3/2011 | Canaveral et al. |
| 7,909,869 B2 | | 3/2011 | Gordon |
| 7,951,199 B2 | | 5/2011 | Miller |
| 7,985,256 B2 | | 7/2011 | Grotz et al. |
| 8,062,375 B2 | | 11/2011 | Glerum |
| 8,070,813 B2 | | 12/2011 | Grotz et al. |
| 8,123,810 B2 | | 2/2012 | Gordon |
| 8,137,405 B2 | | 3/2012 | Kostuik et al. |
| 8,192,495 B2 | | 6/2012 | Simpson et al. |
| 8,303,663 B2 | | 11/2012 | Jimenez et al. |
| 8,377,140 B2 | | 2/2013 | DeFalco et al. |
| 8,394,129 B2 | | 3/2013 | Lopez et al. |
| 8,394,143 B2 | | 3/2013 | Grotz et al. |
| 8,435,296 B2 | | 5/2013 | Kadaba et al. |
| 8,454,695 B2 | | 6/2013 | Grotz et al. |
| 8,647,386 B2 | | 2/2014 | Gordon |
| 8,696,751 B2 | | 4/2014 | Ashley et al. |
| 8,771,360 B2 | | 7/2014 | Jimenez et al. |
| 8,894,710 B2 | | 11/2014 | Simpson et al. |
| 8,932,355 B2 | | 1/2015 | Grotz et al. |
| 8,940,049 B1 | | 1/2015 | JImenez et al. |
| 8,956,413 B2 | | 2/2015 | Ashley et al. |
| 8,992,620 B2 | | 3/2015 | Ashley et al. |
| 9,028,550 B2 | | 5/2015 | Shulock et al. |
| 9,358,125 B2 | | 6/2016 | JImenez et al. |
| 9,532,883 B2 | | 1/2017 | McLuen et al. |
| 9,622,878 B2 | | 4/2017 | Grotz |
| 10,154,911 B2 * | | 12/2018 | Predick .............. A61B 17/8858 |
| 11,534,311 B2 * | | 12/2022 | Emerick ................. A61F 2/447 |
| 11,564,807 B2 * | | 1/2023 | Iott ........................ A61F 2/447 |
| 2002/0045945 A1 | | 4/2002 | Liu |
| 2002/0068976 A1 | | 6/2002 | Jackson |
| 2002/0068977 A1 | | 6/2002 | Jackson |
| 2003/0176926 A1 | | 9/2003 | Boehm et al. |
| 2004/0030387 A1 | | 2/2004 | Landry et al. |
| 2004/0049271 A1 | | 3/2004 | Biedermann |
| 2004/0054412 A1 | | 3/2004 | Gerbec et al. |
| 2004/0087947 A1 * | | 5/2004 | Lim ....................... A61F 2/4465 |
| | | | 606/279 |
| 2004/0153065 A1 | | 8/2004 | Lim |
| 2005/0021041 A1 | | 1/2005 | Michelson |
| 2005/0021145 A1 | | 1/2005 | de Villiers et al. |
| 2005/0033432 A1 | | 2/2005 | Gordon |
| 2005/0080422 A1 | | 4/2005 | Otte et al. |
| 2005/0113916 A1 * | | 5/2005 | Branch, Jr. .............. A61F 2/447 |
| | | | 623/17.11 |
| 2005/0125061 A1 * | | 6/2005 | Zucherman ........... A61F 2/4425 |
| | | | 623/17.11 |

## US 11,890,203 B2
Page 3

(56)                 **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0149188 | A1 | 7/2005 | Cook |
| 2005/0171541 | A1 | 8/2005 | Boehm |
| 2005/0251258 | A1 | 11/2005 | Jackson |
| 2005/0273171 | A1 | 12/2005 | Gordon |
| 2005/0273174 | A1 | 12/2005 | Gordon |
| 2005/0278026 | A1 | 12/2005 | Gordon |
| 2005/0283244 | A1 | 12/2005 | Gordon |
| 2005/0283245 | A1 | 12/2005 | Gordon |
| 2006/0004453 | A1 | 1/2006 | Bartish, Jr. et al. |
| 2006/0015184 | A1 | 1/2006 | Winterbottom et al. |
| 2006/0058878 | A1 | 3/2006 | Michelson |
| 2006/0084986 | A1 | 4/2006 | Grinberg et al. |
| 2006/0122701 | A1 | 6/2006 | Kister |
| 2006/0129244 | A1 | 6/2006 | Ensign |
| 2006/0142859 | A1 | 6/2006 | Mcluen |
| 2006/0149385 | A1 | 7/2006 | Mckay |
| 2006/0195192 | A1 | 8/2006 | Gordon et al. |
| 2006/0229729 | A1 | 10/2006 | Gordon |
| 2006/0241770 | A1 | 10/2006 | Rhoda et al. |
| 2006/0253201 | A1* | 11/2006 | McLuen .............. A61F 2/4455<br>623/17.11 |
| 2007/0043442 | A1 | 2/2007 | Abernathie |
| 2007/0050030 | A1 | 3/2007 | Kim |
| 2007/0050032 | A1 | 3/2007 | Gittings et al. |
| 2007/0055377 | A1 | 3/2007 | Hanson et al. |
| 2007/0191951 | A1 | 8/2007 | Branch |
| 2007/0255415 | A1 | 11/2007 | Edie et al. |
| 2007/0270963 | A1 | 11/2007 | Melkent et al. |
| 2007/0270968 | A1 | 11/2007 | Baynham |
| 2008/0021559 | A1 | 1/2008 | Thramann |
| 2008/0065222 | A1 | 3/2008 | Hamada |
| 2008/0114467 | A1 | 5/2008 | Capote et al. |
| 2008/0140207 | A1 | 6/2008 | Olmos et al. |
| 2008/0147193 | A1* | 6/2008 | Matthis .............. A61F 2/4465<br>623/17.16 |
| 2008/0147194 | A1 | 6/2008 | Grotz et al. |
| 2008/0161933 | A1 | 7/2008 | Grotz et al. |
| 2008/0167657 | A1 | 7/2008 | Greenhalgh |
| 2008/0183204 | A1 | 7/2008 | Greenhalgh et al. |
| 2008/0221694 | A1 | 9/2008 | Warnick et al. |
| 2008/0275455 | A1 | 11/2008 | Berry et al. |
| 2008/0281346 | A1 | 11/2008 | Greenhalgh et al. |
| 2008/0288073 | A1 | 11/2008 | Renganath et al. |
| 2008/0300598 | A1 | 12/2008 | Barreiro et al. |
| 2008/0306488 | A1 | 12/2008 | Altarac et al. |
| 2008/0319487 | A1 | 12/2008 | Fielding et al. |
| 2008/0319549 | A1 | 12/2008 | Greenhalgh et al. |
| 2009/0024217 | A1 | 1/2009 | Levy et al. |
| 2009/0062833 | A1 | 3/2009 | Song |
| 2009/0076616 | A1 | 3/2009 | Duggal et al. |
| 2009/0125062 | A1 | 5/2009 | Amin |
| 2009/0149956 | A1 | 6/2009 | Greenhalgh et al. |
| 2009/0149959 | A1 | 6/2009 | Conner et al. |
| 2009/0204218 | A1 | 8/2009 | Richelsoph |
| 2009/0222100 | A1 | 9/2009 | Cipoletti et al. |
| 2009/0240334 | A1 | 9/2009 | Richelsoph |
| 2009/0270989 | A1 | 10/2009 | Conner et al. |
| 2009/0281628 | A1 | 11/2009 | Oglaza et al. |
| 2009/0292361 | A1 | 11/2009 | Lopez |
| 2009/0299478 | A1 | 12/2009 | Carls et al. |
| 2009/0312763 | A1 | 12/2009 | McCormack |
| 2010/0049324 | A1 | 2/2010 | Valdevit |
| 2010/0070041 | A1 | 3/2010 | Peterman |
| 2010/0082109 | A1 | 4/2010 | Greenhalgh et al. |
| 2010/0145455 | A1 | 6/2010 | Simpson et al. |
| 2010/0179657 | A1 | 7/2010 | Greenhalgh et al. |
| 2010/0211176 | A1 | 8/2010 | Greenhalgh |
| 2010/0222816 | A1 | 9/2010 | Gabelberger et al. |
| 2010/0286783 | A1 | 11/2010 | Lechmann et al. |
| 2011/0035011 | A1* | 2/2011 | Cain .............. A61F 2/4425<br>623/17.16 |
| 2011/0093074 | A1 | 4/2011 | Glerum et al. |
| 2011/0160861 | A1 | 6/2011 | Jimenez et al. |
| 2011/0172774 | A1 | 7/2011 | Varela |
| 2011/0276142 | A1 | 11/2011 | Niemiec et al. |
| 2011/0301713 | A1 | 12/2011 | Theofilos |
| 2011/0319997 | A1 | 12/2011 | Glerum et al. |
| 2012/0035729 | A1 | 2/2012 | Glerum et al. |
| 2012/0059470 | A1 | 3/2012 | Weiman |
| 2012/0059472 | A1 | 3/2012 | Weiman |
| 2012/0109308 | A1 | 5/2012 | Lechmann et al. |
| 2012/0130496 | A1 | 5/2012 | Duffield et al. |
| 2012/0165945 | A1 | 6/2012 | Hansell et al. |
| 2012/0185049 | A1 | 7/2012 | Varela |
| 2012/0209386 | A1 | 8/2012 | Triplett et al. |
| 2012/0215313 | A1 | 8/2012 | Saidha et al. |
| 2012/0226357 | A1 | 9/2012 | Varela |
| 2012/0265309 | A1 | 10/2012 | Glerum et al. |
| 2012/0277861 | A1 | 11/2012 | Steele et al. |
| 2012/0277870 | A1 | 11/2012 | Wolters et al. |
| 2012/0323329 | A1 | 12/2012 | Jimenez et al. |
| 2012/0330426 | A1 | 12/2012 | McLaughlin et al. |
| 2013/0023993 | A1 | 1/2013 | Weiman |
| 2013/0023994 | A1 | 1/2013 | Glerum |
| 2013/0158663 | A1 | 6/2013 | Miller et al. |
| 2013/0158669 | A1 | 6/2013 | Sungarian et al. |
| 2013/0197647 | A1 | 8/2013 | Wolters et al. |
| 2013/0211526 | A1 | 8/2013 | Alheidt et al. |
| 2013/0274883 | A1 | 10/2013 | McLuen et al. |
| 2014/0067071 | A1 | 3/2014 | Weiman et al. |
| 2014/0088714 | A1 | 3/2014 | Miller et al. |
| 2014/0163683 | A1 | 6/2014 | Seifert et al. |
| 2014/0243982 | A1* | 8/2014 | Miller .................. A61F 2/447<br>623/17.16 |
| 2015/0066145 | A1 | 3/2015 | Rogers et al. |
| 2015/0088258 | A1 | 3/2015 | Jimenez et al. |
| 2015/0134064 | A1 | 5/2015 | Grotz et al. |
| 2015/0216676 | A1 | 8/2015 | Shulock et al. |
| 2015/0289988 | A1 | 10/2015 | Ashley et al. |
| 2015/0374508 | A1 | 12/2015 | Sandul |
| 2016/0166396 | A1 | 6/2016 | McClintock |
| 2016/0324654 | A1 | 11/2016 | Loebl et al. |
| 2017/0100258 | A1 | 4/2017 | Jimenez et al. |
| 2017/0119543 | A1 | 5/2017 | Dietzel et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 4327054 C1 | 4/1995 |
| EP | 0576379 B1 | 6/1993 |
| EP | 0610837 B1 | 7/1994 |
| EP | 3111896 A1 | 1/2017 |
| FR | 2794968 A1 | 12/2000 |
| JP | 2000-513263 A | 10/2000 |
| JP | 2000513263 A | 10/2000 |
| JP | 2013508031 A | 3/2013 |
| KR | 200290058 Y1 | 9/2002 |
| SU | 1424826 A1 | 9/1988 |
| WO | 9201428 A1 | 2/1992 |
| WO | 9525485 A1 | 9/1995 |
| WO | 1999042062 A1 | 8/1999 |
| WO | 1999066867 A1 | 12/1999 |
| WO | 2002045625 A1 | 6/2002 |
| WO | 2004019829 A1 | 3/2004 |
| WO | 2004069033 A2 | 8/2004 |
| WO | 2006045094 A2 | 4/2006 |
| WO | 2006047587 A2 | 5/2006 |
| WO | 2006113080 A2 | 10/2006 |
| WO | 2008044057 A1 | 4/2008 |
| WO | 2008134515 A1 | 11/2008 |
| WO | 2009114381 A1 | 9/2009 |
| WO | 2010103344 A1 | 9/2010 |
| WO | 2012031267 A1 | 3/2012 |
| WO | 2015009793 A1 | 1/2015 |

* cited by examiner



*FIG. 1*



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 12



FIG. 10

FIG. 11



Straight Rise        Straight and Toggle        Phase Off Straight Rise

FIG. 13

FIG. 14



FIG. 15



*FIG. 16*



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22

FIG. 23



*FIG. 24*



FIG. 25



FIG. 26



FIG. 27



FIG. 28



*FIG. 29*



*FIG. 30*



*FIG. 31*



*FIG. 32*



*FIG. 33*



FIG. 34

FIG. 35



FIG. 36



FIG. 42



FIG. 37



*FIG. 38*



*FIG. 39*



FIG. 40



FIG. 41



*FIG. 43*



*FIG. 44*



*FIG. 45*



FIG. 46



*FIG. 47*

*FIG. 48*

*FIG. 49*



*FIG. 50*

*FIG. 51*



*FIG. 52*



FIG. 53



FIG. 54



FIG. 55



*FIG. 56*



*FIG. 57*



*FIG. 58*

US 11,890,203 B2

1

# EXPANDABLE FUSION DEVICE AND METHOD OF INSTALLATION THEREOF

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 16/929,707, which is a continuation of U.S. patent application Ser. No. 15/926,021 filed on Mar. 20, 2018 (published as U.S. Pat. Pub. No. 2018-0207002), which is a continuation of U.S. patent application Ser. No. 14/847,151 filed on Sep. 8, 2015 (now U.S. Pat. No. 9,949,841), which is a divisional of U.S. patent application Ser. No. 13/667,812, filed on Nov. 2, 2012 (now U.S. Pat. No. 9,155,628), which (i) is a continuation-in-part of U.S. patent application Ser. No. 13/273,994, filed on Oct. 14, 2011 (now U.S. Pat. No. 9,358,126), which is a continuation of U.S. patent application Ser. No. 12/579,833, filed on Oct. 15, 2009 (now U.S. Pat. No. 8,062,375), and (i) is a continuation-in-part of U.S. patent application Ser. No. 12/823,736, filed on Jun. 25, 2010 (now U.S. Pat. No. 8,685,098), the entire contents of which are incorporated herein by reference in their entireties for all purposes.

## FIELD OF THE INVENTION

The present invention relates to the apparatus and method for promoting an intervertebral fusion, and more particularly relates to an expandable fusion device capable of being inserted between adjacent vertebrae to facilitate the fusion process.

## BACKGROUND OF THE INVENTION

A common procedure for handling pain associated with intervertebral discs that have become degenerated due to various factors such as trauma or aging is the use of intervertebral fusion devices for fusing one or more adjacent vertebral bodies. Generally, to fuse the adjacent vertebral bodies, the intervertebral disc is first partially or fully removed. An intervertebral fusion device is then typically inserted between neighboring vertebrae to maintain normal disc spacing and restore spinal stability, thereby facilitating an intervertebral fusion.

There are a number of known conventional fusion devices and methodologies in the art for accomplishing the intervertebral fusion. These include screw and rod arrangements, solid bone implants, and fusion devices which include a cage or other implant mechanism which, typically, is packed with bone and/or bone growth inducing substances. These devices are implanted between adjacent vertebral bodies in order to fuse the vertebral bodies together, alleviating the associated pain.

However, there are drawbacks associated with the known conventional fusion devices and methodologies. For example, present methods for installing a conventional fusion device often require that the adjacent vertebral bodies be distracted to restore a diseased disc space to its normal or healthy height prior to implantation of the fusion device. In order to maintain this height once the fusion device is inserted, the fusion device is usually dimensioned larger in height than the initial distraction height. This difference in height can make it difficult for a surgeon to install the fusion device in the distracted intervertebral space.

As such, there exists a need for a fusion device capable of being installed inside an intervertebral disc space at a minimum to no distraction height and for a fusion device

2

that can maintain a normal distance between adjacent vertebral bodies when implanted.

## SUMMARY OF THE INVENTION

In an exemplary embodiment, the present invention provides an expandable fusion device capable of being installed inside an intervertebral disc space to maintain normal disc spacing and restore spinal stability, thereby facilitating an intervertebral fusion. In one embodiment, the fusion device includes a body portion, a first endplate, and a second endplate. The first and second endplates are capable of being moved in a direction away from the body portion into an expanded configuration or capable of being moved towards the body portion into an unexpanded configuration. The expandable fusion device is capable of being deployed and installed in the unexpanded configuration or the expanded configuration.

Further areas of applicability of the present invention will become apparent from the detailed description provided hereinafter. It should be understood that the detailed description and specific examples, while indicating the preferred or exemplary embodiments of the invention, are intended for purposes of illustration only and are not intended to limit the scope of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description and the accompanying drawings, wherein:

FIG. **1** is a side view of an embodiment of an expandable fusion device shown between adjacent vertebrae according to the present invention;

FIG. **2** is an exploded view of the expandable fusion device of FIG. **1**;

FIG. **3** is a front perspective view of the expandable fusion device of FIG. **1** shown in an unexpanded position

FIG. **4** is a front perspective view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **5** is a rear perspective view of the expandable fusion device of FIG. **1** shown in an unexpanded position;

FIG. **6** is a rear perspective view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **7** is a side view of the expandable fusion device of FIG. **1** shown in an unexpanded position;

FIG. **8** is a side view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **9** is a top view of the expandable fusion device of FIG. **1**;

FIG. **10**. is a side partial cross-sectional view of the expandable fusion device of FIG. **1** shown in an unexpanded position;

FIG. **11** is a side partial cross-sectional view of the expandable fusion device of FIG. **1** shown in an expanded position;

FIG. **12** is a side schematic view of the expandable fusion device of FIG. **1** having different endplates;

FIG. **13** is a partial side schematic view of the expandable fusion device of FIG. **1** showing different modes of endplate expansion; and

FIG. **14** is a side schematic view of the expandable fusion device of FIG. **1** with artificial endplates shown between adjacent vertebrae.

FIG. **15** is an exploded view of an alternative embodiment of an expandable fusion according to the present invention;

US 11,890,203 B2

FIG. **16** is a rear perspective view of the expandable fusion device of FIG. **15** shown in an unexpanded position;

FIG. **17** is a side cross-sectional view of the expandable fusion device of FIG. **15** shown with one of the endplates removed;

FIG. **18** is a side partial cross-sectional view of the expandable fusion device of FIG. **15** shown in an unexpanded position;

FIG. **19** is a side partial cross-sectional view of the expandable fusion device of FIG. **15** shown in an expanded position;

FIG. **20** is a side view cross-sectional view of another embodiment of an expandable fusion device shown in an unexpanded position;

FIG. **21** is a side view cross-sectional view of the expandable fusion device of FIG. **20** shown in an expanded position;

FIG. **22** is a side view of the expandable fusion device of FIG. **20** showing the translation member and the ramped insert;

FIG. **23** is a front perspective view of the expandable fusion device of FIG. **20** showing the translation member and the ramped insert;

FIG. **24** is a rear perspective of another embodiment of an expandable fusion device with the endplates having a threaded hole;

FIG. **25** is a top view of another embodiment of an expandable fusion device shown in an unexpanded position;

FIG. **26** is a bottom view of the expandable fusion device of FIG. **25**;

FIG. **27** is top view of the expandable fusion device of FIG. **25** shown in an expanded position;

FIG. **28** is an exploded perspective view of another embodiment of an expandable fusion device;

FIG. **29** is an end view of the expandable fusion device of FIG. **28** in an unexpanded position;

FIG. **30** is an end view of the expandable fusion device of FIG. **28** in an expanded position;

FIG. **31** is a perspective view of another embodiment of an expandable fusion device;

FIG. **32** is a top view of the expandable fusion device of FIG. **31**;

FIG. **33** is a perspective view of the expandable fusion device of FIG. **31** with a closed end;

FIG. **34** is a front view of the expandable fusion device of FIG. **33** shown between adjacent vertebrae in an unexpanded position;

FIG. **35** is a front view of the expandable fusion device of FIG. **33** shown between adjacent vertebrae in an expanded position;

FIG. **36** is an exploded view of another embodiment of an expandable fusion device according to the present invention;

FIG. **37** is a front perspective of the expandable fusion device of FIG. **36**;

FIG. **38** is a side view of the expandable fusion device of FIG. **36** in an unexpanded configuration;

FIG. **39** is a cross-sectional side view of the expandable fusion device of FIG. **36** in an unexpanded configuration;

FIG. **40** is a side view of the expandable fusion device of FIG. **36** in an expanded configuration;

FIG. **41** is a cross-sectional side view of the expandable fusion device of FIG. **36** in an expanded configuration;

FIG. **42** is a cross-sectional side view of the expandable member of the expandable fusion device of FIG. **36**;

FIG. **43** is a front perspective of the body portion of the expandable fusion device of FIG. **36**;

FIG. **44** is a cross-sectional side view of an alternative embodiment of the expandable fusion device of FIG. **36** in an unexpanded configuration;

FIG. **45** is a cross-sectional side view of the alternative embodiment of the expandable fusion device shown on FIG. **44**;

FIG. **46** is a cross-sectional side view of the alternative embodiment of the expandable fusion device of FIG. **36** in an unexpanded configuration; and

FIGS. **47-58** are side views of an expandable fusion device showing different modes of lordotic expansion.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description of the preferred embodiment(s) is merely exemplary in nature and is in no way intended to limit the invention, its application, or uses.

A spinal fusion is typically employed to eliminate pain caused by the motion of degenerated disk material. Upon successful fusion, a fusion device becomes permanently fixed within the intervertebral disc space. Looking at FIG. **1**, an exemplary embodiment of an expandable fusion device **10** is shown between adjacent vertebral bodies **2** and **3**. The fusion device **10** engages the endplates **4** and **5** of the adjacent vertebral bodies **2** and **3** and, in the installed position, maintains normal intervertebral disc spacing and restores spinal stability, thereby facilitating an intervertebral fusion. The expandable fusion device **10** can be manufactured from a number of materials including titanium, stainless steel, titanium alloys, non-titanium metallic alloys, polymeric materials, plastics, plastic composites, PEEK, ceramic, and elastic materials.

In an exemplary embodiment, bone graft or similar bone growth inducing material can be introduced around and within the fusion device **10** to further promote and facilitate the intervertebral fusion. The fusion device **10**, in one embodiment, is preferably packed with bone graft or similar bone growth inducing material to promote the growth of bone through and around the fusion device. Such bone graft may be packed between the endplates of the adjacent vertebral bodies prior to, subsequent to, or during implantation of the fusion device.

With reference to FIG. **2**, an exploded perspective view of one embodiment of the fusion device **10** is shown. In an exemplary embodiment, the fusion device **10** includes a body portion **12**, a first endplate **14**, a second endplate **16**, a translation member **18**, a plurality of pins **20**, an actuation member **22**, and a locking mechanism **24**.

With additional reference to FIGS. **3-8**, in an exemplary embodiment, the body portion **12** has a first end **26**, a second end **28**, a first side portion **30** connecting the first end **26** and the second end **28**, and a second side portion **32** connecting the first end **26** and the second end **28**. The body portion **12** further includes an upper end **34**, which is sized to receive at least a portion of the first endplate **14**, and a lower end **36**, which is sized to receive at least a portion of the second endplate **16**.

The first end **26** of the fusion device **10**, in an exemplary embodiment, includes at least one angled surface **38**, but can include multiple angled surfaces. The angled surface can serve to distract the adjacent vertebral bodies when the fusion device **10** is inserted into an intervertebral space. In another preferred embodiment, it is contemplated that there are at least two opposing angled surfaces forming a gener-

US 11,890,203 B2

5

ally wedge shaped to distract the adjacent vertebral bodies when the fusion device 10 is inserted into an intervertebral space.

The second end 28 of the body portion 12, in an exemplary embodiment, includes an opening 40 which may include threading. In another exemplary embodiment, the opening 40 may include ratchet teeth instead of threading. The opening 40 extends from the second end 28 of the body portion 12 into a central opening 42 in the body portion 12. In one embodiment, the central opening 42 is sized to receive the translation member 18 and the opening 40 is sized to threadingly receive the actuation member 22. In another exemplary embodiment, the opening 40 is sized to receive the actuation member 22 in a ratcheting fashion. In yet another exemplary embodiment, first side portion 30 and second side portion 32 each include a recess 44 located towards the second end 28 of the body portion 12. The recess 44 is configured and dimensioned to receive an insertion instrument (not shown) that assists in the insertion of the fusion device 10 into an intervertebral space.

Although the following discussion relates to the first endplate 14, it should be understood that it also equally applies to the second endplate 16 as the second endplate 16 is substantially identical to the first endplate 14. Turning now to FIGS. 2-11, in an exemplary embodiment, the first endplate 14 has an upper surface 46, a lower surface 48, and a through opening 49. The through opening 49, in an exemplary embodiment, is sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening 42 in the body portion 12.

In one embodiment, the lower surface 48 includes at least one extension 50 extending along at least a portion of the lower surface 48. As best seen in FIGS. 2 and 4, in an exemplary embodiment, the extension 50 can extend along a substantial portion of the lower surface 48, including, along each side of the endplate 14 and along the front end of the endplate 14. In another exemplary embodiment, the extension 50 includes at least one slot 52, but can include any number of slots 52, including two sets of slots 52 opposing each other, as best seen in FIG. 2. The slots 52 are configured and dimensioned to receive pins 20 and are oriented in an oblique fashion. In another embodiment, the slots 52 may be oriented in a generally vertical orientation.

In an exemplary embodiment, the extension 50 is sized to be received within the central opening 42 of the body portion 12. As best seen in FIGS. 11-12, the lower surface 48 of the first endplate 14 further includes, in an exemplary embodiment, at least one ramped surface 54. In another exemplary embodiment, there are two spaced ramped surfaces 54, 56. It is contemplated that the slope of the ramped surfaces 54, 56 can be equal or can differ from each other. The effect of varying the slopes of the ramped surfaces 54, 56 is discussed below.

Referring now to FIGS. 2-9, in one embodiment, the upper surface 46 of the first endplate 14 is flat and generally planar to allow the upper surface 46 of the endplate 14 to engage with the adjacent vertebral body 2. Alternatively, as shown in FIG. 12, the upper surface 46 can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral body 2. It is also contemplated that the upper surface 46 can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body 2 in a lordotic fashion. Turning back to FIGS. 2-9, in an exemplary embodiment, the upper surface 46 includes texturing 58 to

6

aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIGS. 2 and 10-11, in an exemplary embodiment, the translation member 18 is sized to be received within the central opening 42 of the body portion 12 and includes at least a first expansion portion 60. In another embodiment, the translation member 18 includes a first expansion portion 60 and a second expansion portion 62, the expansion portions 60, 62 being connected together via a bridge portion 68. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions 60, 62 each have angled surfaces 64, 66 configured and dimensioned to engage the ramp surfaces 54, 56 of the first and second endplates 14, 16. In an exemplary embodiment, the translation member 18 also includes recesses 70, 72, the recesses 70, 72 are sized to receive and retain pins 20. In one embodiment, the expansion portion 60 includes an opening 74, which is sized to receive a portion of the actuation member 22, and the expansion portion 62 includes a nose 76, which is received within an opening 78 in the first end 26 to stabilize the translation member 18 in the central opening 42 of the body member 12.

In an exemplary embodiment, the actuation member 22 has a first end 80, a second end 82 and threading 84 extending along at least a portion thereof from the first end 80 to the second end 82. The threading 84 threadingly engages the threading extending along a portion of opening 40 in the body portion 12. In another exemplary embodiment, the actuation member 22 includes ratchet teeth instead of threading. The ratchet teeth engage corresponding ratchet teeth in the opening 40 in the body portion 12. The first end 80 includes a recess 86 dimensioned to receive an instrument (not shown) that is capable of advancing the actuation member 22 with respect to the body portion 12 of the fusion device 10. The second end 82 of the actuation member 22 includes an extension 88 that is received within the opening 74 of the expansion portion 60. In one embodiment, the extension 88 may include a plurality of slits and a lip portion. The plurality of slits allows the extension portion 88 to flex inwardly reducing its diameter when received in the opening 74. Once the lip portion of the extension portion 88 is advanced beyond the end of the opening 74, the extension portion 88 will return back to its original diameter and the lip portion will engage the expansion portion 60. It is further contemplated that a pin member 90 can be included to prevent the extension portion from flexing inwardly thereby preventing the actuation member 22 from disengaging from the translation member 18.

In an exemplary embodiment, the fusion device 10 can further include a locking mechanism 24. The mechanism 24 is designed to resist rotation of the actuation member 22 rather than prevent rotation of the actuation member 22. In an exemplary embodiment, either deformable threading can be included on actuation member 22 or a disruption of the threading may be included where a deformable material is included in the threading disruption. It is contemplated that the deformable member or deformable threading can be made from a deformable or elastic, biocompatible material such as nitinol or PEEK.

Turning now to FIGS. 1-8 and 10-11, an example method of installing the expandable fusion device 10 is now discussed. Prior to insertion of the fusion device 10, the intervertebral space is prepared. In one method of installation, a diskectomy is performed where the intervertebral

US 11,890,203 B2

7

disc, in its entirety, is removed. Alternatively, only a portion of the intervertebral disc can be removed. The endplates of the adjacent vertebral bodies 2, 3 are then scraped to create an exposed end surface for facilitating bone growth across the intervertebral space. The expandable fusion device 10 is then introduced into the intervertebral space, with the first end 26 being inserted first into the disc space followed by the second end 28. In an exemplary method, the fusion device 10 is in the unexpanded position when introduced into the intervertebral space. The wedged shaped first end 26 will assist in distracting the adjacent vertebral bodies 2, 3 if necessary. This allows for the option of having little to no distraction of the intervertebral space prior to the insertion of the fusion device 10. In another exemplary method, the intervertebral space may be distracted prior to insertion of the fusion device 10. The distraction provide some benefits by providing greater access to the surgical site making removal of the intervertebral disc easier and making scraping of the endplates of the vertebral bodies 2, 3 easier.

With the fusion device 10 inserted into and seated in the appropriate position in the intervertebral disc space, the fusion device can then expanded into the expanded position, as best seen in FIGS. 1, 4, 6, 8, and 11. To expand the fusion device 10, an instrument is engaged with recess 86 in the actuation member 22. The instrument is used to rotate actuation member 22. As discussed above, actuation member 22 is threadingly engaged body portion 12 and is engaged with translation member 18; thus, as the actuation member 22 is rotated in a first direction, the actuation member 22 and the translation member 18 move with respect to the body portion 12 toward the first end 26 of the body portion 12. In another exemplary embodiment, the actuation member 22 is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the actuation member 22 and the translation member 18. As the translation member 18 moves, the ramped surface 64, 66 of the expansion portions 60, 62 push against the ramped surfaces 54, 56 of the endplates 14, 16 pushing endplates 14, 16 outwardly into the expanded position. This can best be seen in FIGS. 10 and 11. Since the expansion of the fusion device 10 is actuated by a rotational input, the expansion of the fusion device 10 is infinite. In other words, the endplates 14, 16 can be expanded to an infinite number of heights dependent on the rotational advancement of the actuation member 22. As discussed above, the fusion device 10 includes a locking mechanism 24 which assists in retaining the endplates 14, 16 at the desired height.

It should also be noted that the expansion of the endplates 14, 16 can be varied based on the differences in the dimensions of the ramped surfaces 54, 56, 64, 66. As best seen in FIG. 13, the endplates 14, 16 can be expanded in any of the following ways: straight rise expansion, straight rise expansion followed by a toggle into a lordotic expanded configuration, or a phase off straight rise into a lordotic expanded configuration.

Turning back to FIGS. 1-8 and 10-11, in the event the fusion device 10 needs to be repositioned or revised after being installed and expanded, the fusion device 10 can be contracted back to the unexpanded configuration, repositioned, and expanded again once the desired positioning is achieved. To contract the fusion device 10, the instrument is engaged with recess 86 in the actuation member 22. The instrument is used to rotate actuation member 22. As discussed above, actuation member 22 is threadingly engaged body portion 12 and is engaged with translation member 18; thus, as the actuation member 22 is rotated in a second direction, opposite the first direction, the actuation member

8

22 and translation member 18 move with respect to the body portion 12 toward the second end 28 of the body portion 12. As the translation member 18 moves, the pins 20, a portion of which are located within the slots 52, ride along the slots 52 pulling the endplates 14, 16 inwardly into the unexpanded position.

With reference now to FIG. 14, fusion device 10 is shown with an exemplary embodiment of artificial endplates 100. Artificial endplates 100 allows the introduction of lordosis even when the endplates 14 and 16 of the fusion device 10 are generally planar. In one embodiment, the artificial endplates 100 have an upper surface 102 and a lower surface 104. The upper surfaces 102 of the artificial endplates 100 have at least one spike 106 to engage the adjacent vertebral bodies. The lower surfaces 104 have complementary texturing or engagement features on their surfaces to engage with the texturing or engagement features on the upper endplate 14 and the lower endplate 16 of the fusion device 10. In an exemplary embodiment, the upper surface 102 of the artificial endplates 100 have a generally convex profile and the lower surfaces 104 have a generally parallel profile to achieve lordosis. In another exemplary embodiment, fusion device 10 can be used with only one artificial endplate 100 to introduce lordosis even when the endplates 14 and 16 of the fusion device 10 are generally planar. The artificial endplate 100 can either engage endplate 14 or engage endplate 16 and function in the same manner as described above with respect to two artificial endplates 100.

With reference to FIG. 15, an exploded perspective view of alternative embodiment of a fusion device 210 is shown. In an exemplary embodiment, the fusion device 210 includes a body portion 212, a first endplate 214, a second endplate 216, a translation member 218, an actuation member 220, and an insert 222.

With additional reference to FIGS. 16-19, in an exemplary embodiment, the body portion 212 has a first end 224, a second end 226, a first side portion 228 connecting the first end 224 and the second end 226, and a second side portion 229 on the opposing side of the body portion 212 connecting the first end 224 and the second end 226. The body portion 212 further includes an upper end 230, which is sized to receive at least a portion of the first endplate 214, and a lower end 232, which is sized to receive at least a portion of the second endplate 216.

The first end 224 of the body portion 212, in an exemplary embodiment, includes at least one angled surface 234, but can include multiple angled surfaces. The angled surface 234 can serve to distract the adjacent vertebral bodies when the fusion device 210 is inserted into an intervertebral space. In another preferred embodiment, it is contemplated that there are at least two opposing angled surfaces forming a generally wedge shaped to distract the adjacent vertebral bodies when the fusion device 210 is inserted into an intervertebral space.

The second end 226 of the body portion 212, in an exemplary embodiment, includes an opening 236 which may include threading. In another exemplary embodiment, the opening 236 may include ratchet teeth instead of threading. The opening 236 extends from the second end 226 of the body portion 212 into a central opening (not illustrated) in the body portion 212. In one embodiment, the central opening is sized to receive the translation member 218, and the opening 236 is sized to threadingly receive the actuation member 220. In another exemplary embodiment, the opening 236 is sized to receive the actuation member 220 in a ratcheting fashion. In yet another exemplary embodiment, first side portion 228 and second side portion 229 each

US 11,890,203 B2

9

10

include a recess **238** located towards the second end **226** of the body portion **212**. The recess **238** is configured and dimensioned to receive an insertion instrument (not shown) that assists in the insertion of the fusion device **210** into an intervertebral space.

Although the following discussion relates to the first endplate **214**, it should be understood that it also equally applies to the second endplate **216** as the second endplate **216** is substantially identical to the first endplate **214** in embodiments of the present invention. Turning now to FIGS. **15-19**, in an exemplary embodiment, the first endplate **214** has an upper surface **240**, a lower surface **242**, and a through opening **243**. The through opening **243**, in an exemplary embodiment, is sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening in the body portion **212**.

In one embodiment, the lower surface **242** includes at least one extension **244** extending along at least a portion of the lower surface **242**. As best seen in FIGS. **16** and **17**, in an exemplary embodiment, the extension **244** can extend along a substantial portion of the lower surface **242**, including, along each side of the endplate **214** and along the front end of the endplate **214**. In another exemplary embodiment, the extension **244** includes at least one ramped portion **246**, but can include any number of ramped portions, including two spaced ramped portions **246**, **248** in the extension **244** that extend between each side of the endplate **214**, as best seen in FIG. **17**. It is contemplated that the slope of the ramped portions **246**, **248** can be equal or can differ from each other. The effect of varying the slopes of the ramped portions **246**, **248** is discussed below.

In an exemplary embodiment, the ramped portions **246**, **248** further include grooved portions **247**, **249** that are configured and dimensioned to receive angled surfaces **258**, **260** of the translation member **218** and are oriented in an oblique fashion. In a preferred embodiment, the grooved portions **246**, **248** are dovetail grooves configured and dimensioned to hold the angled surfaces **258**, **260** of the translation member **218** while allowing the angles surfaces **258**, **260** to slide against the ramped portions **246**, **248**.

Referring now to FIGS. **16-19**, in one embodiment, the upper surface **240** of the first endplate **214** is flat and generally planar to allow the upper surface **240** of the endplate **214** to engage with the adjacent vertebral body **2** (e.g., shown on FIG. **1**). Alternatively, as shown in the upper surface **240** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral body **2**, as shown on FIG. **12** with respect to fusion device **10**, for example. It is also contemplated that the upper surface **240** can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body **2** in a lordotic fashion. Turning back to FIGS. **15-19**, in an exemplary embodiment, the upper surface **240** includes texturing **250** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIGS. **15** and **17-19**, in an exemplary embodiment, the translation member **218** is sized to be received within the central opening of the body portion **212** and includes at least a first expansion portion **252**. In another embodiment, the translation member **218** includes a first expansion portion **252** and a second expansion portion **254**, the expansion portions **252**, **254** being connected together

via a bridge portion **256**. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions **252**, **254** each have angled surfaces **258**, **260** configured and dimensioned to engage the grooved portions **246**, **248** of the first and second endplates **214**, **216**. In one embodiment, the translation member **218** includes an opening **262** in the first expansion portion **252**, which is sized to receive a portion of the actuation member **220**, as best seen in FIG. **17**. In an exemplary embodiment, the first expansion portion **252** includes a central bore **263** that extends from the opening **262** and through the first expansion portion **252**. In one embodiment, the translation member **218** includes a hole **264** in the second expansion portion **254**, which is sized to receive nose **266**, as best seen in FIGS. **18** and **19**. In an exemplary embodiment, the hole **264** includes threading **268** for threadedly receiving a threaded end **270** of the nose **266**, as shown on FIG. **19**. The nose **266** is received in an opening **272** in the first end **234** of the body portion **212** to stabilize the translation member **218** in the central opening of the body portion **212**.

In one embodiment, the translation member **218** includes a locking mechanism **274**, which is configured and adapted to engage the actuation member **220**. As illustrated, the locking mechanism **274** may extend from the first expansion portion **252**. The locking mechanism **274** includes a slot **276** configured and adapted to receive extension **287** of the actuation member **220**. In an exemplary embodiment, the locking mechanism **274** further includes a stop **278** (e.g., a rim, a lip, etc.) that engages the actuation member **220** when it is disposed in the slot **276**.

Referring now to FIGS. **15-19**, in an exemplary embodiment, the actuation member **220** has a first end **280**, a second end **282**, and threading (not illustrated) extending along at least a portion thereof from the first end **280** to the second end **282**. The threading threadingly engages the threading that extends along a portion of opening **236** in the body portion **212**. In another exemplary embodiment, the actuation member **220** includes ratchet teeth instead of threading. The ratchet teeth engage corresponding ratchet teeth in the opening **236** in the body portion **212**. The first end **280** includes a recess **284** dimensioned to receive an instrument (not shown) that is capable of advancing the actuation member **220** with respect to the body portion **212** of the fusion device **210**. In an embodiment, the actuation member **220** includes a bore **285**, as best seen by FIG. **17**, that extends from the recess **284** in the first end to the second **282**. The second end **282** of the actuation member **220** includes an extension **286** that is received within the opening **262** in the first expansion portion **252**. In one embodiment, the extension **288** may include a lip portion **286** and a plurality of slits **288**. The plurality of slits **288** are configured to receive inserts **222**. Inserts **222** are provided to limit motion of the actuation member **220**. Once the lip portion **286** is placed into the slot **276** of the locking mechanism **274**, the lip portion **286** will engage the stop **278** preventing longitudinal movement of the actuation member **220** with respect to the translation member **218**. It is further contemplated that a pin member **290** can be included to further secure the actuation member **220** in the translation member **218**. In an embodiment, the pin member **290** can be pressed into the central bore **285** of the actuation member **220** and the central bore **263** of the translation member, thereby preventing the actuation member **220** from disengaging from the translation member **218**. Additionally, in an exemplary embodiment, the fusion device **210** can further include a chamfered tip **224** for distraction of adjacent vertebrae.

US 11,890,203 B2

11

Turning now to FIGS. **2-19**, an example method of installing the expandable fusion device **210** is now discussed. Prior to insertion of the fusion device **210**, the intervertebral space is prepared. In one method of installation, a diskectomy is performed where the intervertebral disc, in its entirety, is removed. Alternatively, only a portion of the intervertebral disc can be removed. The endplates of the adjacent vertebral bodies **2**, **3** (shown on FIG. **1**, for example) are then scraped to create an exposed end surface for facilitating bone growth across the intervertebral space. The expandable fusion device **210** is then introduced into the intervertebral space, with the first end **222** of the body portion **212** being inserted first into the disc space followed by the second end **224**. In an exemplary method, the fusion device **210** is in the unexpanded position when introduced into the intervertebral space. The wedged-shaped first end **222** should assist in distracting the adjacent vertebral bodies **2**, **3**, if necessary. This allows for the option of having little to no distraction of the intervertebral space prior to the insertion of the fusion device **210**. In another exemplary method, the intervertebral space may be distracted prior to insertion of the fusion device **210**. The distraction provide some benefits by providing greater access to the surgical site making removal of the intervertebral disc easier and making scraping of the endplates of the vertebral bodies **2**, **3** easier.

With the fusion device **210** inserted into and seated in the appropriate position in the intervertebral disc space, the fusion device can then expanded into the expanded position, as best seen in FIGS. **18** and **19**, to expand the fusion device **210**, an instrument is engaged with recess **284** in the actuation member **220**. The instrument is used to rotate actuation member **220**. As discussed above, actuation member **220** can be threadingly engaging body portion **212** and is engaged with translation member **218**; thus, as the actuation member **220** is rotated in a first direction, the actuation member **220** and the translation member **218** move with respect to the body portion **212** toward the first end **222** of the body portion **212**. In another exemplary embodiment, the actuation member **220** is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the actuation member **220** and the translation member **218**. As the translation member **218** moves, the angled surfaces **258**, **260** of the expansion portions **252**, **254** push against the ramped portions **246**, **248** of the endplates **214**, **216** pushing endplates **214**, **216** outwardly into the expanded position with the angled surfaces **258**, **260** riding along the grooved portions **247**, **248** of the ramped portions **246**, **248**. This can best be seen in FIGS. **18** and **19**. Since the expansion of the fusion device **210** is actuated by a rotational input, the expansion of the fusion device **210** is infinite. In other words, the endplates **214**, **216** can be expanded to an infinite number of heights dependent on the rotational advancement of the actuation member **220**. As discussed above, the fusion device **210** includes a locking mechanism **222** which assists in retaining the endplates **214**, **216** at the desired height.

It should also be noted that the expansion of the endplates **214**,**216** can be varied based on the differences in the dimensions of the ramped portions **246**, **248** and the angled surfaces **258**, **260**. For example, the endplates **214**, **216** can be expanded in any of the following ways: straight rise expansion, straight rise expansion followed by a toggle into a lordotic expanded configuration, or a phase off straight rise into a lordotic expanded configuration, which are discussed above with respect to FIG. **13** for fusion device **10**.

Turning back to FIGS. **15-19**, in the event the fusion device **210** needs to be repositioned or revised after being

12

installed and expanded, the fusion device **210** can be contracted back to the unexpanded configuration, repositioned, and expanded again once the desired positioning is achieved. To contract the fusion device **210**, the instrument is engaged with recess **284** in the actuation member **220**. The instrument is used to rotate actuation member **220**. As discussed above, actuation member **220** can be threadingly engaging body portion **212** and is engaged with translation member **218**; thus, as the actuation member **220** is rotated in a second direction, opposite the first direction, the actuation member **220** and translation member **218** move with respect to the body portion **212** toward the second end **226** of the body portion **212**. As the translation member **218** moves, the angled surfaces **258**, **260** of the translation member **218** ride along the grooved portions **247**, **249** pulling the endplates **214**,**216** inwardly into the unexpanded position.

In some embodiments, artificial endplates (e.g., endplates **100** shown on FIG. **14**) may be used with fusion device **210**. As will be appreciated, the artificial endplates allow the introduction of lordosis even when the endplates **214** and **216** of the fusion device **210** are generally planar.

Referring now to FIGS. **20** and **21**, an alternative embodiment of the fusion device **210** is shown. In an exemplary embodiment, the fusion device **210** includes a body portion **212**, a first endplate **214**, a second endplate **216**, a translation member **218**, and an actuation member **220**. In the illustrated embodiment, the fusion device further includes a first ramped insert **320** and a second ramped insert **322**.

Although the following discussion relates to the first ramped insert **320**, it should be understood that it also equally applies to the second ramped insert **322** as the second ramped insert **322** is substantially identical to the first ramped insert **320** in embodiments of the present invention. Turning now to FIGS. **20-23**, in an exemplary embodiment, the first ramped insert **320** includes a first ramped portion **324** and a second ramped portion **326**, the first and second ramped portions **324**, **326** being connected by a bridge portion **328**. The ramped portions **324**, **326** each have grooved portions **330**, **332** configured and dimensioned to receive angled surfaces **258**, **260** of the translation member. The ramped portions **324**, **326** can be oriented in an oblique fashion, as illustrated. In a preferred embodiment, the grooved portions **330**, **332** are dovetail grooves configured and dimensioned to hold the angled surfaces **258**, **260** of the translation member **218** while allowing the angles surfaces **258**, **260** to slide against the ramped portions **324**, **326**.

In an exemplary embodiment, the first ramped insert **320** should be configured and dimensioned to be engaged with the first endplate **214**. In an embodiment, the first and second ramped portions **324**, **326** include snap connectors **334**, **336** for securing the first ramped insert **320** to the first endplate. It should be understood that the snap connectors **334**, **336** are merely illustrative and that other suitable mechanisms for securing the first ramped inserted **320** with the first endplate **214** may be used.

Referring to FIGS. **20-23**, in an exemplary embodiment, the translation member **218** is sized to be received within the central opening of the body portion **212** and includes at least a first expansion portion **252**. In another embodiment, the translation member **218** includes a first expansion portion **252** and a second expansion portion **254**, the expansion portions **252**, **254** being connected together via a bridge portion **256**. It is also contemplated that there may be more than two expansion portions where each of the expansion portions is connected by a bridge portion. The expansion portions **252**, **254** each have angled surfaces **258**, **260**

US 11,890,203 B2

**13**

configured and dimensioned to engage the grooved portions **330**, **332** of the first and second ramped inserts **320**, **322**. In one embodiment, the angled surfaces **258**, **260** include corresponding grooved portions **338**, **340**, as best seen in FIG. **13**, that slidingly engaged the grooved portions **330**, **332** of the first and second ramped inserts **320**, **322**.

In one embodiment, the expansion portion **252** includes an opening **262**, which is sized to receive a portion of the actuation member **220**, and the expansion portion **262** includes a nose **266**, which is received within an opening **272** in the first end **234** of the body portion **212** to stabilize the translation member **218** in the central opening of the body portion **212**. In an embodiment, the nose **266** is integral with the expansion portion **262**. In an embodiment (shown on FIGS. **15** and **17-19**), the nose **266** is threadingly engaged with the expansion portion **262**. In an embodiment, the translation member **218** includes a locking mechanism **274** to engage the actuation member **220**, as illustrated in FIGS. **15-19**. However, it should be understood that other suitable mechanisms may be used to secure the actuation member **220** within the translation member **218**. For example, the actuation member **220** may include an extension **287** having a lip portion **286** (shown on FIGS. **15** and **17-19**) that engages the expansion portion **262**. The extension **287** may, for example, be configured to flex inwardly reducing its diameter when received in the opening **262**. Once the lip portion **286** of the extension **287** is advanced beyond the end of the opening **262**, the extension portion **287** will return back to its original diameter and the lip portion **286** will engage the expansion portion **260**.

The expandable fusion device **210** of FIGS. **20-23** can be inserted into the intervertebral space in a manner similar to that the previously described with respect to FIGS. **15-19**. After insertion, the expandable fusion device **210** of FIGS. **20-23** can be expanded into the expanded position, as best seen in FIGS. **20** and **21**. To expand the fusion device **210**, an instrument is engaged with recess **284** in the actuation member **220**. The instrument is used to rotate actuation member **220**. As discussed above, actuation member **220** can be threadingly engaging body portion **212** and is engaged with translation member **218**; thus, as the actuation member **220** is rotated in a first direction, the actuation member **220** and the translation member **218** move with respect to the body portion **212** toward the first end **222** of the body portion **212**. In another exemplary embodiment, the actuation member **220** is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the actuation member **220** and the translation member **218**. As the translation member **218** moves, the angled surfaces **258**, **260** of the expansion portions **252**, **254** push against the ramped portions **324**, **326** of the first and second ramped inserts **320**, **322** while riding along the grooved portions **330**, **332**, thus pushing first and second ramped inserts **320**, **322** outwardly. Because the first and second ramped inserts **320**, **322** are engaged with the endplates **214**, **216**, the endplates **214**, **216** are also pushed outwardly into the expanded position.

After expansion, the expandable fusion device **210** can be contracted back to the unexpanded configuration. To contract the fusion device **210**, the instrument is engaged with recess **284** in the actuation member **220**. The instrument is used to rotate actuation member **220**. As discussed above, actuation member **220** can be threadingly engaging body portion **212** and is engaged with translation member **218**; thus, as the actuation member **220** is rotated in a second direction, opposite the first direction, the actuation member **220** and translation member **218** move with respect to the

**14**

body portion **212** toward the second end **226** of the body portion **212**. As the translation member **218** moves, the angled surfaces **258**, **260** of the translation member **218** ride along the grooved portions **330**, **332** pulling the first and second ramped inserts **320**,**322** and thus, the endplates **214**, **216** inwardly into the unexpanded position.

Referring now to FIG. **24**, an alternative embodiment of the fusion device **210** is shown. In an exemplary embodiment, the first endplate **214** and the second endplate **216** each include additional geometry to help securely hold the endplates **214**,**216** in place. In an embodiment, the first endplate **214** and/or the second endplate **216** include threaded holes **341** through which the fasteners, such as screws **342**, may be inserted. In an embodiment, the threaded holes **341** penetrate through the first endplate **214** and/or the second endplate **216** in an oblique fashion. It is contemplated that the screws **342** may inserted through the threaded holes **341** and into adjacent vertebral bodies **2**, **3** (shown on FIG. **1**, for example), to further secure the first endplate **214** and the second endplate **216** to the vertebral bodies **2**, **3**. In some embodiments, these fasteners may be removed once a more long-term interface has been established, or alternatively the fasteners may remain in place indefinitely or until the fusion device **210** needs adjustment and/or replacement.

With reference now FIGS. **25-27**, an alternative embodiment of the fusion device **210** is shown that expands laterally. Lateral expansion maximizes coverage of the intervertebral disc space for wider load distribution and stability providing a rigid foundation for fusion. In one embodiment, the fusion device **210** includes body portion **212**, first endplate **344**, and second endplate **346**.

Although the following discussion relates to the first endplate **344**, it should be understood that it also equally applies to the second endplate **346** as the second endplate **346** is substantially identical to the first endplate **344** in embodiments of the present invention. Turning now to FIGS. **25-27**, in an exemplary embodiment, the first endplate **344** has an upper surface **348**, a lower surface **350**, and an inner surface **351** facing the body portion **312**. It is contemplated that the upper surface **2348** will engage adjacent vertebral body **2** (seen on FIG. **1**, for example) and the lower surface **350** will engage adjacent vertebral body **3** (seen on FIG. **1**, for example). In one embodiment, the upper surface **348** and the lower surface **350** are each flat and generally planar to allow the upper surface **348** to engage with the adjacent vertebral body **3**. Alternatively, the upper surface **348** and/or the lower surface **350** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral bodies **2**, **3**. It is also contemplated that the upper surface **348** and/or the lower surface **350** can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body **2** and/or the adjacent vertebral body **3** in a lordotic fashion. In an exemplary embodiment, the upper surface **2348** and/or lower surface **350** includes textures **352** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

In one embodiment, the inner surface **351** includes at least one extension **354** extending along at least a portion of the inner surface **351**. In an exemplary embodiment, the extension **354** can extend along a substantial portion of the inner surface **354**, including, along each side of the endplate **344** and along the front end of the endplate **344**. While not

US 11,890,203 B2

15

16

illustrated, the inner surface may include ramped surfaces and grooved portions in an exemplary embodiment. It is contemplated that the ramped surfaces and/or grooved portions may be similar to the ramped surfaces **246**, **248** and grooved portion **247**, **249** in extension **344** shown on FIGS. **17-19**. In an embodiment, the extension **354** may include slots **356** oriented in an oblique fashion through which pins **358** may be inserted.

While not illustrated, the fusion device **210** further includes features to effectuate the lateral expansion of the first and second endplates **344**, **346**. In one embodiment, the fusion device **210** using a ramping system—similar to the system illustrated in FIGS. **15** and **17-19**—for expanding the first and second endplates **344**, **346**. In an exemplary embodiment, the fusion device **210** further includes a translation member and actuation member, such as translation member **218** and actuation member **220** shown on FIGS. **15** and **17-19**. It is contemplated that the translation member may include angled surfaces that push against ramped surfaces in the extension **354**, expanding the first and second endplates **344**, **346** outwardly and away from the body portion **212**. In an embodiment, pins **356** disposed through the slots **354** may be retained in the translation member. In an alternative embodiment, dovetailing may be used for engagement of the angled surfaces and ramped surfaces. It should be understood that the translation member and actuation member in this embodiment may be similar to the translation member **218** and actuation member **220** described above with respect FIGS. **15-19**. In another embodiment, the fusion device **210** further includes first and second ramped inserts that are secured within the first and second endplates **344**, **346**. The first and second ramped inserts may be similar to the first and second ramped inserts **320**, **322** described above with respect to FIGS. **20-23**. It is contemplated that angled surfaces in the translation member may push against ramped surfaces in the ramped inserts pushing the ramped inserts outwardly. Because of their engagement with the first and second endplates **344**, **346**, the first and second endplates **344**, **346** may thus be expanded outwardly. In this manner, the first and second endplates **344**, **346** may be laterally expanded away from the body portion **212**. It should be understood that other suitable techniques may also be used to effectuate this lateral expansion.

With reference to FIG. **28**, an exploded perspective view of another embodiment of fusion device **210** is shown. In an exemplary embodiment, the fusion device **210** includes a body portion **212**, a first endplate **400**, a second endplate **402**, a third endplate **404**, a fourth endplate **406**, and a translation member **218**. In this embodiment, the fusion device **210** is configured to expand both vertically and laterally.

In an exemplary embodiment, the body portion **212** has a first end **224**, a second end **226**, a first side portion **228** connecting the first end **224** and the second end **226**, and a second side portion **229** on the opposing side of the body portion **212** connecting the first end **224** and the second end **226**. The body portion **212** further includes a top side portion **408** connecting the first end **224** and the second end **226**, and a bottom side portion **410** on the opposing side of the body portion **212** connecting the first end **224** and the second end **226**. The body portion **212** further includes first gap **412** between the top side portion **408** and the first side portion **228**, which is sized to receive at least a portion of the first endplate **400**. The body portion **212** further includes second gap **414** between the top side portion **408** and the second side portion **229**, which is sized to receive at least a portion

of the second endplate **402**. The body portion **212** further includes third gap **416** between the bottom side portion **410** and the first side portion **228**, which is sized to receive at least a portion of the third endplate **404**. The body portion **212** further includes fourth gap **418** between the bottom side portion **410** and the second side portion **229**, which is sized to receive at least a portion of the fourth endplate **406**.

The first end **224** of the body portion **212**, in an exemplary embodiment, includes an opening **420**. The opening **420** extends from the first end **224** of the body portion **212** into a central opening **422**. In one embodiment, the central opening **422** is sized to receive the translation member **218**. The second end **226** of the body portion **212**, in an exemplary embodiment, includes an opening **236**, which extends from the second end **226** of the body portion **212** into the central opening **422**.

Although the following discussion relates to the first endplate **400**, it should be understood that it also equally applies to the second endplate **402**, the third endplate **404**, and the fourth endplate **406**, as these endplates **402**, **404**, **406** are substantially identical to the first endplate **400** in embodiments of the present invention. Turning now to FIGS. **28-30**, in an exemplary embodiment, the first endplate **14** has a first end **424** and a second end **426**. The first endplate further includes an upper surface **240** connecting the first end **424** and the second end **426** and a lower surface **242** on an opposing side of the endplate **400** connecting the first end **424** and the second end **426**. While not illustrated, the first endplate **214** may include a through opening sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening **422** in the body portion **212**.

In one embodiment, the lower surface **242** includes at least one first retaining socket **428** on the lower surface **242**. In an exemplary embodiment, the lower surface **242** includes a first retaining socket **428** at the interior corner of the intersection of the first end **424** and the lower surface **242**, and a second retaining socket **430** at the interior corner of the intersection of the first end **424** and the lower surface **242**.

Referring now to FIGS. **28-30**, in one embodiment, the upper surface **240** of the first endplate **400** is curved convexly. Alternatively, the upper surface **240** is flat or curved concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral body **2** (shown on FIG. **1**, for example). It is also contemplated that the upper surface **240** can be generally planar but includes a generally straight ramped surface or a curved ramped surface. The ramped surface allows for engagement with the adjacent vertebral body **2** in a lordotic fashion. In an exemplary embodiment, the upper surface **240** includes texturing **250** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIG. **28**, in an exemplary embodiment, the translation member **218** is sized to be received within the central opening **422** of the body portion **212**. The translation member **218** should be sized to allow longitudinal translation within the central opening **422**. In an embodiment, the translation member **218** includes at least a first expansion portion **252**. In another embodiment, the translation member **218** includes a first expansion portion **252** and a second expansion portion **254**, the expansion portions **252**, **254** being connected together via a bridge portion **256**. It is also contemplated that there may be more than two expansion

US 11,890,203 B2

17 | 18

portions where each of the expansion portions is connected by a bridge portion. The expansion portions **252**, **254** each have angled surfaces **258**, **260**. In an embodiment, the angles surfaces **258**, **260** each comprise first end **229** and second end **231** with second end **231** being wider than the first end **229**. In an exemplary embodiment, the expansion portions **252**, **254** include grooved portions **432**, **434** on the edges of at least two sides (e.g., the lateral sides) of the angled surfaces **258**, **260**. The grooved portions **432**, **434** are configured and dimensioned to engage the first and second retaining sockets **428**, **430** on the endplates **400**, **402**, **404**, **406**. In an exemplary embodiment, the grooved portions **432**, **434** retain the first and second retaining sockets **428**, **430** in sliding engagement.

In one embodiment, the translation member **218** includes a first end **436** and a second end **438**. The first end **436** of the translation member includes an extension **440** sized to be received within the opening **420** in the first end **224** of the body portion **212**. While not illustrated, the second end **438** also can include a similar extension sized to be received within opening **232** in the second end **226** of the body portion **212**.

The expandable fusion device **210** of FIGS. **28-30** can be inserted into the intervertebral space in a manner similar to that the previously described with respect to FIGS. **15-19**. After insertion, the expandable fusion device **210** of FIGS. **28-30** can be expanded into the expanded position. As previously mentioned, the fusion device **210** shown on FIGS. **28-30** expands both vertically and laterally. To expand the fusion device **210**, the translation member **218** can be moved with respect to the body portion **212** toward the first end **224** of the body portion. An instrument can be used, in an exemplary embodiment. As the translation member **218** moves, the first retaining socket **428** and the second retaining socket **430** ride along the grooved portions **432**, **434** of the expansion portions **252**, **254** pushing the endplates **400**, **402**, **404**, **406** outwardly in the direction indicated by arrows **442**. In an embodiment, the endplates **400**, **402**, **404**, **406** move outwardly in an oblique fashion to expand the fusion device **210** both vertically and laterally. The expanded configuration of the expansion device **210** is best seen in FIG. **30**.

After expansion, the expandable fusion device **210** can be contracted back to the unexpanded configuration. The unexpanded configuration of the fusion device **210** is best seen in FIG. **29**. To contract the fusion device **210**, the translation member **218** is moved with respect to the body portion **212** toward the second end **226** of the body portion **212**. As the translation member **218** moves, the first retaining socket **428** and the second retaining socket **430** ride along the grooved portions **432**, **434** of the expansion portions **252**, **254** pulling the endplates **400**, **402**, **404**, **406** inwardly in a direction opposite that indicated by arrows **442**. In an embodiment, the endplates **400**, **402**, **404**, **406** move inwardly in an oblique fashion to contract the fusion device **210** both vertically and laterally.

With reference to FIGS. **31-32**, another embodiment of expandable fusion device **210** is shown. In an exemplary embodiment, the fusion device **210** includes a body portion **212**, a vertically expanding plate **500**, and a gear **502**. In this embodiment, a portion of the fusion device **210** is configured to expand vertically in at least one direction. In an exemplary embodiment, the vertically expanding plate **500** is configured to expand outwardly from the body portion **212**. It is contemplated that an expandable fusion device **210** may be used to correct spinal curvature due to, for example, scoliosis, lordosis, and the like.

In an exemplary embodiment, the body portion **212** has a first end **224**, a second end **226**, a first side portion **228** connecting the first end **224** and the second end **226**, and a second side portion **229** on the opposing side of the body portion **212** connecting the first end **224** and the second end **226**. The first end **224** of the body portion **212**, in an exemplary embodiment, includes at least one angled surface **234**, but can include multiple angled surfaces. The angled surface **234** can serve to distract the adjacent vertebral bodies when the fusion device **210** is inserted into an intervertebral space. In another preferred embodiment, it is contemplated that there are at least two opposing angled surfaces forming a generally wedge shaped to distract the adjacent vertebral bodies when the fusion device **210** is inserted into an intervertebral space. In yet another preferred embodiment, first side portion **228** and second side portion **229** each include a recess **238** located towards the second end **226** of the body portion **212**. The recess **238** is configured and dimensioned to receive an insertion instrument **504** that assists in the insertion of the fusion device **210** into an intervertebral space.

In an exemplary embodiment, the body portion **212** includes an upper engagement surface **506** extending from the first end **224** towards the second end **226**, and a lower engagement surface **508** extending between the first end **24** and the second end **26**. In an embodiment, the upper engagement surface **506** has a through opening **510**. Although not illustrated, the lower engagement surface **508** may have a through opening that is similar to through opening **510**. The through opening **510**, in an exemplary embodiment, is sized to receive bone graft or similar bone growth inducing material and further allow the bone graft or similar bone growth inducing material to be packed in the central opening in the body portion **212**. In an embodiment, at least a portion of the body portion **212** is removed to form a landing **512** in the body portion **212**. In an exemplary embodiment, a portion of the upper engagement surface **506** and the second end **226** are removed to form the landing **512** having an upper surface **514**. While not illustrated, a portion of the lower engagement surface **508** and the second end **226** may be cut away, in an alternative embodiment, to form the landing **512**.

In one embodiment, the upper engagement surface **506** and the lower engagement surface **508** are flat and generally planar to allow engagement surfaces **506** to engage with the adjacent vertebral body **2** (shown on FIG. **34**, for example) and the lower engagement surface **508** to engage with the adjacent vertebral body **3** (shown on FIG. **34**, for example). Alternatively, the upper engagement surface **506** and/or the lower engagement surface **508** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral bodies **2**, **3**. In an exemplary embodiment, the upper engagement surface **506** and/or the lower engagement surface includes texturing **512** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

In an exemplary embodiment, vertically expanding plate **500** is coupled to an end of threaded bolt **518**, which is coupled to the gear **502**. In one embodiment, the threaded bolt **518** is in threaded engagement with the gear **502**. In an alternative embodiment, a bolt having ratchet teeth may be used instead of threaded bolt **518**. In an embodiment, the gear **502** is coupled to the landing **512**. In one embodiment, the gear **502** is rotatably coupled to the landing **512**.

US 11,890,203 B2

19                                                                    20

The vertically expanding plate **500** includes a through bore **519** and an upper surface **520**. In one embodiment, the vertically expanding plate **500** is generally circular in shape. Other suitable configurations of the expanding plate **500** may also be suitable. In one embodiment, the vertically expanding plate may be generally rectangular in shape with rounded corners, as best seen in FIG. **33**. In one embodiment, the vertically expanding plate **500** is flat and generally planar to allow upper surface **520** to engage with the adjacent vertebral body **2**. Alternatively, the upper surface **520** can be curved convexly or concavely to allow for a greater or lesser degree of engagement with the adjacent vertebral bodies. In an exemplary embodiment, the upper surface **520** includes texturing **522** to aid in gripping the adjacent vertebral bodies. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference to FIG. **33**, an alternative embodiment of the expandable fusion device **210** of FIGS. **31-32** is shown. In this embodiment, the gear **502** is enclosed within the body portion **212** towards the second end **226** of the body portion **212** with the vertically expanding plate **500** disposed at or above the upper engagement surface **506** of the body portion **212**. In an embodiment, the vertically expanding plate **500** is positioned towards the second end **226** of the body portion **212**. While not illustrated, the threaded bolt **518** extends through the upper engagement surface **506** and couples the vertically expanding plate **500** and the gear **502**. An actuator screw **524** extends through the first end **224** of the body portion **212** to engage the gear **502**.

The expandable fusion device **210** of FIGS. **31-33** can be inserted in the intervertebral space in a manner similar to that the previously described with respect to FIGS. **15-19**. FIG. **34** illustrates the expandable fusion device **210** of FIG. **33** between adjacent vertebral bodies **3, 4** in an unexpanded position. After insertion, the expandable fusion device **210** of FIGS. **31-33** can be expanded into the expanded position. As previously mentioned, a portion of the fusion device shown on FIGS. **31-33** expands vertically in at least one direction. To partially expand the fusion device **210**, the gear **502** can be rotated in a first direction. An instrument **526** having a gear **528** disposed on a distal end **530** of the instrument may be used to rotate the gear **502**, as best seen on FIG. **32**. In another embodiment, an instrument (not illustrated) may be used to rotate actuation member **524** in a first direction. As discussed above, the actuation member **524** is engaged with gear **502**; thus, as the actuation member **524** is rotated in first direction, the gear **502** rotated in a first direction. The embodiment with the actuation member **524** is best seen in FIG. **33**. As the gear **502** rotates, the threaded bolt **518** extends outward from the gear **502**, thus extending the laterally expanding plate **500** outward from the body portion **212**. FIG. **35** illustrates the expandable fusion device **210** of FIG. **33** in an expanded position.

After expansion, the expandable fusion device **210** can be contracted back to the unexpanded position. The unexpanded position of the fusion device **210** is best seen in FIG. **34**. To contract the fusion device **210**, the gear **502** is rotated in a second direction that is opposite the first direction. The instrument **526** with the gear **528** may be used to rotate the gear **502**. Alternatively, an instrument may be used to rotate the actuation member **524** to turn the gear **502** in the second direction. As the gear **502** rotates in the second direction, the threaded bolt **518** retracts pulling the laterally expanding plate **500** inward into the unexpanded position.

With reference now to FIGS. **36** and **37**, an alternative embodiment of an expandable fusion device **600** is shown. In an exemplary embodiment, the expandable fusion device **600** includes a body portion **602**, an expandable member **604**, a ramped translation member **606**, and an actuation member **608**. In accordance with present embodiments, the expandable fusion device **600** is configured for angled expansion (also referred to herein as "lordotic" expansion). Angled expansion of the expandable fusion device **600** may be beneficial, for example, to introduce or even increase lordosis in the spine. By increasing lordosis, sagittal balance may be restored, in some embodiments.

With additional reference to FIGS. **38-41** and **43**, the body portion **602** will now be described in more detail in accordance with example embodiments. As illustrated, the body portion **602** has an anterior end **610** and a posterior end **612**. A first side portion **614** and a second side portion **616** may connect the anterior end **610** and the posterior end **612**. As best seen on FIG. **43**, the body portion **602** may be generally hollow with the anterior end **610**, the posterior end **612**, the first side portion **614**, and the second side portion **616** defining an internal cavity **618** that has an upper window **620** and a lower window (not shown). In one embodiment, the internal cavity **618** is sized to receive the expandable member **604**.

The anterior end **610** of the body portion **602**, in an exemplary embodiment, includes one or more angled surfaces **622**, but can include multiple angled surfaces. The angled surfaces **622** can serve to distract adjacent vertebral bodies **3, 4** (e.g., shown on FIG. **1**) when the fusion device **600** is inserted into intervertebral spaces. In another preferred embodiment, it is contemplated that there at least two opposing angled surfaces **622** forming a generally wedge shape to distract the adjacent vertebral bodies when the fusion device **10** is inserted into an intervertebral space.

The posterior end **612** of the body portion **602**, in an exemplary embodiment, includes an opening **623**, such as a cylindrical bore, for example. The opening **623** may extend from the posterior end **612** into the internal cavity **618** in the body portion **602**. In one embodiment, the opening **623** is sized to receive the actuation member **608**. The opening **623** may include a mechanical stop **632** (e.g., a rim, lip, etc.) projecting from an internal surface **634** of the opening. The internal surface **634** may further include an internal groove **636** spaced posteriorly from the mechanical stop **632**. In another embodiment, the first and second side portions **614**, **616** each include a recess **624** located at or near the posterior end **612** of the body portion **602**. The recess **624** may be configured and dimensioned to receive an insertion instrument (not shown) that assists in the insertion of the fusion device **600** into an intervertebral space.

The posterior end **612** of the body portion **602**, in an exemplary embodiment, further includes upper and lower bone engagement surfaces **626, 628** at the posterior end **612**. The upper and lower bone engagement surfaces **626, 628** may be configured to engage the adjacent vertebral bodies **2, 3** (shown on FIG. **1**, for example). In the illustrated embodiment, the upper and lower bone engagement surfaces **626, 628** each include texturing **626, 628** to aid in gripping the adjacent vertebral bodies **2, 3**. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference now to FIGS. **36-42**, the expandable member **604** will now be described in more detail in accordance with example embodiments. It is contemplated that the expandable member **604** can be made from a flexible

US 11,890,203 B2

21

material, such as PEEK, or any other biocompatible material such as stainless steel or titanium. However, other materials may also be used for the expandable member **604** in accordance with embodiments of the present invention. As illustrated, the expandable member **604** may include two or more arms, such as first arm **638** and second arm **640**, separated by a channel **642**. The expandable member **604** may further include a fixed end **644** and an expandable end **646** with the channel **642** running between the first and second arms **638, 640** from the fixed end **644** to the expandable end **646**. The first arm **638** and the second arm **640** may be connected at the fixed end **644** which links the first and second arms **638, 640**. The first and second arms **638, 640** may move substantially independent from one another at the expandable end **646** while remaining connected at the fixed end **644**. As illustrated, the first and second arms **638, 640** may be separated by the channel **642**. In the illustrated embodiment, the channel **642** ends at the fixed end **644** in a slightly larger diameter which acts a hinge during expansion of the fusion device **600**. Markers **658** (FIG. **36**) may be seated in recesses (such as blind holes **660** shown on FIG. **42**) formed in each of the first and second arms **638, 640** to, for example, to assist in imaging of the device, such as fluoroscopy. In addition, the expandable member **604** may also include a posterior opening **662** in the fixed end **644**, such as a cylindrical bore, through which the actuation member **608** can extend, as best seen in FIGS. **39** and **41**.

As best seen in FIGS. **39, 41**, and **42**, the first and second arms **638, 640** of the expandable member **604** each include ramped surfaces **648, 650**, respectively. In the illustrated embodiment, the ramped surfaces **648, 650** are at or near the expandable end **646**. In the illustrated embodiment, the first and second arms **638** each include one ramped surface (e.g., ramped surface **648** and ramped surface **650**), but can include any number of ramped surfaces.

In the illustrated embodiment, the first and second arms **638, 640** each include bone engagement surfaces **652, 654**, respectively, that face outward. As illustrated, the bone engagement surfaces **652, 654** may be flat and generally planar to allow for engagement of the first and second arms **638** with the adjacent vertebral bodies **3, 4** (e.g., shown on FIG. **1**). Alternatively (not illustrated), the bone engagement surfaces **652, 654** may be curved convexly or concavely to allow for a greater or less degree of engagement with the adjacent vertebral bodies **3, 4**. It also contemplated that the bone engagement surfaces **652, 654** may be generally planar, but include a generally straight ramped or a curved ramped surface. The ramped surface may allow for an even greater degree of angled expansion. In some embodiments, the bone engagement surfaces **652, 654** may include texturing **656** to aid in gripping the adjacent vertebral bodies **3, 4**. Although not limited to the following, the texturing can include teeth, ridges, friction increasing elements, keels, or gripping or purchasing projections.

With reference now to FIGS. **36, 39**, and **41**, the ramped translation member **606** will now be described in more detail in accordance with example embodiments. As illustrated, the ramped translation member **606** includes a first expansion portion **664** and a second expansion portion **666**, the first and second expansion portions **664, 666** being connected by one or more bridge portions **668**. It is also contemplated that there may be more than two expansion portions. The first expansion portion **664** may have ramped surfaces **670, 672**, which may be dimensioned and configured to engage the ramped surfaces **648, 650** in the expandable end **646** of the expansion member **604**. In the illustrated embodiment, the first expansion portion **664** includes two ramped surfaces

22

**670, 672**. In the illustrated embodiment, the ramped surfaces **670, 672** of the first expansion portion **664** are rear facing. With additional reference to FIGS. **37** and **43**, an embodiment further includes one or more screws **674** that are received in the first expansion portion **664** with the screws **674** being threaded through openings **676** in the posterior end **612** of the body portion **602** to stabilize the ramped translation member **606** in the internal cavity **618** of the body portion **602**. The ramped translation member **606**, in an exemplary embodiment, may further include an opening **680**, such as a cylindrical bore, sized to receive the actuation member **608**. In the illustrated embodiment, the opening **680** is disposed in the second expansion portion **666**.

With reference to FIGS. **36, 39**, and **41**, the actuation member **608** will now be described in more detail in accordance with example embodiments. In an exemplary embodiment, the actuation member **608** has a first end **682** and a second end **684**. As illustrated, the actuation member **608** may include a head portion **686** at the second end **684** and an extension portion **688** extending from the head portion. Threading **690** disposed on the extension portion **688** should threadingly engage corresponding threading **692** along a portion of the opening **680** of the ramped translation member **606**. In another embodiment (not shown), the actuation member **608** may include ratchet teeth instead of the threading **690** with the ratchet teach engaging corresponding ratchet teeth in the opening **680** of the ramped translation member **606**. The second end **684** includes a recess **694** dimensioned to receive an instrument (not shown) that is capable of rotating or otherwise moving the actuation member **608**.

As illustrated, the head portion **686** of the actuation member **608** may further include a flange **696** or other suitable projection. In some embodiments, the flange **696** of the actuation member **608** may engage the mechanical stop **632** projecting from the interior surface **634** of the opening **623** in the body portion **602**. Engagement of the flange **696** with the mechanical stop **632** may restrict forward movement of the actuation member **608** into the opening **623** in the body portion **602**. As illustrated, a ring **698** (e.g., a PEEK ring) may be disposed between the mechanical stop **632** and the flange **696** to reduce friction between the actuation member **608** and the body portion **602**, for example, when the fusion device **600** is actuated, such as by rotation of the actuation member **608**, for example. As further illustrated, a retaining ring **699** may be used to engage the head portion **686** and hold the actuation member **608** in the opening **623** in the body portion **602**, for example, preventing threading out of the actuation member **608** when rotated. The retaining ring **699** may be disposed in the internal groove **636** in the opening **623** of the body portion **602**, for example. In one embodiment, the retaining ring **699** may be a snap ring.

Turning now to FIGS. **36-41**, an example method of installing the expandable fusion device **600** is now discussed. Prior to insertion of the fusion device **600**, the intervertebral space is prepared. In one method of installation, a diskectomy is performed where the intervertebral disc, in its entirety, is removed. Alternatively, only a portion of the intervertebral disc can be removed. The endplates of the adjacent vertebral bodies **2, 3** (shown on FIG. **1**, for example) are then scraped to create an exposed end surface for facilitating bone growth across the intervertebral space. The expandable fusion device **600** is then introduced into the intervertebral space, with the anterior end **610** of the body portion **602** being inserted first into the disc space followed by the posterior end **612**. In an exemplary method, the fusion device **600** is in the unexpanded position when introduced

US 11,890,203 B2

23

into the intervertebral space. The wedged-shaped of the anterior end 610 in the illustrated embodiment should assist in distracting the adjacent vertebral bodies 2, 3, if necessary. This allows for the option of having little to no distraction of the intervertebral space prior to the insertion of the fusion device 600. In another exemplary method, the intervertebral space may be distracted prior to insertion of the fusion device 600. The distraction provide some benefits by providing greater access to the surgical site making removal of the intervertebral disc easier and making scraping of the endplates of the vertebral bodies 2, 3 easier.

With the fusion device 600 inserted into and seated in the appropriate position in the intervertebral disc space, the fusion device 600 can then be expanded into the expanded position, as best seen in FIGS. 38-41. FIGS. 38 and 39 show the fusion device 600 prior to expansion while FIGS. 40 and 41 show the fusion device 600 in the expanded position. To expand the fusion device 600, an instrument is engaged with the recess 694 in the second end 684 of the actuation member 608. The instrument is used to rotate actuation member 608. As discussed above, actuation member 608 can be engaged (e.g., threadingly engaged) with the ramped translation member 606; thus, as the actuation member 608 is rotated in a first direction, the ramped translation member 606 moves with respect to the body portion 602 toward the posterior end 612 of the body portion 602. In another exemplary embodiment, the ramped translation member 606 is moved in a linear direction with the ratchet teeth engaging as means for controlling the movement of the ramped translation member 606. As the ramped translation member 606 moves, the ramped surfaces 670, 672 of the first expansion portion 664 push against the ramped surfaces 648, 650 in the expandable end 646 of the expandable member 604 pushing the first and second arms 638, 640 outwardly into the expanded position. This can be best seen in FIGS. 40 and 41. Since the expansion of the fusion device 600 is actuated by a rotational input, the expansion of the fusion device 600 is infinite. In other words, the first and second arms 638, 640 can be expanded to an infinite number of heights dependent on the rotational advancement of the actuation member 608.

In the event the fusion device 600 needs to be repositioned or revised after being installed and expanded, the fusion device 600 can be contracted back to the unexpanded configuration, repositioned, and expanded again once the desired positioning is achieved. To contract the fusion device 600, the instrument is engaged with the recess 694 in the second end 684 of the actuation member 608. The instrument is used to rotate actuation member 608. As discussed above, actuation member 608 can be threadingly engaging the ramped translation member 606; thus, as the actuation member 608 is rotated in a second direction, opposite the first direction, the ramped translation member 606 moves with respect to the body portion 602 toward the anterior end 610 of the body portion 602. As the ramped translation member 606 moves, the first and second arms 638, 640 should contract inwardly back into their unexpanded position, for example.

With continued reference to FIGS. 36-41, an example method of assembly the expandable fusion device 600 is now discussed. In accordance with present embodiments, the ramped translation member 606 may be inserted into the expandable member 604. By way of example, the second expansion portion 666 may be inserted into the channel 642 of the expandable member 604 at the expandable end 646 and advanced to the fixed end 644. After insertion of the ramped translation member 606, the expandable member

24

604 may then be placed into the internal cavity 618 in the body portion 602. For example, the expandable member 604 may be inserted through window (e.g., upper window 620) into the internal cavity 618. As illustrated, the fixed end 644 of the expandable member 604 should be positioned near the posterior end 612 of the body portion 602. The one or more screws 674 may then be inserted through the body portion 602 and into the ramped translation member 606 to, for example, stabilize the ramped translation member 606 preventing rotation. The actuation member 608 may also be inserted into the opening 623 in the posterior end 612 of the body portion 602 and advanced until it is in engagement with the ramped translation member 606. In one embodiment, the actuation member 608 may be advanced into threaded engagement with the opening 680 in the ramped translation member.

In an embodiment, the expandable fusion device 600 can be configured and sized to be placed into an intervertebral disc space between the adjacent vertebral bodies 2 and 3 (shown on FIG. 1, for example) and expanded. In some embodiments, the expandable fusion device 600 may have a width in a range of from about 8 mm to about 22 mm and a length in a range of from about 15 mm to about 65 mm. In further embodiments, the expandable fusion device 600 may have a width in a range of from about 8 mm to about 12 mm and a length in a range of from about 20 mm to about 30 mm. In some embodiments, the expandable fusion device 10 may have an initial height in an unexpanded position in a range of from about 7 mm to about 20 mm and, alternatively from about 7 mm to about 15 mm. In some embodiments, the maximum expansion of the first and second arms 638, 640 at the anterior end 610 of the body portion 602 is about 4 mm or potentially even more.

FIGS. 44 and 45 illustrate an alternative embodiment of the expandable fusion device 600 according to the present invention. For longer configurations of the expandable fusion device 600, the first and second arms 638, 640 may sag or flex, for example, when engaging the adjacent vertebral bodies 3, 4 (shown on FIG. 1, for example). Accordingly, embodiments shown on FIGS. 44 and 45 further include one or more protruding support members 700 on the ramped translation member 606. As illustrated, the protruding support members 700 may be disposed on the one or more of the bridge portions 668 between the first and second expansion portions 664, 666. The protruding support members 700 may engage corresponding recesses 702 in the first and second arms 638, 640. The protruding support members 700 may act to support the first and second arms 638, 640 and prevent undesired flexing during expansion. In alternative embodiments (not shown), the actuation member 608 may engage the expandable member 604 (for example, with a slot and a groove) so that, as the first and second arms 638, 640 expands, the actuation member 608 may engage the expandable member 604 to cause convexity.

FIG. 46 illustrates an alternative embodiment of the expandable fusion device 600 according to the present invention. The embodiments illustrated on FIGS. 36-42 illustrate the ramped surfaces 670, 672 on the first expansion portion 664 of the ramped translation member 606 being rear facing. In the embodiment illustrated on FIG. 46, the ramps have been reversed with the ramped surfaces 670, 672 on the first expansion portion 664 being forward facing. Accordingly, the corresponding ramped surfaces 648, 650 on the first and second arms 638, 640 of the expandable member 604 have also been reversed and are shown on FIG. 46 as being rear facing. Accordingly, rotation of the actuation member 608 should move the ramped translation mem-

US 11,890,203 B2

25                                                                  26

ber 606 forward to the anterior end 610 of the body portion 602 such that the ramped surfaces 670, 672 of the ramped translation member 606 push against the ramped surfaces 648, 650 of the first and second arms 638, 640 pushing the first and second arms 638, 640 outwardly into the expanded position.

As previously mentioned, embodiments of the expandable fusion devices, such as expandable fusion device 600 shown on FIGS. 36-42 in which the endplates (e.g., endplates 14, 16 or first and second arms 638, 640) may expand into an angled configuration. As illustrated by FIGS. 47-58, the endplates 704, 706 of an expandable fusion device 600 may be expanded in a number of different ways. For example, FIGS. 47-49 illustrate an expandable fusion device 600 in which the endplates 704, 706 only expand at the anterior side 708 while remaining fixed at the posterior side 710. FIGS. 50-52 illustrate an additional example of an expandable fusion device 600 in which the endplates 704, 706 expand at both the anterior side 708 and the posterior side 710 but at different rates. FIGS. 53-55 illustrate yet another example of an expandable fusion device 600 in which the endplates 704, 706 first expand at only the anterior side 708 to achieve lordotic angle followed by expansion at both the anterior side 708 and the posterior side 710 at constant rates to achieve height increase. Advantageously, the embodiment shown on FIGS. 53-55 allows for full angulation without the corresponding height increase. FIGS. 56-58 illustrate yet another example of an expandable fusion device 600. As illustrated, the expandable fusion device 600 has two separate degrees of freedom, allowing for independent angulation and expansion of the endplates 704, 706.

Although the preceding discussion only discussed having a single fusion device (e.g., fusion device 10, fusion device 210, or fusion device 600) in the intervertebral space, it is contemplated that more than one fusion device can be inserted in the intervertebral space. It is further contemplated that each fusion device does not have to be finally installed in the fully expanded state. Rather, depending on the location of the fusion device in the intervertebral disc space, the height of the fusion device may vary from unexpanded to fully expanded.

The invention being thus described, it will be obvious that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims. Although individual embodiments are discussed, the invention covers all combinations of all those embodiments.

What is claimed is:

1. An intervertebral implant configured to be inserted into an intervertebral space, comprising:
   a body having first and second ends and first and second sides connecting the first and second ends, the first end comprising angled surfaces configured to distract adjacent vertebral bodies when the implant is inserted into the intervertebral space;
   a first endplate disposed on an upper side of the body;
   a second endplate disposed on a lower side of the body;
   a translator disposed in the body, having at least two expansion portions connected by at least one bridge portion, and coupled to the first endplate such that the at least two expansion portions each engage corresponding surfaces of the first endplate and corresponding surfaces of the second endplate;
   an actuator screw disposed at least partially in the body and comprising external threading for rotatably cou-

pling to corresponding internal threading formed along the translator, rotation of the actuator screw in a first direction causing the translator and the at least two expansion portions to longitudinally translate which causes the first endplate to move from a contracted state to an expanded state, wherein in the contracted state, the first endplate relative to the second endplate is at a first angle, and in the expanded state, the first endplate relative to the second endplate is at a second angle greater than the first angle,
   wherein the at least two expansion portions longitudinally translate in the same direction when the translator longitudinally translates.

2. The intervertebral implant of claim 1, wherein the corresponding surfaces of the first endplate include first and second spaced apart ramped surfaces whose slopes are different from each other such that opposing ends of the first endplate rise at a different rate relative to the second endplate.

3. The intervertebral implant of claim 2, wherein in the expanded state, the first endplate is in a lordotic position.

4. The intervertebral implant of claim 1, wherein the corresponding surfaces of the first endplate include first and second spaced apart ramped surfaces whose slopes are shaped such that opposing ends of the first endplate rise at the same rate and then rise further at a different rate relative to the second endplate.

5. The intervertebral implant of claim 4, wherein in the expanded state, the first endplate is in a lordotic position.

6. The intervertebral implant of claim 1, wherein: each expansion portion includes a curved surface and wherein the corresponding surfaces of the first endplate include spaced apart curved surfaces, and the corresponding surfaces of the second endplate include spaced apart curved surfaces.

7. The intervertebral implant of claim 1, wherein the first endplate includes at least one extension, each including at least two openings.

8. An intervertebral implant configured to be inserted into an intervertebral space, comprising:
   a body having first and second ends and first and second sides connecting the first and second ends and defining a central opening, the first and second sides each including elongate openings, the first end comprising angled surfaces configured to distract adjacent vertebral bodies when the implant is inserted into the intervertebral space;
   a first endplate disposed on an upper side of the body and including a first extension extending downwardly;
   a second endplate disposed on a lower side of the body and including a second extension extending upwardly;
   a translator disposed in the body, having at least two expansion portions connected by at least one bridge portion, and coupled to the first and second extensions of the first and second endplates such that the at least two expansion portions each engage a portion of the first endplate and a portion of the second endplate; and
   an actuator screw disposed at least partially in the body and comprising external threading for rotatably coupling to corresponding internal threading formed along the translator, rotation of the actuator screw in a first direction causing the translator to longitudinally translate which causes the first and second endplates to move relative to the base from a contracted state to an expanded state, wherein in the contracted state, the first endplate relative to the second endplate is at a first angle, and in the expanded state, the first endplate

US 11,890,203 B2

27

28

relative to the second endplate is at a second angle greater than the first angle,

wherein the at least two expansion portions longitudinally translate in the same direction when the translator longitudinally translates.

**9**. The intervertebral implant of claim **8**, wherein the first endplate extension includes first and second spaced apart ramped surfaces whose slopes are different from each other such that opposing ends of the first endplate rise at a different rate relative to the base.

**10**. The intervertebral implant of claim **9**, wherein in the expanded state, the first endplate is in a lordotic position.

**11**. The intervertebral implant of claim **8**, wherein the first extension of the first endplate includes first and second spaced apart ramped surfaces whose slopes are shaped such that opposing ends of the first endplate rise at the same rate and then rise further at a different rate relative to the second endplate.

**12**. The intervertebral implant of claim **11**, wherein in the expanded state, the first endplate is in a lordotic position.

**13**. The intervertebral implant of claim **8**, wherein: each expansion portion includes a curved surface, and the first endplate includes a corresponding surface to engage at least the curved surface of one of the expansion portions of the translator, and the second endplate includes a corresponding surface to engage at least the curved surface of another one of the expansion portions of the translator.

**14**. The intervertebral implant of claim **8**, wherein the first endplate extension includes at least two openings.

\*  \*  \*  \*  \*