# EXHIBIT I

## CLAIM CHART

### U.S. PATENT NO. 8,357,184 – Alphatec Sigma and Invictus Systems

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| 1[pre] A method for attaching a fixation system to the spine of a patient, the fixation system including at least two bone anchors and a spinal rod linking the at least two bone anchors, comprising the steps of: | Alphatec's Sigma TLIF Access System and Invictus MIS Modular System ("Sigma and Invictus Systems") are products used to perform a method for attaching a fixation system to the spine of a patient, the fixation system including at least two bone anchors and a spinal rod linking the at least two bone anchors.<br><br>For example:<br><br>The Sigma and Invictus Systems are products used to perform a method for attaching a fixation system to the spine of a patient. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://atecspine.com/tlif/ |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **TLIF** \| Access<br><br># Sigma™ TLIF Access System<br><br>Sigma Pedicle-based Access System provides direct visualization of key anatomical landmarks creating a reproducible TLIF approach.<br><br>**Key Features**<br><br>- Facilitates access to a collapsed disc space through vertebral body distraction<br>- Improves illumination with an integrated fiber optic light source<br>- Provides direct visualization of facet, pars, and lamina with a modular shank and blade<br>- Enables customized exposure with independent cranial and caudal retraction<br>- Supports differing patient pathology with surgeon-guided medial blade<br>- Streamlines assembly with quick-connect engagement<br><br>https://atecspine.com/tlif-sigma-access-system/ |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **TLIF** \| **PLIF** \| **CORPECTOMY** \| Fixation<br><br>**Invictus**®<br><br>Invictus is ATEC's comprehensive spinal fixation platform, designed to treat a range of pathologies with intraoperative adaptability and surgical predictability through an open, MIS, or hybrid approach.<br><br>https://atecspine.com/tlif-invictus/ |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **Key Features**<br><br>• DEPENDABLE: Leverages patented and dependable helical flange tulip technology to reduce the potential to cross-thread and help eliminate tulip splay.<br>• ADAPTABLE: Adapts intraoperatively to surgical techniques with robust instruments and a wide variety of implants designed to accept multiple rod diameters and materials.<br>• PREDICTABLE : Integrates with ATECs Neural Informatix System SafeOP® to predictability provide surgeons with real time action information to detect and monitor the health of nerves at risk during posterior fixation.<br><br>MORE INFORMATION<br><br>*Intended Use / Purpose*<br><br>*The Invictus Spinal Fixation System is intended to help provide immobilization and stabilization of spinal segments as an adjunct to fusion of the thoracic, lumbar, and/or sacral spine.*<br><br>https://atecspine.com/tlif-invictus/ |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **TLIF** \| Fixation<br><br># Invictus® MIS Modular<br><br>Invictus Modular Fixation System is designed to enhance the adaptability of the Invictus Spinal Fixation System with the power of modularity.<br><br>**Key features:**<br><br>- Leverages dependable helical flange tulip technology to reduce cross-thread potential and help eliminate tulip splay<br>- Boasts modular tulip interconnection strength 4.5x greater than the average pull-out strength of pedicle screws [1,2]<br>- Adapts intraoperatively to surgical techniques with robust instruments and customizable modular implants designed to accept multiple rod diameters and materials<br>- Advances the standard of Modular Fixation with a guidewire-less SingleStep™ technique to deliver modular shank and Sigma™ blade with one instrument pass<br>- Integrates with ATEC's Neural Informatix System, SafeOp®, to predictably provide surgeons with real-time, actionable information to detect and monitor the health of nerves at risk during posterior fixationInstills confidence with audible, tactile and visual confirmation of reproducible tulip-to-shank attachment<br><br><br><br>https://atecspine.com/invictus-mis-modular/ |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | The Sigma and Invictus Systems further disclose a fixation system including at least two bone anchors and a spinal rod linking the at least two bone anchors.<br><br><br><br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br><br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| 1[a] connecting a first bone anchor to a first retractor blade, advancing the first bone anchor and first retractor blade together to a first spinal vertebra, and anchoring the first bone anchor through a pedicle of the first spinal vertebra; | The Sigma and Invictus Systems are products used to perform the method step of connecting a first bone anchor to a first retractor blade, advancing the first bone anchor and first retractor blade together to a first spinal vertebra, and anchoring the first bone anchor through a pedicle of the first spinal vertebra.<br><br>For example:<br><br>The Sigma and Invictus Systems are products used to perform the method step of connecting a first bone anchor to a first retractor blade.<br><br><br><br>https://vimeo.com/470390710<br><br>The Sigma and Invictus Systems are products used to perform the method step of advancing the first bone anchor and first retractor blade together to a first spinal vertebra. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710<br><br>The Sigma and Invictus Systems are products used to perform the method step of anchoring the first bone anchor through a pedicle of the first spinal vertebra. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |
| 1[b] connecting a second bone anchor to a second retractor blade, advancing the second bone anchor and second retractor blade together to a second spinal vertebra, and anchoring the second bone anchor through a pedicle of the second vertebra, wherein the second vertebra is separated from the first | The Sigma and Invictus Systems are products used to perform the method step of connecting a second bone anchor to a second retractor blade, advancing the second bone anchor and second retractor blade together to a second spinal vertebra, and anchoring the second bone anchor through a pedicle of the second vertebra, wherein the second vertebra is separated from the first vertebra by an intervertebral disc space and the first vertebra, second vertebra, and intervertebral disc space comprise a first spinal level.<br><br>For example:<br><br>The Sigma and Invictus Systems are products used to perform the method step of connecting a second bone anchor to a second retractor blade. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| vertebra by an intervertebral disc space and the first vertebra, second vertebra, and intervertebral disc space comprise a first spinal level; | <br><br>https://vimeo.com/470390710<br><br><br>The Sigma and Invictus Systems are products used to perform the method step of advancing the second bone anchor and second retractor blade together to a second spinal vertebra. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710  The Sigma and Invictus Systems are products used to perform the method step of anchoring the second bone anchor through a pedicle of the second vertebra, wherein the second vertebra is separated from the first vertebra by an intervertebral disc space and the first vertebra, second vertebra, and intervertebral disc space comprise a first spinal level. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 |
| 1[c] connecting a retractor body to the first retractor blade and the second retractor blade and operating the retractor body to expand an operative corridor formed between the first retractor blade and second retractor blade from the skin level of the patient to the spine; | The Sigma and Invictus Systems are products used to perform the method step of connecting a retractor body to the first retractor blade and the second retractor blade and operating the retractor body to expand an operative corridor formed between the first retractor blade and second retractor blade from the skin level of the patient to the spine.<br><br>For example:<br><br>The Sigma and Invictus Systems are products used to perform the method step of connecting a retractor body to the first retractor blade and the second retractor blade. |

17

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710<br><br>The Sigma and Invictus Systems are products used to perform the method step of operating the retractor body to expand an operative corridor formed between the first retractor blade and the second retractor blade from the skin level of the patient to the spine. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710 |
| 1[d] adjusting the angle of the operative corridor until the operative corridor is parallel to the intervertebral disc; and | The Sigma and Invictus Systems are products used to perform the method step of adjusting the angle of the operative corridor until the operative corridor is parallel to the intervertebral disc. |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| 1[e] linking the first bone anchor and the second bone anchor with the spinal rod. | The Sigma and Invictus Systems are products used to perform the method step of linking the first bone anchor and the second bone anchor with the spinal rod.<br><br><br><br>https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710 |

| '184 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |