# EXHIBIT N

**CLAIM CHART**

**U.S. PATENT NO. 9,039,771 – Alphatec Calibrate LTX System**

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| 15[pre] A surgical method comprising: | Alphatec's Calibrate LTX System ("Calibrate LTX") is an implant system used to perform a surgical method.<br><br>**Calibrate™ LTX**<br><br>ATEC's Calibrate LTX lateral expandable interbody system is designed to provide continuous expansion for lordosis and disc height restoration with multiple unique expandable implant and plate offerings. The Calibrate LTX system is designed for simple and eased insertion, seamlessly integrating into ATEC's lateral platform.<br><br>**Key Features**<br><br>• Rounded edges to minimize endplate disruption during insertion<br>• Large graft aperture to maximize pre- and post-packing volume<br>• Integrated expansion for height and lordosis restoration<br>• Post-packing channel for optimized graft delivery<br>• Minimal pre-expansion height to ease insertion into collapsed disc spaces<br><br>https://atecspine.com/calibrate-ltx/ |

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| 15[a] introducing an expandable device into an intervertebral space in an unexpanded position, wherein the device includes a first endplate having at least one ramped surface, a second endplate having at least one ramped surface, and a translation member having first, second and third angled surfaces; and | The Calibrate LTX is an implant system that is placed in an intervertebral space between two adjacent vertebrae.<br><br>**Calibrate™ LTX**<br><br>ATEC's Calibrate LTX lateral expandable interbody system is designed to provide continuous expansion for lordosis and disc height restoration with multiple unique expandable implant and plate offerings. The Calibrate LTX system is designed for simple and eased insertion, seamlessly integrating into ATEC's lateral platform.<br><br><br><br>**Key Features**<br><br>• Rounded edges to minimize endplate disruption during insertion<br>• Large graft aperture to maximize pre- and post-packing volume<br>• Integrated expansion for height and lordosis restoration<br>• Post-packing channel for optimized graft delivery<br>• Minimal pre-expansion height to ease insertion into collapsed disc spaces<br><br>https://atecspine.com/calibrate-ltx/ |

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| | https://thespinemarketgroup.com/category/expandable-cages/lateral-and-anterior-expandable-cages/ Calibrate LTX includes a first endplate having at least one ramped surface, a second endplate having at least one ramped surface. |

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| |  Calibrate LTX has a translation member having first, second and third angled surfaces.  |

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| 15[b] moving the translation member such that it pushes against the ramped surface of the first endplate and the ramped surface of the second endplate, thereby causing the expandable device to expand into an expanded position, | The translation member of Calibrate LTX moves such that it pushes against the ramped surface of the first endplate and the ramped surface of the second endplate, thereby causing the expandable device to expand into an expanded position. |
| 15[c] wherein the first, second, and third angled surfaces contact either one of the first endplate or the second endplate | The first, second, and third angled surfaces of Calibrate LTX contact either one of the first endplate or the second endplate. |

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| | |
| 15[d] and wherein the first, second, and third angled surfaces are spaced apart in a longitudinal axis and sloped in the same direction. | The first, second, and third angled surfaces of Calibrate LTX are spaced apart in a longitudinal axis and sloped in the same direction. |

6

| '771 Patent Claim 15 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| |  |