# EXHIBIT O

# CLAIM CHART

**U.S. PATENT NO. 9,204,974 – Alphatec Calibrate LTX System**

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| 1[pre] An intervertebral implant comprising: | Alphatec's Calibrate LTX System ("Calibrate LTX") is an implant that is placed in an intervertebral space between two adjacent vertebrae.<br><br>**Calibrate™ LTX**<br><br>ATEC's Calibrate LTX lateral expandable interbody system is designed to provide continuous expansion for lordosis and disc height restoration with multiple unique expandable implant and plate offerings. The Calibrate LTX system is designed for simple and eased insertion, seamlessly integrating into ATEC's lateral platform.<br><br>**Key Features**<br><br>• Rounded edges to minimize endplate disruption during insertion<br>• Large graft aperture to maximize pre- and post-packing volume<br>• Integrated expansion for height and lordosis restoration<br>• Post-packing channel for optimized graft delivery<br>• Minimal pre-expansion height to ease insertion into collapsed disc spaces<br><br>https://atecspine.com/calibrate-ltx/ |

1

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  | ![Calibrate LTX spine illustration]<br>https://thespinemarketgroup.com/category/expandable-cages/lateral-and-anterior-expandable-cages/ |
| 1[a] a first endplate; | The Calibrate LTX has a first endplate.<br><br>![First endplate image]<br><br>https://atecspine.com/calibrate-ltx/ |
| 1[b] a second endplate; | The Calibrate LTX has a second endplate. |

2

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| | ![Second endplate]<br><br>https://atecspine.com/calibrate-ltx/ |
| 1[c] a translation member received between the first endplate and the second endplate, the translation member including a first angled surface configured to engage a contact surface of the first endplate, | The Calibrate LTX has a translation member received between the first endplate and the second endplate.<br><br>![Translation Member]<br><br>The translation member of Calibrate LTX includes a first angled surface configured to engage a contact surface of the first endplate. |

3

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  |  |
| 1[d] two stabilization members extending from the translation member, and a body having a first side wall portion extending along a longitudinal axis of the implant and a second side wall portion extending along a longitudinal axis of the implant, each side wall portion having a slot, wherein each slot is configured to receive a portion of a respective one of said stabilization members, | The Calibrate LTX includes two stabilization members extending from the translation member.<br><br>Calibrate LTX has a body having a first side wall portion extending along a longitudinal axis of the implant and a second side wall portion extending along a longitudinal axis of the implant, each side wall portion having a slot, wherein each slot is configured to receive a portion of a respective one of said stabilization members. |

4

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| | ![Image showing Second Side Wall Portion, Slot, Body, and First Side Wall Portion labeled on the Calibrate LTX device] |
| 1[e] wherein movement of the translation member causes the first angled surface to push against the contact surface of the first endplate thereby causing outward expansion of the first endplate and second endplate, | Movement of the translation member of Calibrate LTX causes the first angled surface to push against the contact surface of the first endplate thereby causing outward expansion of the first endplate and second endplate. |

5

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| | *[images of Alphatec Calibrate LTX device shown in unexpanded and expanded states, with red circles highlighting openings on the side of the translation member, and a red arrow indicating direction]* |
| 1[f] wherein the translation member includes an opening for receiving an actuation member, the actuation member being configured not to extend beyond the first angled surface of the translation member when the first and | The translation member of Calibrate LTX includes an opening for receiving an actuation member, the actuation member being configured not to extend beyond the first angled surface of the translation member when the first and second endplates are in an unexpanded state. |

6

| '974 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| second endplates are in an unexpanded state. |  |