# EXHIBIT J

# CLAIM CHART

## U.S. PATENT NO. 9,050,146 – Alphatec Sigma and Invictus Systems

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| 1[pre] A posterior spinal retractor for a maintaining an access corridor to a site along the posterior spinal column on which a surgical procedure is performed, the surgical procedure including the use of first and second bone anchors anchorable into first pedicle of a first vertebra and a second pedicle of a second vertebra, respectively, comprising: | Alphatec's Sigma TLIF Access System and Invictus MIS Modular System ("Sigma and Invictus Systems") disclose a posterior spinal retractor for a maintaining an access corridor to a site along the posterior spinal column on which a surgical procedure is performed, the surgical procedure including the use of first and second bone anchors anchorable into first pedicle of a first vertebra and a second pedicle of a second vertebra, respectively.<br><br>For example:<br><br>The Sigma and Invictus Systems disclose a posterior spinal retractor for a maintaining an access corridor to a site along the posterior spinal column on which a surgical procedure is performed. |

1

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br><br>https://atecspine.com/tlif/ |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **TLIF** | Access<br><br># Sigma™ TLIF Access System<br><br>Sigma Pedicle-based Access System provides direct visualization of key anatomical landmarks creating a reproducible TLIF approach.<br><br>**Key Features**<br><br>• Facilitates access to a collapsed disc space through vertebral body distraction<br>• Improves illumination with an integrated fiber optic light source<br>• Provides direct visualization of facet, pars, and lamina with a modular shank and blade<br>• Enables customized exposure with independent cranial and caudal retraction<br>• Supports differing patient pathology with surgeon-guided medial blade<br>• Streamlines assembly with quick-connect engagement<br><br>https://atecspine.com/tlif-sigma-access-system/ |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **TLIF** | **PLIF** | **CORPECTOMY** | Fixation<br><br>**Invictus®**<br><br>Invictus is ATEC's comprehensive spinal fixation platform, designed to treat a range of pathologies with intraoperative adaptability and surgical predictability through an open, MIS, or hybrid approach.<br><br>https://atecspine.com/tlif-invictus/ |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | **Key Features**<br><br>• DEPENDABLE: Leverages patented and dependable helical flange tulip technology to reduce the potential to cross-thread and help eliminate tulip splay.<br>• ADAPTABLE: Adapts intraoperatively to surgical techniques with robust instruments and a wide variety of implants designed to accept multiple rod diameters and materials.<br>• PREDICTABLE : Integrates with ATECs Neural Informatix System SafeOP® to predictability provide surgeons with real time action information to detect and monitor the health of nerves at risk during posterior fixation.<br><br>MORE INFORMATION<br><br>*Intended Use / Purpose*<br><br>*The Invictus Spinal Fixation System is intended to help provide immobilization and stabilization of spinal segments as an adjunct to fusion of the thoracic, lumbar, and/or sacral spine.*<br><br>https://atecspine.com/tlif-invictus/ |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  | **TLIF** \| Fixation<br><br># Invictus® MIS Modular<br><br>Invictus Modular Fixation System is designed to enhance the adaptability of the Invictus Spinal Fixation System with the power of modularity.<br><br>**Key features:**<br><br>- Leverages dependable helical flange tulip technology to reduce cross-thread potential and help eliminate tulip splay<br>- Boasts modular tulip interconnection strength 4.5x greater than the average pull-out strength of pedicle screws [1,2]<br>- Adapts intraoperatively to surgical techniques with robust instruments and customizable modular implants designed to accept multiple rod diameters and materials<br>- Advances the standard of Modular Fixation with a guidewire-less SingleStep™ technique to deliver modular shank and Sigma™ blade with one instrument pass<br>- Integrates with ATEC's Neural Informatix System, SafeOp®, to predictably provide surgeons with real-time, actionable information to detect and monitor the health of nerves at risk during posterior fixationInstills confidence with audible, tactile and visual confirmation of reproducible tulip-to-shank attachment<br><br>https://atecspine.com/invictus-mis-modular/ |

6

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  | The Sigma and Invictus Systems further disclose the surgical procedure including the use of first and second bone anchors anchorable into first pedicle of a first vertebra and a second pedicle of a second vertebra, respectively.<br><br><br><br>https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 |
| 1[a] a retractor having a first arm, a first retractor | The Sigma and Invictus Systems disclose a retractor having a first arm, a first retractor blade attachable to the first arm and having a distal end and a proximal end, a second arm, and a second retractor blade attachable to the second arm and |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| blade attachable to the first arm and having a distal end and a proximal end, a second arm, and a second retractor blade attachable to the second arm and having a distal end and a proximal end, the first arm and the second arm being movable relative to each other in a first direction; | having a distal end and a proximal end, the first arm and the second arm being movable relative to each other in a first direction.<br><br>For example:<br><br>The Sigma and Invictus Systems disclose a retractor having a first arm, a first retractor blade attachable to the first arm and having a distal end and a proximal end, a second arm, and a second retractor blade attachable to the second arm and having a distal end and a proximal end. |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 <br><br> The Sigma and Invictus Systems further disclose the first arm and the second arm being movable relative to each other in a first direction. |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | https://vimeo.com/470390710 |
| 1[b] wherein the distal end of the first retractor blade is temporarily anchorable in position relative to the first pedicle via coupled | The Sigma and Invictus Systems disclose wherein the distal end of the first retractor blade is temporarily anchorable in position relative to the first pedicle via coupled engagement with the first bone anchor, the coupled engagement permitting angular adjustability of the distal end relative to the first bone anchor and the proximal end of the first retractor blade is pivotable relative to the first arm, and wherein the distal end of the second retractor blade is temporarily anchorable in position relative to the second pedicle via coupled engagement with the second bone anchor, |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| engagement with the first bone anchor, the coupled engagement permitting angular adjustability of the distal end relative to the first bone anchor and the proximal end of the first retractor blade is pivotable relative to the first arm, and wherein the distal end of the second retractor blade is temporarily anchorable in position relative to the second pedicle via coupled engagement with the second bone anchor, the coupled engagement permitting angular adjustability of the distal end relative to the second bone anchor and the proximal end of the second retractor blade is pivotable relative to the second arm; and | the coupled engagement permitting angular adjustability of the distal end relative to the second bone anchor and the proximal end of the second retractor blade is pivotable relative to the second arm.<br><br>For example:<br><br>The Sigma and Invictus Systems disclose the distal end of the first retractor blade temporarily anchorable in position relative to the first pedicle via coupled engagement with the first bone anchor, the coupled engagement permitting angular adjustability of the distal end relative to the first bone anchor and the proximal end of the first retractor blade is pivotable relative to the first arm.<br><br><br><br>https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | 
https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 <br><br> The Sigma and Invictus Systems disclose the distal end of the second retractor blade temporarily anchorable in position relative to the second pedicle via coupled engagement with the second bone anchor, the coupled engagement permitting angular adjustability of the distal end relative to the second bone anchor and the proximal end of the second retractor blade is pivotable relative to the second arm. |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br>https://vimeo.com/470390710 |
| 1[c] a third retractor blade moveable relative to the first and second retractor blades in a second | The Sigma and Invictus Systems disclose a third retractor blade moveable relative to the first and second retractor blades in a second direction orthogonal to the first direction. |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| direction orthogonal to the first direction. |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
|  |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  |
| | https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
| --- | --- |
| |  https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| | <br><br>https://vimeo.com/470390710 |

| '146 Patent Claim 1 | Corresponding Structure in Alphatec Sigma and Invictus Systems |
|---|---|
| |  https://vimeo.com/470390710 |