# EXHIBIT L



# Calibrate LTX<sup>TM</sup> Interbody System
## INSTRUCTIONS FOR USE

## GENERAL INFORMATION:

The Calibrate<sup>TM</sup> LTX Interbody System is a lordotic expandable lumbar intervertebral body fusion system designed to be inserted through a lateral or anterolateral surgical approach. The Calibrate LTX interbody spacers are manufactured from titanium alloy (Ti-6Al-4V ELI) per ASTM F136, Polyetheretherketone (PEEK) Optima LT1 per ASTM F2026 and cobalt chromium alloy (Co-28Cr-6Mo – Alloy 1) per ASTM F1537. The bone screws are manufactured from titanium alloy (Ti-6Al-4V ELI) per ASTM F136. The Calibrate LTX Interbody System consists of a variety of shapes and sizes of interbody spacers, bone screws, inserters, trials, and general instruments to create lordotic expansion, restore sagittal alignment, and provide indirect decompression.

Use Calibrate LTX interbody spacers with supplemental fixation systems from Alphatec Spine such as: Zodiac® Polyaxial Spinal Fixation System, Arsenal® Spinal Fixation System, Illico® MIS Posterior Fixation System, BridgePoint® Spinous Process Fixation System, or Invictus® Spinal Fixation System.

Calibrate LTX spacers without integrated fixation features may be used with AMP-LTX<sup>TM</sup> Anti-Migration Plate as integrated fixation in addition to supplemental fixation. Reference the AMP-LTX Anti-Migration Plate Instructions for Use for additional information pertinent to the AMP-LTX system.

## INDICATIONS FOR USE:

The Calibrate LTX Interbody System is indicated for spinal fusion procedures from T1 to S1 in skeletally mature patients for the treatment of a symptomatic degenerative disc disease (DDD), degenerative spondylolisthesis, spinal stenosis, and/or thoracic disc herniation (myelopathy and/or radiculopathy with or without axial pain) at one or two adjacent levels. DDD is defined as back pain of discogenic origin with degeneration of the disc confirmed by history and radiographic studies.

Additionally, the Calibrate LTX Interbody System can be used as an adjunct to fusion in patients diagnosed with multilevel degenerative scoliosis and sagittal deformity.

The Calibrate LTX Interbody System is intended for use on patients who have had at least six months of non-operative treatment. It is intended to be used with autograft and/or allogeneic bone graft comprised of cortical, cancellous, and/or corticocancellous bone, and/or demineralized allograft bone with bone marrow aspirate or a bone void filler as cleared by FDA for use in intervertebral body fusion to facilitate fusion. The system is intended to be used and supplemental fixation systems that are cleared by FDA for use in the thoracic and lumbar spine.

Calibrate LTX spacers expanded greater than 20° have integrated fixation tabs and must be used with LTX bone screws in addition to supplemental fixation. Calibrate LTX spacers without integrated fixation tabs may be used with AMP-LTX Anti-Migration Plate as integrated fixation in addition to supplemental fixation.

## CONTRAINDICATIONS:

The system is contraindicated for:
1. Patients with bone resorption related disease (e.g., osteopenia), bone and/or joint disease, or deficient soft tissue at the wound site.



2. Patients with infection, inflammation, fever, tumors, elevated white blood count, obesity, pregnancy, mental illness, and other medical conditions which would prohibit beneficial surgical outcome.
3. Patients with allergy or intolerance to titanium.
4. Patients resistant to following postoperative restrictions on movement especially in athletic and occupational activities.
5. Patients with prior fusion at the level(s) to be treated.
6. Spinal surgery cases that do not require bone grafting and/or spinal fusion.
7. Reuse or multiple uses of the implant.

**WARNINGS/CAUTIONS/PRECAUTIONS:**
1. The implants of the system are provided non-sterile and must be sterilized prior to use. Refer to the STERILIZATION section.
2. Components of this system should not be used with components from other systems or manufacturers.
3. Do not comingle dissimilar materials (e.g., titanium and stainless steel) within the same construct.
4. All instruments are provided non-sterile and must be cleaned and sterilized prior to surgery. See *CLEANING* and *STERILIZATION* sections in this IFU. Sterile single-use instruments are disposable devices, designed for single use and should not be reused or reprocessed. Reprocessing of single use instruments may lead to instrument damage and possible improper function.
5. Implants are single use devices**.** Do not reuse. While an implant may appear undamaged, it may have small defects or internal stress patterns that could lead to fatigue failure. In addition, the removed implant has not been designed or validated for the decontamination of microorganisms. Reuse of this product could lead to cross-infection and/or material degradation as a result of the decontamination process.
6. These implants are used only to provide internal fixation, in conjunction with graft and supplemental fixation, during the bone fusion process. A successful result may not be achieved in every instance.
7. Potential risks identified with the use of these fusion devices, which may require additional surgery, include device component failure, loss of fixation, pseudarthrosis (i.e., non-union), fracture of the vertebra, neurological injury, and/or vascular or visceral injury.
8. Risk factors that may affect successful surgical outcomes include: alcohol abuse, obesity, patients with poor bone, muscle and/or nerve quality. Patients who use tobacco or nicotine products should be advised of the consequences that an increased incidence of non-union has been reported with patients who use tobacco or nicotine products.
9. The physician/surgeon should consider the levels of implantation, patient weight, patient activity level, other patient conditions, etc., which may affect the performance of this system.
10. Patients with previous spinal surgery at the level(s) to be treated may have different clinical outcomes compared to those without previous surgery.
11. Implantation should be performed only by experienced spinal surgeons with specific training in the use of this device because this is a technically demanding procedure presenting a risk of serious injury to the patient.
12. Placement and positional adjustment of implants must only be performed with system-specific instruments.  They must not be used with other instrumentation unless specifically recommended by Alphatec Spine Inc., because the combination with other instrumentation may be incompatible.
13. Additional care should be taken to ensure a thorough discectomy is completed in order to correctly size, place, and expand the device. An incomplete discectomy may result in

difficulty to fully deploy and place the device in its intended position.

14. Resection of the anterior longitudinal ligament (ALL) may facilitate expansion of the Calibrate LTX implant for greater sagittal correction and aid in preventing potential endplate damage. To minimize risk to surrounding anatomy when resecting the ALL, do not extend the resection past the medial wall of the contralateral pedicle as identified on true AP fluoroscopy.

15. A Calibrate LTX implant must not be re-expanded and reused if it has been filled with graft, as mechanical failure may occur.

16. To avoid damage to the vertebral endplates, do not excessively expand the LTX Trial or the LTX Interbody Spacer.

17. To avoid damage to the LTX Trial, do not excessively collapse the LTX Trial.

## MRI SAFETY INFORMATION:

The Calibrate LTX Interbody System has not been evaluated for safety and compatibility in the magnetic resonance (MR) environment. It has not been tested for heating, migration, or image artifact in the MR environment. The safety of the Calibrate LTX Interbody System in the MR environment is unknown.  Scanning a patient who has this device may result in patient injury.

## POSSIBLE ADVERSE EFFECTS:

Possible adverse effects include:

1. Initial or delayed loosening, bending, dislocation, and/or breakage of device components.
2. Physiological reaction to implant devices due to foreign body intolerance including inflammation, local tissue reaction, seroma, and possible tumor formation.
3. Loss of desired spinal curvature, spinal correction and/or a gain or loss in height.
4. Infection and/or hemorrhaging.
5. Non-union and/or pseudarthrosis.
6. Neurological disorder, pain and/or abnormal sensations caused by improper placement of the device, and/or instruments.
7. Subsidence of the device into the vertebral body.
8. Revision surgery.
9. Death.

## PREOPERATIVE MANAGEMENT:

1. Only patients meeting the criteria listed in the indications for the use section should be selected.
2. Surgeons should have a complete understanding of the surgical technique, system indications, contraindications, warnings and precautions, safety information, as well as functions and limitations of the implants and instruments.
3. Careful preoperative planning should include implantation strategy and a verification of required inventory for the case.
4. The condition of all implants and instruments should be checked prior to use. Damaged and/or worn implants and instruments should not be used.

## INTRAOPERATIVE MANAGEMENT:

1. The surgical technique manual should be followed carefully.
2. To prevent possible nerve damage and associated disorders, extreme caution should be taken to avoid the spinal cord and nerve roots at all times. Fluoroscopy should be employed where view of device is obstructed.
3. Bone graft must be placed in the area to be fused and graft material must extend from the upper to the lower vertebrae being fused.



**POSTOPERATIVE MANAGEMENT:**
Postoperative management by the surgeon is essential. This includes instructing, warning, and monitoring the compliance of the patient.

1. Patient should be informed regarding the purpose and limitations of the implanted devices.
2. The surgeon should instruct the patient regarding the amount and time frame after surgery of any weight bearing activity. The increased risk of bending, dislocation, and/or breakage of the implanted devices, as well as an undesired surgical result are consequences of any type of early or excessive weight bearing, vibratory motion, falls, jolts or other movements preventing proper healing and/or fusion development.
3. Implanted devices should be revised or removed if bent, dislocated, or broken.
4. Immobilization should be considered in order to prevent bending, dislocation, or breakage of the implanted device in case of delayed, malunion, or nonunion of bone. Immobilization should continue until a complete bone fusion mass has developed and been confirmed.
5. Postoperative patients should be instructed not to use tobacco or nicotine products, consume alcohol, or use non-steroidal anti-inflammatory drugs and aspirin, as determined by the surgeon. Complete postoperative management to maintain the desired result should also follow implant surgery.

## REPROCESSING OF REUSABLE INSTRUMENTS
### General Information for all Instruments:

- **Point-of-Use Processing:** To facilitate cleaning, instruments should be cleaned initially directly after use in order to facilitate more effective subsequent cleaning steps. Place instruments in a tray and cover with a wet towel to prevent drying. All reusable instruments that have been taken into a sterile surgical field must be decontaminated and cleaned using established hospital methods before sterilization and reintroduction into the sterile surgical field.
- The cleaning process is the first step in effectively reprocessing reusable instruments. Adequate sterilization depends on thoroughness of cleaning.
- The cleaning and sterilization processes in this IFU have been validated and demonstrate that soil and contaminants have been removed leaving the devices effectively free of viable microorgansims.
- It is recommended that all new relevant clinical practice guidelines be followed as per the *CDC guidance, "Guideline for Disinfection and Sterilization in Healthcare Facilities, 2008."*
- It is recommended to rinse the device components with water that meets specifications for *AAMI TIR34 "Water for the reprocessing of medical devices, 2014"* for example, DI/RO water.
- Equipment, materials, and personnel differ between hospitals; therefore, validation and routine monitoring of the process are normally required at a reprocessing facility.

### Instrument Preparation and Disassembly:

- Cleaning, inspection, and sterilization must be performed by hospital personnel trained in the general procedures involving contaminant removal.
- Instruments must be cleaned prior to sterilization.
- Certain instruments may be disassembled or expanded prior to cleaning.

### Cleaning of Instruments, Containers, and Trays:

- Instruments provided in a set must be removed from the set and cleaned prior to sterilization. Instrument trays, containers, and lids must be thoroughly cleaned separately until visually clean.



- Cleaning, maintenance, and mechanical inspection must be performed by hospital personnel trained in the general procedures involving contaminant removal.
- Visually inspect each instrument for deterioration such as corrosion and worn components; ensure that the laser markings are legible and verify that all actuating parts move freely. Visual inspection must be performed at each cleaning to determine if an instrument is acceptable for use. If an instrument is not acceptable for use, return to the manufacturer.
- Clean the instruments, trays and inserts using only recommended cleaning solutions. Use of caustic solutions (caustic soda) will damage the instruments.
- All solutions for cleaning must be prepared per the manufacturer's instructions.
- Use of water with high mineral content should be avoided.
- Complex instruments, such as those with, cannulas, hinges, retractable features, mated surfaces, and textured surface finishes, require special attention during cleaning. Brush tight tolerance areas with an appropriately sized brush and flush using a water jet or syringe where debris could become trapped.
- Ensure instruments are in the fully extended, open position throughout cleaning. Disconnect Quick Connect handles/knobs from the shafted instruments prior to cleaning.
- Ensure all moving parts of instruments are cleaned at both extents of travel. Handle all products with care. Mishandling may lead to damage and possible improper function.

**Visually inspect the instrument after each cleaning step to ensure the instrument is clean. If not clean, repeat the step until clean.**

### Manual Cleaning Steps for Instruments (Required)

| Step 1 | Rinse devices in ambient temperature tap water to remove visible soil. |
|---|---|
| Step 2 | Prepare enzymatic solution, such as *Prolystica® 2X Concentrate Enzymatic Presoak & Cleaner* or equivalent, per manufacturer's recommendations and submerge device in enzyme solution. Actuate the device while it is submerged and soak for a minimum of 10 minutes. |
| Step 3 | Actuate and scrub the device using an appropriately sized soft bristled brush, such as a *Spectrum Surgical code #M-16* or 45-542 (or equivalent), to brush any lumens for a minimum of 2 minutes. If needed, actuate at several locations to access all surfaces. Use of a syringe (minimum of 50 ml) or water jet is recommended for the hard-to-reach areas and repeat 3 times. |
| Step 4 | Rinse devices in Deionized / Reverse Osmosis (DI/RO) water for a minimum of 1 minute. |
| Step 5 | Prepare cleaning solution, such as *Prolystica® 2X Concentrate Alkaline Detergent,* per manufacturer's recommendations and submerge and actuate devices in cleaning solution and sonicate for a minimum of 10 minutes. |
| Step 6 | Thoroughly rinse devices with DI/RO water to remove all detergent residues. |
| Step 7 | Dry devices with a clean, lint free cloth or filtered compressed air. |



**Automatic Washer Cleaning Steps for Instruments**

| Step 1 | Complex instruments, such as those with cannulations, lumens, hinges, retractable features, mated surfaces, and textured surface finishes, require special attention during cleaning. Brush tight tolerance areas with an appropriately sized brush and flush using a water jet or syringe with ambient temperature tap water where debris could become trapped. Place them into the Washer/Disinfector and process through a standard surgical instrument cycle. |
|--------|--------|
| Step 2 | Prewash with cold tap water for 2 minutes. |
| Step 3 | Enzyme wash using cleaner such as *Prolystica® 2X Concentrate Enzymatic Presoak & Cleaner* or equivalent, per manufacturer's recommendations, hot tap water (66°C/150°F minimum), for a minimum of 1 minute. |
| Step 4 | Detergent wash using detergent such as *Prolystica® 2X Concentrate Alkaline Detergent* or equivalent*,* per manufacturer's recommendations, hot tap water (66°C/150°F minimum), for a minimum 2 minutes. |
| Step 5 | Rinse 2 times, hot tap water (66°C/150°F minimum), for a minimum 15 seconds. |
| Step 6 | Purified water rinse, hot (66°C/150°F minimum), for a minimum 10 seconds. |
| Step 7 | Hot air dry (115°C/239°F minimum), for a minimum of 10 minutes. |

**INSPECTION:**

- Inspect each instrument, container, and tray to ensure that all visible contamination has been removed. If contamination is noted, repeat the cleaning/disinfection process.
- Check the action of moving parts (e.g., hinges, box-locks, connectors, sliding parts, etc.) to ensure smooth operation throughout the intended range of motion.
- Check instruments with long slender features (particularly rotating instruments) for distortion.
- Drill bits, reamers, rasps, and other cutting instruments should be inspected after processing with alkaline detergents.
- Inspect instruments for any other damage, wear, and/or corrosion.
- Visually inspect for unacceptable deterioration such as corrosion, discoloration, pitting, cracked seals, and worn components,
- Ensure that the laser markings are legible and verify that all actuating parts move freely.
- When necessary, dispose of products in accordance with national regulations and approved hospital practices for surgical instrument disposal.

**STERILIZATION AND RESTERILIZATION:**

- All implants and reusable instruments are provided non-sterile and must be steam sterilized prior to use in the provided trays using the validated cycle parameters in the table below. Each facility should ensure its processing system can effectively apply validated cycle parameters such that equivalent sterility assurance levels are achieved. It is the responsibility of the healthcare facility to qualify their sterilizers' maximum load



capacity and determine what effect the loading pattern of the sterilizer has on the sterilization of the devices.

- Alphatec perforated trays have been validated to achieve a sterility assurance level (SAL) of $10^{-6}$ using FDA cleared sterilization accessories (containers and filters). FDA cleared reusable or paper filters should be used to achieve and maintain sterility after processing.
- Alphatec perforated container/tray configurations have also been validated to a sterility assurance level (SAL) of $10^{-6}$ using FDA cleared sterilization wrap. Perforated container/tray configurations must be double wrapped to allow steam to penetrate and make direct contract with all surfaces.
- Do not stack trays during sterilization.
- Instrument sets have been validated in standard configurations. **No additional items should be added to the set for sterilization.**

**Sterilization Parameters**

| Set Type | Cycle Type | Temperature | Exposure Time | Minimum Drying Time | Minimum Cool Down Time |
|---|---|---|---|---|---|
| Implant Only Set | Pre-vacuum | 132°C (270°F) | 4 Minutes | 30 Minutes | 60 Minutes |
| Implants/Instrument Mixed Set | | | | | |
| Instrument Only Set | Pre-vacuum | 132°C (270°F) | 4 Minutes | 45 Minutes | 75 Minutes |

**Sterilization Notes:**
- These parameters are consistent with the appropriate version of *ANSI/AAMI ST79 "Comprehensive guide to steam sterilization and sterility assurance in health care facilities."*

## RETURNING INSTRUMENTS TO ALPHATEC SPINE:
All used products returning to Alphatec Spine must undergo all steps of cleaning, inspection, and terminal sterilization before being returned to Alphatec Spine. Documentation of decontamination should be included.

## UDI CONSTRUCTION
To compile a unique device identifier (UDI) for reusable, reprocessed devices, the device identifier (GTIN) may be ascertained by searching for the part number in the FDA GUDID at https://accessgudid.nlm.nih.gov/. The production identifier(s) (e.g., lot number, serial number) may be found directly marked on the device.

## COMPLAINT HANDLING/REPORTING:
All product complaints relating to safety, efficacy or performance of the product should be reported immediately to Alphatec Spine by telephone, e-mail, or letter, per contact information below. All complaints should be accompanied by name, part number, and lot numbers. The person formulating the complaint should provide their name, address, and as many details as possible. You may contact Customer Service directly at: customerservice@atecspine.com.

For Surgical Technique Guides or additional information regarding the products, please contact your local representative or Alphatec Spine, Inc. Customer Service directly at customerservice@atecspine.com.



 **CAUTION: Federal law (USA) restricts these devices to sale by or on the order of a physician.**

For a listing of Symbols and Explanations, see **atecspine.com/eifu**


**ALPHATEC SPINE, INC**
1950 Camino Vida Roble
Carlsbad, CA 92008, USA
(760) 431-9286
(800) 922-1356
www.atecspine.com

Alphatec Spine, ATEC Spine, the ATEC logo, EOS, Calibrate, AMP, and LTX are trademarks or registered trademarks of Alphatec Holdings, Inc., its affiliates and/or subsidiary companies, registered in the USA and other countries. All other trademarks belong to their respective owners. For patent information, please visit https://atecspine.com/patent-marking/. © 2024 Alphatec Spine, Inc. All rights reserved.