# EXHIBIT N

## CLAIM CHART

### U.S. PATENT NO. 8,518,120 – Alphatec Calibrate LTX System

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| 1[pre] An intervertebral implantation system comprising: | Alphatec's Calibrate LTX System ("Calibrate LTX") is an implant system that is placed in an intervertebral space between two adjacent vertebrae. |

**Calibrate™ LTX**

ATEC's Calibrate LTX lateral expandable interbody system is designed to provide continuous expansion for lordosis and disc height restoration with multiple unique expandable implant and plate offerings. The Calibrate LTX system is designed for simple and eased insertion, seamlessly integrating into ATEC's lateral platform.

**Key Features**

- Rounded edges to minimize endplate disruption during insertion
- Large graft aperture to maximize pre- and post-packing volume
- Integrated expansion for height and lordosis restoration
- Post-packing channel for optimized graft delivery
- Minimal pre-expansion height to ease insertion into collapsed disc spaces

https://atecspine.com/calibrate-ltx/

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| | <br><br>https://thespinemarketgroup.com/category/expandable-cages/lateral-and-anterior-expandable-cages/ |
| 1[a] a first endplate having an upper side and a lower side; | The Calibrate LTX has a first endplate with an upper side and a lower side.<br><br><br><br>https://atecspine.com/calibrate-ltx/ |
| 1[b] a second endplate having an upper side and a lower side; | The Calibrate LTX has a second endplate with an upper side and a lower side. |

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| |   https://atecspine.com/calibrate-ltx/ |
| 1[c] a body portion having a first end, a second end, a first side portion connecting the first end and the second end, and a second side portion connecting the first end and the second end; | The Calibrate LTX has a body portion having a first end, a second end, a first side portion connecting the first end and the second end, and a second side portion connecting the first end and the second end.    https://atecspine.com/calibrate-ltx/ |
| 1[d] a translation member received between the first endplate and the second endplate, the translation member including at least two first angled surfaces of which at least one of the | The Calibrate LTX has a translation member received between the first endplate and the second endplate. |

3

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| two first angled surfaces is configured to engage a contact surface of the first endplate and at least two second angled surfaces of which at least one of the two second angled surfaces is configured to engage a contact surface of the second endplate, wherein movement of the translation member causes at least one of the two first angled surfaces to push against the contact surface of the first endplate and at least one of the two second angled surfaces to push against the contact surface of the second endplate, thereby causing outward expansion of the first endplate and second endplate, wherein the at least two first angled surfaces are sloped generally in a same direction. | <br><br>The translation member of Calibrate LTX includes at least two first angled surfaces of which at least one of the two first angled surfaces is configured to engage a contact surface of the first endplate.<br><br><br><br>The translation member of Calibrate LTX includes at least two second angled surfaces of which at least one of the two second angled surfaces is configured to engage a contact surface of the second endplate. |

4

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  |  Movement of the translation member of Calibrate LTX causes at least one of the two first angled surfaces to push against the contact surface of the first endplate and at least one of the two second angled surfaces to push against the contact surface of the second endplate, thereby causing outward expansion of the first endplate and second endplate, wherein the at least two first angled surfaces are sloped generally in a same direction. |

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| |  |

| '120 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| |  |