# EXHIBIT P

# CLAIM CHART

**U.S. PATENT NO. 11,890,203 – Alphatec Calibrate LTX System**

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| 1[pre] An intervertebral implant configured to be inserted into an intervertebral space, comprising: | Alphatec's Calibrate LTX System ("Calibrate LTX") is an implant that is placed in an intervertebral space between two adjacent vertebrae.<br><br>**Calibrate™ LTX**<br><br>ATEC's Calibrate LTX lateral expandable interbody system is designed to provide continuous expansion for lordosis and disc height restoration with multiple unique expandable implant and plate offerings. The Calibrate LTX system is designed for simple and eased insertion, seamlessly integrating into ATEC's lateral platform.<br><br>**Key Features**<br><br>• Rounded edges to minimize endplate disruption during insertion<br>• Large graft aperture to maximize pre- and post-packing volume<br>• Integrated expansion for height and lordosis restoration<br>• Post-packing channel for optimized graft delivery<br>• Minimal pre-expansion height to ease insertion into collapsed disc spaces<br><br>https://atecspine.com/calibrate-ltx/ |

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  | ![Calibrate LTX illustration]<br><br>https://thespinemarketgroup.com/category/expandable-cages/lateral-and-anterior-expandable-cages/ |
| 1[a] a body having first and second ends and first and second sides connecting the first and second ends, the first end comprising angled surfaces configured to distract adjacent vertebral bodies when the implant is inserted into the intervertebral space; | The Calibrate LTX has a body portion having a first end, a second end, a first side portion connecting the first end and the second end, and a second side portion connecting the first end and the second end.<br><br>![Calibrate LTX labeled: First End, Body, First Side, Second End, Second Side]<br><br>The first end of the Calibrate LTX comprises angled surfaces configured to distract adjacent vertebral bodies when the implant is inserted into the intervertebral space. |

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  | Angled surfaces |
| 1[b] a first endplate disposed on an upper side of the body; | The Calibrate LTX has a first endplate disposed on an upper side of the body.<br><br>First endplate / Body<br><br>https://atecspine.com/calibrate-ltx/ |
| 1[c] a second endplate disposed on a lower side of the body; | The Calibrate LTX has a second endplate disposed on a lower side of the body. |

3

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  | [Image: Labeled illustration identifying "Body" and "Second endplate"] https://atecspine.com/calibrate-ltx/ |
| 1[d] a translator disposed in the body, having at least two expansion portions connected by at least one bridge portion, and coupled to the first endplate such that the at least two expansion portions each engage corresponding surfaces of the first endplate and corresponding surfaces of the second endplate; | The Calibrate LTX has a translator disposed in the body, having at least two expansion portions connected by at least one bridge portion, and coupled to the first endplate such that the at least two expansion portions each engage corresponding surfaces of the first endplate and corresponding surfaces of the second endplate. |

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| |  |
| 1[e] an actuator screw disposed at least partially in the body and comprising external threading for rotatably coupling to corresponding internal threading formed along the translator, rotation of the | The Calibrate LTX includes an actuator screw disposed at least partially in the body and comprising external threading for rotatably coupling to corresponding internal threading formed along the translator. |

5

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
| actuator screw in a first direction causing the translator and the at least two expansion portions to longitudinally translate which causes the first endplate to move from a contracted state to an expanded state, wherein in the contracted state, the first endplate relative to the second endplate is at a first angle, and in the expanded state, the first endplate relative to the second endplate is at a second angle greater than the first angle, | *[image: device with label "Actuator screw"]* |

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  | <br><br>Rotation of the actuator screw of Calibrate LTX in a first direction causing the translator and the at least two expansion portions to longitudinally translate which causes the first endplate to move from a contracted state to an expanded state. |

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  | In the contracted state, the first endplate of Calibrate LTX relative to the second endplate is at a first angle, and in the expanded state, the first endplate relative to the second endplate is at a second angle greater than the first angle. |

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  |  |
| 1[f] wherein the at least two expansion portions longitudinally translate in the same direction when the translator longitudinally translates. | The two expansion portions of Calibrate LTX longitudinally translate in the same direction when the translator longitudinally translates. |

9

| '203 Patent Claim 1 | Corresponding Structure in Alphatec Calibrate LTX System |
|---|---|
|  |  |