Nimalka Wickramasekera (SBN 268518)
Nimalka.Wickramasekera@winstontaylor.com
**WINSTON TAYLOR LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700

Michael A. Meneghini (*pro hac vice*)
Michael.meneghini@winstontaylor.com
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr.
Chicago, IL 60654
Tel: 312-558-5600

*Attorneys for Defendant/Counter-Plaintiff*
*Alphatec Spine, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| GLOBUS MEDICAL, INC. and NUVASIVE, LLC, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> ALPHATEC SPINE, INC., <br><br> Defendant/Counter-Plaintiff. | Case No. 3:25-cv-01522-CAB-DDL <br><br> **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** <br><br> Amended Complaint Filed:  January 5, 2026 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice of that effective June 1, 2026, the law firm Winston & Strawn LLP has changed its name to **Winston Taylor LLP**.  Please update Nimalka Wickramasekera's information on this matter and direct all future pleadings and correspondence as follows:

Nimalka R. Wickramasekera
**nimalka.wickramasekera@winstontaylor.com**

**WINSTON TAYLOR LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Tel: 213-615-1700

The Los Angeles office address, telephone and facsimile numbers remain the same.

All future orders, copies of all notices, motions and other filings should be directed to counsel at the new firm name and email address.

NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

CASE NO. 3:25-CV-01522-CAB-DDL

Dated: June 2, 2026

WINSTON TAYLOR LLP

By:   */s/ Nimalka Wickramasekera*

Nimalka Wickramasekera (SBN 268518)
Nimalka.Wickramasekera@winstontaylor.com
**WINSTON TAYLOR LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1700

Michael A. Meneghini (*pro hac vice*)
Michael.meneghini@winstontaylor.com
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr.
Chicago, IL 60654
Tel: 312-558-5600

*Attorneys for Defendant/Counter-Plaintiff
Alphatec Spine, Inc.*

NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

CASE NO. 3:25-CV-01522-CAB-DDL